UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, acting through the United States Department of Agriculture (Farm Service Agency)<br><br>Plaintiff<br><br>v.<br><br>EDWIN ALEXIS GUZMAN ROMAN, CARLOS JAVIER GUZMAN ROMAN, EMMANUEL GUZMAN ROMAN and OMAR GUZMAN ROMAN, as known members of The Estate of JUAN EDWIN GUZMAN SOTO a/k/a JUAN E. GUZMAN SOTO a/k/a JUAN GUZMAN SOTO a/k/a JUAN EDWIN GUZMAN and the Estate of JULIA MIRTA ROMAN TORRES a/k/a JULIA M. ROMAN TORRES a/k/a JULIA ROMAN TORRES a/k/a JULIA M. ROMAN a/k/a JULIA ROMAN,; JOHN DOE and RICHARD ROE as unknown members of both estates<br><br>Defendants | CIVIL NO.<br><br><br><br>Foreclosure of Mortgage |

**COMPLAINT**

TO THE HONORABLE COURT:

COMES NOW the United States of America -acting by the United States Department of Agriculture (Farm Service Agency)- through the undersigned attorney, who respectfully alleges and prays as follows:

1.  Jurisdiction of this action is conferred on this Court by 28 U.S.C. Section 1345.

2.  Plaintiff, United States of America, is acting through the United States Department of Agriculture (Farm Service Agency), which is organized and existing under the provisions of the Consolidated Farm and Farm Service Agency Act, 7 U.S.C. §1921 et seq. Plaintiff is the owner and holder of three (3) promissory notes that affect the property described further below.

3.  The first promissory note is for the amount of **$137,247.00,** with annual interest of 10.75%, subscribed on December 14, 1983. *See Exhibits 1 and 2*

4.  For the purpose of securing the payment of said promissory note, a voluntary mortgage was executed on the same date, in favor of the plaintiff, under the terms and conditions stipulated and agreed therein, through Deed No. 221. *See Exhibit 3*

5.  The promissory note for $137,247.00, was modified on two occasions. The last modification occurred, under the terms and conditions stipulated and agreed therein, through Deed No. 83. *See Exhibits 4 and 5*

6.  Plaintiff is also the owner and holder of a promissory note for the amount of **$75,000.00,** with annual interest of 3.75%, subscribed on September 27, 1995. *See Exhibit 6.*

7.  For the purpose of securing the payment of said promissory note, a voluntary mortgage was executed on the same date, in favor of the plaintiff, under the terms and conditions stipulated and agreed therein, through Deed No. 141. *See Exhibit 7.*

8.  Finally, Plaintiff is the owner and holder of a promissory note for the amount of **$151,480.00**, with annual interest of 3.75%, subscribed on July 26, 1997. *See Exhibit 8.*

9.  For the purpose of securing the payment of said promissory note, a voluntary mortgage was executed on the same date, in favor of the plaintiff, under the terms and conditions stipulated and agreed therein, through Deed No. 135. *See Exhibit 9.*

10. According to the Property Registry, defendants are the owner of record of the real estate property subject of this case. Said property is described -as it was recorded in Spanish- as follows:

> RÚSTICA: Sita en el Barrio Calabazas de San Sebastián, Puerto Rico, con una cabida de noventa y cuatro cuerdas con 65 céntimas y ocho milésimas equivalentes a 372,043.3891 metros cuadrados, en lindes al NORTE, con José Figueroa y Rio Culebrinas; al SUR, camino municipal, parcela segregada de Agustín Martir; al ESTE, Rio Culebrinas, un caño y parcela segregada de Agustín Martir; y al OESTE, con María Luisa Martir, Sucesión de Evangelista Ramos y José Figueroa. Contiene una casa de vivienda y otra dedicada a almacén.

Property 6,412, recorded at page 130 of volume 579,
Property Registry of San Sebastián.

*See Title Search attached as Exhibit 10*

11. The Title Search attached to this complaint confirms the registration of the mortgage liens that secure the loan obligations between the plaintiff and the defendants. *See Exhibit 10.*

12. JUAN EDWIN GUZMAN SOTO a/k/a JUAN E. GUZMAN SOTO a/k/a JUAN GUZMAN SOTO a/k/a JUAN EDWIN GUZMAN passed away on May 29, 2000. *See Exhibit 11.*

13. By information and belief, JULIA MIRTA ROMAN TORRES a/k/a JULIA M. ROMAN TORRES a/k/a JULIA ROMAN TORRES a/k/a JULIA M. ROMAN a/k/a JULIA ROMAN passed away on August 20, 2013.

14. By information and belief, the known members of both of the Estates above-mentioned are the following individuals:

    (a)  EDWIN ALEXIS GUZMAN ROMAN;

    (b)  CARLOS JAVIER GUZMAN ROMAN;

    (c)  EMMANUEL GUZMAN ROMAN, and;

    (d)  OMAR GUZMAN ROMAN.

15. JOHN DOE and RICHARD ROE are included as possible unknown heirs to the Estates mentioned before.

16. Codefendants are jointly and severally responsible for all amounts owed to plaintiff, arising from the loan obligations subscribed.

17. According to *P.R. Laws Ann.*, Article 959, (Sec. 2787), defendants have 30 days to either accept or reject their participation in the Estate(s) to which they lawfully belong.

18. It was expressly stipulated in the notes evidencing the indebtedness that default in the payment of any part of the covenant or agreement therein contained will authorize the plaintiff, as payee of said notes, to declare due and payable the total amount of the indebtedness evidenced by said notes and proceed with the execution and/or foreclosure of the mortgages.

19. The defendants herein, jointly and severally, have failed to comply with terms of the mortgage contracts by failing to pay the installments due on all notes until the present day, and that after declaring all the indebtedness due and payable, defendants owe to the plaintiff, according to the Certification of Indebtedness included herein as *Exhibit 12*, the following amounts:

    a) On the $137,247.00 Note, as modified:

        1) The sum of $176,400.94, of principal;

        2) The sum of $243,095.10, of interest accrued as of January 17, 2020, and thereafter until its full and total payment, which interest amount increases at the daily rate of $24.1645;

        3) Plus, insurance premium, taxes, advances, late

charges, costs, court costs expenses, disbursements and attorney's fees guaranteed under the mortgage obligation.

b) On the $75,000.00 Note:

1) The sum of $66,558.85, of principal;

2) The sum of $49,666.12, of interest accrued as of January 17, 2020, and thereafter until its full and total payment, which interest amount increases at the daily rate of $6.8382;

3) Plus, insurance premium, taxes, advances, late charges, costs, court costs expenses, disbursements and attorney's fees guaranteed under the mortgage obligation.

c) On the $151,480.00 Note:

1) The sum of $151,480.00, of principal;

2) The sum of $114,317.53, of interest accrued as of January 17, 2020, and thereafter until its full and total payment, which interest amount increases at the daily rate of $15.5630;

3) Plus, insurance premium, taxes, advances, late charges, costs, court costs expenses, disbursements and attorney's fees guaranteed under the mortgage obligation.

20. The indebtedness evidenced by the aforementioned notes is

secured by the mortgages over the properties described in this complaint.

21. Plaintiff is unable to provide a "Status Report pursuant to Servicemembers Civil Relief Act" for the heirs included as codefendants since we do not know their social security numbers.

22. The real estate property mentioned before is subject to the following liens in the rank indicated:

(A) Property 6,412:

    1) Recorded liens with preference or priority over mortgage herein recorded:

        a) Easement of right in favor of Commonwealth of Puerto Rico for Expropriation, Resolution dated February 22, 1972, in the First Instance Court of Expropriation, civil case #E-72- 243, compensation of $750.00, recorded at page 6 of volume 145 of San Sebastián, property number 6,412, 4th inscription; transfer in favor of Autoridad de Acueductos y Alcantarillados, Resolution dated June 3, 1975, recorded at page 39 of volume 197 of San Sebastián, property number 6,412, 5th inscription.

        b) Easement in favor of Autoridad de Fuentes Fluviales, value of $1.00, constituted by deed #13, executed in San Juan, Puerto Rico, on July 7, 1977, before Carlos Eduardo Lube Notary Public, recorded at overleaf of page 39 of volume 197 of San Sebastián, property number 6,412, 6th inscription.

    2) Junior Liens with inferior rank or priority over mortgage herein executed:

        a) None.

**VERIFICATION**

I, JACQUELINE LAZU LABOY, of legal age, married, executive and resident of Humacao, Puerto Rico, in my capacity as acting LRTF Director of the Farm Service Agency, San Juan, Puerto Rico, under the penalty of perjury, as permitted by Section 1746 of Title 28, United States Code, declare and certify:

1) My name and personal circumstances are stated above;

2) I subscribed this complaint as the legal and authorized representative of the plaintiff;

3) Plaintiff has a legitimate cause of action against the defendants above named which warrants the granting of relief requested in said complaint;

4) Defendants are a necessary and legitimate party to this action in view of the fact that they originated or assumed the mortgage obligation subject of this foreclosure, or bought the property subject to said mortgage;

5) From the information available to me and based upon the documents in the Farm Service Agency, it appears that defendants have not been declared incompetent by a court of justice with authority to make such a declaration;

6) I have carefully read the allegations contained in this complaint and they are true and correct to the best of my knowledge and to the documents contained in the files of the Farm Service Agency;

7) I have carefully examined the Exhibits included to this complaint which are true and correct copies of the originals. The mortgage deeds have been duly recorded in the Property Registry.

I make the foregoing declaration under penalty of perjury, as permitted under Section 1746 of Title 28, United States Code.

In San Juan, Puerto Rico, this 5 day of March , 2020.



JACQUELINE LAZU LABOY

PRAYER

WHEREFORE, the plaintiff demands judgment as follows:

a)   That defendant's party pays unto the plaintiff the amounts claimed on this complaint;

b)   Or in default thereof that all legal right, title and interest which the defendants may have in the property described in this complaint and any building or improvement thereon be sold at public auction and that the monies due to the United States as alleged in the preceding paragraphs be paid out of the proceeds of said sale;

c)   That the defendants and all persons claiming or who may claim by, from or under them be absolutely barred and foreclosed from all rights and equity of redemption in and to said property;

d)   That if the proceeds of such sale be insufficient to cover the amounts specified under paragraph 16 of this prayer, said defendant be adjudged to pay to the United States the total

amount of money remaining unsatisfied to said paragraph (a) of this prayer, and execution be issued forthwith against said defendants for the payment of said deficiencies against any of the properties of said defendants;

e)   That if the proceeds of said sale exceed the sum of money to be paid to the United States as aforesaid, any such excess be deposited with the Clerk of this Court subject to further orders from the Court;

f)   That once the property is auctioned and sold, the Clerk of this Court issue a writ addressed to the Registry of the Property ordering the cancellation of the foreclosed mortgage and of any other junior liens recorded therein;

g)   For such further relief as in accordance with law and equity may be proper.

In Guaynabo, Puerto Rico, this 9th day of March , 2020.


/s/ Juan Carlos Fortuño Fas
JUAN CARLOS FORTUÑO FAS
USDCPR 211913

FORTUÑO & FORTUÑO FAS, C.S.P.
P.O. BOX 9300
SAN JUAN,  PR 00908
TEL.  787-751-5290
FAX. 787-751-6155
Email: dcfilings@fortuno-law.com

FmHA Form 1940-17 (S)
(Rev. 11-1-78)

UNITED STATES DEPARTMENT OF
AGRICULTURE
FARMERS HOME ADMINISTRATION

PROMISSORY NOTE

| TYPE OF LOAN |
| --- |
| Type: ___FO___  41-09 |
| In accordance with: |
| ☒ Consolidated Farm and Rural Development Act |
| ☒ Emergency Agricultural Credit Adjustment Act of 1978 |

| Name: Juan E. Guzman Soto | ACTION REQUIRING NOTE: |

| State: Puerto Rico | Office: San Sebastian | ☒ Initial Loan | ☐ New Payment Plan |
| --- | --- | --- | --- |
| | | ☐ Subsequent Loan | ☐ Re-amortization |
| Case Number: 63-19-258421 | Date: 12/14/83 | ☐ Consolidation and Subsequent Loan | ☐ Sale on Credit |
| | | | ☐ Deferred Payments |
| | | ☐ Consolidation | |

FOR VALUE RECEIVED, the undersigned Borrower(s) and any other co-borrower jointly and severally promise to pay to the order of the United States of America, acting through the Farmers Home Administration, United States Department of Agriculture (herein called the "Government"), or its representative, at its offices in San Sebastian, or at any other location designated in writing by the Government, the principal sum of ONE HUNDRED THIRTY-SEVEN THOUSAND TWO HUNDRED FORTY-SEVEN 00/100 dollars ($137,247.00), plus interest on the unpaid principal of TEN AND THREE QUARTERS PERCENT (10.75%) per annum. If this promissory note is for a Limited Resources Loan (indicated in the box above, under the heading "Type of Loan"), the Government may **CHANGE THE INTEREST RATE**, in accordance with the Farmers Home Administration regulations, not more frequently than on a quarterly basis and shall notify Borrower at his last known address by mail, with thirty (30) days' notice. The new interest rate shall not exceed the highest interest rate established by the Farmers Home Administration regulations for the type of loan indicated above.

Principal and interests shall be paid in 41 installments, as stated below, unless modified by a different interest rate, on or before the following dates:

| $728.00 | on January 1, 1984 | $15,008.00 | on January 1, 1985 |
| --- | --- | --- | --- |
| $_____ | on January 1, 19 | $_____ | on January 1, 19 |
| $_____ | on January 1, 19 | $_____ | on January 1, 19 |
| $_____ | on January 1, 19 | $_____ | on January 1, 19 |
| $_____ | on January 1, 19 | $_____ | on January 1, 19 |

and $15,008.00 subsequently on January 1st each year thereafter until the principal and interests are fully paid, except for the final payment of the debt established herein, which, if not sooner paid, shall be due and payable 40 years from the date of this promissory note, with the exception that advance payments may be made as provided for below. The consideration herein shall support any agreement modifying the schedule of payments.

If the total amount of the loan is not advanced by the date of closing, the loan will be forwarded to Borrower, in accordance with Borrower's request and subject to approval by the Government. Approval by the Government shall be granted only when the loan is requested for purposes authorized by the Government. Interest will accrue on the amount of each advance beginning on the effective date of each, as shown in the Advance Payment Log at the end of this note. Borrower authorizes the Government to record the amount(s) and date(s) of any advance(s) in the Advance Payment Log.

For each re-amortized or consolidated promissory note, or for a new payment plan, interest accumulated as of the date of this instrument will be added to the principal and this new principal will accrue interests at the rate established herein.

Any payment made on any debt established by this promissory note shall be applied first to the interest accumulated as of the effective date of the payment and then to the principal.

Payments in advance of scheduled installments, or any portion thereof, may be made at any time at Borrower's convenience. Refunds and extra payments, as defined in regulations (7 C.F.R. 1861.2) of the Farmers Home Administration, according to the source of the funds involved, shall, after payment of interest, be applied to the last installments to come due under this promissory note, and shall not affect Borrower's duty to pay the remaining installments as scheduled herein. If at any time the Government should assign this promissory note and insure payment of the same, the Borrower shall continue making payments to the Government as a collecting agent of the holder.

Whenever this note is held by an insured lender, advance payments made by Borrower may, at the Government's option, be transferred promptly by the Government to the holder, except for the final payment, or such payments shall be retained by the Government and transferred to the holder based on the date the annual installment is due. The effective date of any advance payment made by the Borrower, except for payments retained and transferred by the Government to the holder based on the date of the annual installment is due shall be the date of the United States Treasury check paid by the Government to the holder. The effective date of any advance payment retained and transferred by the Government to the holder based on the date of the annual installment is due shall be the date of Borrower's advance payment, and the Government shall pay the interest which the holder is entitled, accruing between the effective date of any such advance payment and the date of the Treasury check paid to the holder.

Any amount forwarded or invested by the Government in order to collect on this promissory note or to preserve or protect the security of the loan or paid in any way under the terms of any security agreement or other instrument executed in relation to the loan established herein, shall, at the option of the Government, become part of the loan and shall accrue interest at the same rate as the principal of the debt established herein and shall be immediately due and payable by the Borrower to the Government without the need of requirements.

Property constructed, improved, purchased, or refinanced in whole or in part with the loan established herein shall not be leased, surrendered, sold, transferred, or encumbered, voluntarily or otherwise, without the previous written consent of the Government. Unless the Government gives written consent to the contrary, Borrower will personally manage said property as a farm if this is a Farm Owner (FO) loan.

If "Consolidation and Subsequent Loan", "Consolidation", "Re-amortization" or "New Payment Plan" is marked in the upper box of the first page titled "Action Requiring Note", this promissory note is executed to consolidate, re-amortize or as evidence of a new payment plan, but not as satisfaction of the principal and interests of the following promissory note(s) or subrogation agreement(s) (new terms):

| AMOUNT OF NOTE | INTEREST RATE | DATE | ORIGINAL BORROWER | LAST INSTALLMENT DUE |
|---|---|---|---|---|
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |

The security documents taken pertaining to the loans established by these promissory notes or other related obligations are not affected by the granting of this consolidation, re-amortization or new payment plan. These security instruments shall remain in effect and the security offered for the loans established by said promissory notes shall continue to guarantee the loan established by this promissory note and by any other related obligations.

**REFINANCING AGREEMENT:** If at any time the Government determines that Borrower may obtain a loan from a responsible cooperative or other private credit source at reasonable rates and terms for loans for similar purposes and time periods, Borrower shall, at the Government's request, apply for and accept a loan of a sufficient amount to pay this promissory note in full and, if the lender is a cooperative, to pay for any necessary shares.

**DEFAULT:** Failure to pay any debt established herein when due or violation of any condition or agreement hereunder shall constitute default under any other instrument establishing a debt of the Borrower insured or guaranteed by the Government or otherwise relating to such a debt; default under any other such instrument shall constitute default hereunder. **UPON ANY SUCH DEFAULT**, the Government, at its convenience, may declare all or any part of any such debt immediately due and payable.

This note is granted as evidence of a loan to Borrower made or insured by the Government, pursuant to the Consolidated Farm and Rural Development Act or the Emergency Agricultural Credit Adjustment Act of 1978 and for the type of loan indicated in the box titled **"TYPE OF LOAN"** above. This promissory note is subject to the present regulations of the Farmers Home Administration and to its future regulations that are not inconsistent with the provisions expressed herein.

Presentation, protest, and notice are hereby expressly waived.

[Signature]
Juan E. Guzmán Soto                                              (*Borrower*)

[Signature]
Julia M. Román                                                       (*Borrower*)

RR. Num. 1 Buzón  666
San Sebastián, Puerto Rico 00775

[Handwritten]
Release of mortgage has been executed for a plot of 3,930.40 square meters segregated from the mortgaged farm according to partial mortgage release deed 16 granted on January 28, 2000, before the Notary Sebastián Vera Peña, in Lares, Puerto Rico.
                                                                       [Signatures]
[Stamp]

| ADVANCE PAYMENT REGISTRY | | | | | |
|---|---|---|---|---|---|
| AMOUNT | DATE | AMOUNT | DATE | AMOUNT | DATE |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| | | | TOTAL | $ | |

___The amount of this promissory note and mortgage that guarantees it, re-amortized on September 19, 1985, gives a balance owed of ONE HUNDRED SIXTY-ONE THOUSAND EIGHT HUNDRED TWENTY-TWO DOLLARS AND EIGHTY-ONE CENTS ($161,822.81), with interest at a rate of ten and three quarters percent per annum, which shall accrue interest at a rate of IVE[1] AND ONE QUARTER PERCENT PER ANNUM (5.25%) and which shall be paid as follows:

___$ 2,421.00 – on or before January 1, 1986; and
___$ 9,915.00 – on or before each subsequent January 1, except that the final payment of the debt evidenced herein shall be made on or before December 14, 2023, according to Deed number 228, dated September 19, 1985, before the Notary Gerardo Pérez Echevarría. I Do Attest.

    In San Sebastián, Puerto Rico, on September 19, 1985.

                                        [Stamp] [Signature]
                                        GERARDO PEREZ ECHEVARRIA
                                        NOTARY PUBLIC


___The amount of this promissory note and mortgage that guarantees it, re-amortized on May 11, nineteen eighty-eight (1988), gives a balance owed of **ONE HUNDRED SEVENTY-SIX THOUSAND FOUR HUNDRED DOLLARS AND NINETY-FOUR CENTS ($176,400.94) with interest at a rate of Five and one quarter (5 1/4%)** percent per annum, **which shall accrue interests at a rate of Five percent per annum (5%)** and which shall be paid as follows:

___**SIX HUNDRED SEVENTY-SIX DOLLARS ($676.00)** on or before **January First (1), nineteen eighty-nine (1989); ONE THOUSAND SEVEN HUNDRED SEVENTY-FIVE DOLLARS ($ 1,775.00)** on or before **January First (1), nineteen ninety (1990); and ELEVEN THOUSAND ONE HUNDRED EIGHTY-SEVEN DOLLARS ($11,187.00)** on or before each subsequent January 1, except that the final payment of the debt evidenced herein shall be made on or before December Fourteen (14), 2023, according to Public Deed number Eighty-Three (83) dated May eleven (11), of nineteen eighty-eight (1988), before Notary Gerardo Pérez Echevarría. I DO ATTEST.

    In San Sebastian, Puerto Rico, May 11, one thousand[2] 1988.

[Signature]
GERARDO PEREZ ECHEVARRIA
NOTARY PUBLIC

[Stamps]

---

[1] Translator's Note: Typo present in original Spanish language document.
[2] Translator's Note: The year is only partially written out in original Spanish language document.

ANNEX F

UNITED STATES OF AMERICA DEPARTMENT OF AGRICULTURE
FARMERS HOME ADMINISTRATION

| Loan Type | | SPECIAL DEFERMENT AGREEMENT | PUERTO RICO |
|---|---|---|---|

Loan Type
☒ FO   ☐ SW
☐ OL   ☐ EE
☐ EM   ☐ RL
☐ RH   ☐ EO

SPECIAL DEFERMENT AGREEMENT
FOR A PORTION OF A LOAN
FROM THE FARMS PROGRAM

PUERTO RICO
State

SAN SEBASTIAN
Local Office

63-19-258421
Case Number

EFFECTIVE DATE September 19, 1985

Juan E. Guzman Soto and Julia M. Roman (hereafter "The Borrower")
debtor(s) of a loan from the farms program made or insured by the
United States of America, acting through the Farmers Home
Administration ("The Government"), evidenced by a promissory note or
other debt instrument ("The Promissory Note") dated DECEMBER 14, 1983,
have agreed to postpone (that is, to defer) the payment of said debt
for a period of five (5) years from the effective date, without
accruing interests during the deferment period. The remaining portion
of the debt shall continue accruing interests at a rate of ___5.25___
percent per annum.

|  |  |
|---|---|
| Total principal owed | $ 137,247.00 |
| Total interest owed | 24,575.81 |
| Total current debt | $ 161,822.81 |
| Total not deferred | 117,040.02 |
| Total deferred | $  44,782.79 |

This special temporary deferment shall temporarily reduce the annual
payment amount that the borrower must make to the government, which
shall improve borrower's ability to comply with his/her commitment and
therefore to achieve the purpose of the original loan.

The borrower is aware of the following:

  1. The government can cancel this deferment at any time if:

     a. The borrower incurs debts or makes purchases not contemplated
        in the government-approved operating budget for the farm,
        without said government's consent..

     b. The borrower has violated any of the terms and conditions of
        the loan agreements or security instruments granted to protect
        the government's interests.

     c. The borrower discontinues his/her farm operation.

2. This deferment shall be expire within five (5) years from the
   effective date of this agreement, stipulated at the beginning of
   same, if it is not cancelled by the government at an earlier
   time.

9-19-85
_____
      date

[Signature] _____
Juan E. Borrower Guzman Soto
[Signature] _____
Julia M. Co-Borrower Roman

_____
Organization

                    Approved by:   [Signature] _____
                                   LUIS A HERNANDEZ
9-19-85
_____
      Date                         LOCAL SUPERVISOR _____
                                              Title

                                   _____
                                   Local Supervisor
                                   Farms Home Administration

"By virtue of Deed Number Fifty-One (51), granted in San Sebastian,
Puerto Rico, on April twenty-eight (28), two thousand (2000), before
the notary José Tomás Román Ríos, Mr. Wilfredo Rivera [Illegible]
acting in his capacity as Credit Manager for United States of America,
the plot described in expository paragraph FIRST of said deed was
released from the mortgage constituted in guaranty of this promissory
note. In San Sebastian, Puerto Rico, April twenty-eight (28), two
thousand (2000).

                                   [Signature]
                      ATTY. JOSE TOMAS ROMASN RIOS
                                   [Stamp]

## Statement of Accuracy

I hereby certify that the attached document titled:

**PROMISSORY NOTE AND ATTACHMENT,** December 14, 1983 – 4 pages
**SPECIAL DEFERRMENT AGREEMENT,** September 19, 1985 – 2 pages

is a true and accurate translation from Spanish into English to the best of my knowledge, ability and belief. I am trained, experienced and competent to translate from Spanish into English.

DATED September 12, 2018.

Thomas L. Bransfield
Professional Translation Spanish into English

WITNESS my hand and official seal hereto affixed this 12th day of September of 2018.

Signature *Rosa Capdevielle*
Print Name: _____Rosa Capdevielle_____.
Notary Public in and for the State of __WA_____.
My appointment expires: ___March 15th 2022_____.

NOTARY PUBLIC
STATE OF WASHINGTON
**ROSA CAPDEVIELLE**
My Appointment Expires March 15, 2022

Forma FmHA 1940-17 (S)
(Rev. 11-1-78).

| | CLASE DE PRESTAMO |
|---|---|
| **DEPARTAMENTO DE AGRICULTURA DE ESTADOS UNIDOS**<br>**ADMINISTRACION DE HOGARES DE AGRICULTORES**<br><br>**PAGARE** | Tipo: _____ FO   41-09<br><br>De acuerdo a:<br>☑ Consolidated Farm & Rural Development Act<br>☐ Emergency Agricultural Credit Adjustment Act of 1978 |

| Nombre   Juan E. Guzman Soto | **ACCION QUE REQUIERE PAGARE:** |
|---|---|
| Estado<br>Puerto Rico | Oficina<br>San Sebastian | ☐ Préstamo Inicial        ☐ Nuevo Plan de Pago<br>☑ Préstamo Subsiguiente   ☐ Reamortización<br>☐ Consolidación y préstamo  ☐ Venta o Crédito |
| Caso Núm.<br>63-19-258421 | Fecha<br>12/14/83 | subsiguiente            ☐ Pagos Diferidos<br>☐ Consolidación |

POR VALOR RECIBIDO, el Prestatario(s) subscribiente y cualquier otro co-deudor mancomunada y solidariamente pagaremos a la orden de Estados Unidos de América, actuando por conducto de la Administración de Hogares de Agricultores del Departamento de Agricultura de los Estados Unidos (denominado en adelante el "Gobierno") o su

cesionario en su oficina en _____ SAN SEBASTIAN ----------

o en otro sitio designado por el Gobierno por escrito, la suma principal de __CIENTO TREINTISIETE MIL__

DOSCIENTOS CUARENTISIETE 00/100 dólares ($ 137,247.00 ) más intereses sobre el principal adeudado al

DIEZ Y TRES CUARTOS ---------- POR CIENTO ( 10.75 %) anual. Si este pagaré

es para un préstamo de Recursos Limitados (indicado en el encasillado superior "Clase de Préstamo"), el Gobierno puede **CAMBIAR EL PORCIENTO DE INTERES**, de acuerdo con los reglamentos de la Administración de Hogares de Agricultores, no más frecuente que trimestralmente, notificando por correo al Prestatario con treinta (30) días de anticipación a su última dirección. El nuevo tipo de interés no deberá exceder el porciento de interés más alto establecido en los reglamentos de la Administración de Hogares de Agricultores para el tipo de préstamo arriba indicado.

Principal e intereses serán pagados en ___41___ plazos, según indicado abajo, excepto si es modificado por un tipo de interés diferente, en o antes de las siguientes fechas:

| | | |
|---|---|---|
| $ 728.00 _____ en enero 1, 19 84 | $ 15,008.00 _____ en enero 1, 19 85 |
| $ _____ en enero 1, 19  ; | $ _____ en enero 1, 19  ; |
| $ _____ en enero 1, 19  ; | $ _____ en enero 1, 19  ; |
| $ _____ en enero 1, 19  ; | $ _____ en enero 1, 19  ; |
| $ _____ en enero 1, 19  ; | $ _____ en enero 1, 19  ; |

y $ 15,008.00 _____ , subsiguientemente en enero 1 de cada año hasta que el principal e intereses sean completamente pagados excepto que el plazo final de la deuda aquí evidenciada, de no ser pagada anteriormente, vencerá y será pagadero en ___40___ años de la fecha de este pagaré y excepto que se podrán hacer pagos adelantados según se provee más abajo. La consideración aquí envuelta respaldará cualquier convenio modificando el plan de pagos.

Si la cantidad total del préstamo no es adelantada a la fecha del cierre, el préstamo será adelantado al Prestatario según solicitado por el Prestatario y aprobado por el Gobierno. La aprobación del Gobierno será dada siempre y cuando el adelanto es solicitado para un propósito autorizado por el Gobierno. Se acumularán intereses por la cantidad de cada adelanto desde su fecha actual como se demuestra en el Registro de Adelantos en el final de este pagaré. El Prestatario autoriza al Gobierno a anotar la(s) cantidad(es) y fecha(s) de tal(es) adelanto(s) en el Registro de Adelantos.

En cada pagaré reamortizado o consolidado, o con un nuevo plan de pago, los intereses acumulados a la fecha de este instrumento deberán ser sumados al principal y ese nuevo principal acumulará intereses a razón del porciento evidenciado por este instrumento.

Todo pago hecho en cualquier deuda representada por este pagaré será primero aplicado a intereses computados a la fecha efectiva del pago y después al principal.

Pagos adelantados de los plazos estipulados o cualquier parte de los mismos, podrán hacerse en cualquier tiempo a opción del Prestatario. Reembolsos y pagos extras, según se definen en los reglamentos (7 C.F.R. 1861.2) de la Administración de Hogares de Agricultores, de acuerdo con la fuente de los fondos envueltos, después de abonarse los intereses, se aplicarán a los últimos plazos a vencer bajo este pagaré y no afectarán la obligación del Prestatario de pagar los restantes plazos según se especifican en el mismo. Si el Gobierno en cualquier momento cediera este pagaré y asegura el pago del mismo, el prestatario continuará haciendo los pagos al Gobierno como agente cobrador del tenedor.

Mientras este pagaré esté en poder de un prestamista asegurado, los pagos adelantados hechos por el Prestatario podrán, a opción del Gobierno, ser remitidos por el Gobierno prontamente al tenedor o, a excepción del pago final, podrán ser retenidos por el Gobierno y remitidos al tenedor a base de plazo anual vencido. La fecha efectiva de todo pago hecho por el prestatario, excepto pagos retenidos y remitidos por el Gobierno al tenedor a base de plazo anual vencido será la fecha del cheque del Tesoro de los Estados Unidos mediante el cual el Gobierno remite el pago al tenedor. La fecha efectiva de cualquier pago adelantado retenido y remitido por el Gobierno al tenedor a base de plazo anual vencido, será la fecha del pago adelantado por el Prestatario y el Gobierno pagará los intereses a los cuales el tenedor tiene derecho que se devenguen entre la fecha efectiva de cualquiera de dichos pagos adelantados y la fecha del cheque del Tesoro remitido al tenedor.

Cualquier cantidad adelantada o invertida por el Gobierno para el cobro de este pagaré o para preservar o proteger la garantía del préstamo o de otra manera invertido bajo los términos de cualquier convenio de garantía u otro instrumento otorgado en relación con el préstamo aquí evidenciado, a opción del Gobierno pasará a ser parte del préstamo y devengará intereses al mismo tipo de interés que el principal de la deuda aquí evidenciada y vencerá y será pagadera inmediatamente por el Prestatario al Gobierno sin necesidad de requerimiento.

La propiedad construida, mejorada, comprada o refinanciada en total o en parte con el préstamo aquí evidenciado no será arrendada, cedida, vendida, transferida o gravada voluntariamente o de otra forma, sin el previo consentimiento por escrito del Gobierno. A menos que el Gobierno consienta lo contrario por escrito, el Prestatario operará personalmente dicha propiedad como una finca si este préstamo es a dueño de finca (FO).

Si una "Consolidación y un Préstamo Subsiguiente", "Consolidación", "Reamortización" o un "Nuevo Plan de Pago" es indicado en el encasillado superior de la primera página "Acción que Requiere Pagaré", este pagaré es otorgado para consolidar, reamortizar o evidenciar un nuevo plan de pago pero no en satisfacción del principal e intereses del siguiente pagaré(s) o convenio(s) de subrogación (nuevos términos):

| VALOR DEL PAGARÉ | INTERESES | FECHA | PRESTATARIO ORIGINAL | ULTIMO PLAZO A VENCER |
|---|---|---|---|---|
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |

Los documentos de garantía tomados en relación con los préstamos evidenciados por estos pagarés descritos u otras obligaciones relacionadas no son afectadas por el otorgamiento de esta consolidación, reamortización o nuevo plan de pago. Estos instrumentos de garantía continuarán en efecto y la garantía ofrecida para los préstamos evidenciado por los pagarés descritos permanecerán como garantía para el préstamo evidenciado por este pagaré y por cualquier otra obligación relacionada.

CONVENIO DE REFINANCIAMIENTO: Si en cualquier tiempo el Gobierno determinare que el Prestatario puede obtener un préstamo de una cooperativa responsable u otra fuente de crédito privada a un tipo de interés y términos razonables para préstamos por tiempo y condiciones similares, el Prestatario, a requerimiento del Gobierno, solicitará y aceptará el préstamo en cantidad suficiente para satisfacer este pagaré en su totalidad y pagar las acciones necesarias si el prestamista es una cooperativa.

INCUMPLIMIENTO: La falta de pago a su vencimiento de cualquier deuda aquí evidenciada o el incumplimiento de cualquier condición o acuerdo bajo este documento constituirá incumplimiento bajo cualquier otro instrumento evidenciando una deuda del Prestatario asegurada o garantizada por el Gobierno o en cualquier otra forma relacionada con dicha deuda; el incumplimiento bajo cualquier otro instrumento constituirá incumplimiento bajo los términos de este documento. COMETIDO CUALQUIER INCUMPLIMIENTO, el Gobierno, a su opción, podrá declarar toda o parte de dicha deuda vencida y pagadera inmediatamente.

Este Pagaré se otorga como evidencia de un préstamo al Prestatario concedido o asegurado por el Gobierno de conformidad con la Consolidated Farm and Rural Development Act o el Emergency Agricultural Credit Adjustment Act of 1978 y para el tipo de préstamo según indicado en el encasillado "CLASE DE PRESTAMO" más arriba. Este Pagaré está sujeto a los reglamentos presentes de la Administración de Hogares de Agricultores y a sus futuros reglamentos no inconsistentes con las estipulaciones aquí consignadas.

Presentación, protesto y aviso son por la presente expresamente renunciados.

Juan E. Guzmán Soto                    (Prestatario)

Julia M. Román                          (Prestatario)

RR Num. 1 Buzón 666

San Sebastián, Puerto Rico 00755

Se ha efectuado liberación de hipoteca de un predio de 3,930.40 metros cuadrados segregados de la finca hipotecada según surge de la escritura 16 sobre liberación parcial de hipoteca otorgada el 28 de enero de 2,000 ante el _____ Sebastián Antonio Vera Peña, en Lares, Puerto Rico.

| REGISTRO DE ADELANTOS | | | | | |
|---|---|---|---|---|---|
| CANTIDAD | FECHA | CANTIDAD | FECHA | CANTIDAD | FECHA |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| | | | TOTAL | $ | |

Jay-Ce-Agricultura                    Posición 2                    Forma FmHA 1940-17 (S)
                                                                    (Rev. 11-1-78)

_____El Importe de este pagaré y la hipoteca que lo garantiza, reamortizado al 19 de septiembre de 1985 dio un saldo deudor montante a CIENTO SESENTA Y UN MIL OCHOCIENTOS VEINTIDOS---- DOLARES con OCHENTA Y UN CENTAVOS ($161,822.81), con intereses a razón del Diez y tres cuarto por ciento anual, el cual devengará intereses a razón del INCO Y CUARTO POR CIENTO---- ANUAL (5.25%) y el cual habrá de ser pagado en la siguiente- forma:----------------------------------------------------------

_____$2,421.00 - en o antes del 1, de Enero de 1986; y-------- _____$9,915.00 - en o antes de cada enero primero subsiguiente, excepto el pago final del total de la deuda aquí evidenciada, se hará en o antes del 14 de diciembre del año 2,023, según-- resulta de la Escritura número 228 de fecha 19 de septiembre de 1985 ante el Notario Gerardo Pérez Echevarría. Doy Fe.----

En San Sebastián, Puerto Rico, hoy 19 de septiembre de-- 1985.

GERARDO PEREZ ECHEVARRIA
Notario Público

_____El importe de este pagaré y la hipoteca que lo garantiza,- reamortizado al Once (11) de mayo de mil novecientos ochenta y ocho (1988) dio un saldo deudor montante a **CIENTO SETENTA Y--- SEIS MIL CUATROCIENTOS DOLARES con NOVENTA Y CUATRO CENTAVOS-- ($176,400.94) con intereses a razón del Cinco y un cuarto----- 5 1/4%) por ciento anual, el cual devengará intereses a razón- del Cinco por ciento anual (5%)**, y el cual habrá de ser pagado en la siguiente forma:--------------------------------------------

_____**SEISCIENTOS SETENTA Y SEIS DOLARES ($676.00)** en o antes--- del Primero (1ro.) de Enero de mil novecientos ochenta y nueve **(1989); MIL SETECIENTOS SETENTA Y CINCO DOLARES ($1,775.00)** en o antes del Primero (1ro.) de enero de mil novecientos noventa **(1990); y ONCE MIL CIENTO OCHENTA Y SIETE DOLARES ($11,187.00)** en o antes de cada enero Primero subsiguiente, excepto el pago final del total de la deuda aquí evidenciada se hará en o----- antes del Catorce (14) de diciembre del año Dos mil veintitres (2,023), según resulta de la Escritura pública número Ochenta-y tres (83) del Once (11) de mayo de mil novecientos ochenta y ocho (1988) ante el Notario Gerardo Pérez Echevarría. DOY FE.-

En San Sebastián, Puerto Rico, hoy 11 de mayo de mil 1988.

GERARDO PEREZ ECHEVARRIA
Notario Público

ANEXO F

DEPARTAMENTO DE AGRICULTURA DE LOS ESTADOS UNIDOS DE AMERICA
ADMINISTRACION DE HOGARES PARA AGRICULTORES

| Tipo de Préstamo | | CONVENIO DE DIFERIMIENTO ESPECIAL DE UNA PORCION DE UN PRESTAMO DEL PROGRAMA DE FINCAS | PUERTO RICO |
|---|---|---|---|
| /X/ FO | /_/ SW | | Estado |
| | | | SAN SEBASTIAN |
| /_/ OL | /_/ EE | | Oficina Local |
| | | | 63-19-258421 |
| /_/ EM | /_/ RL | | Caso Núm |
| /_/ RH | /_/ EO | | |

FECHA DE EFECTIVIDAD  19 de septiembre de 19 85

Juan E. Guzman Soto  y  Julia M. Roman  (de aquí en adelante "El Prestatario") deudor(es) de un préstamo de los programas de fincas hecho o asegurado por los Estados Unidos de América, actuando a través de la Administración de Hogares para Agricultores ("El Gobierno"), evidenciado por un pagaré u otro instrumento de deuda ("El Pagaré") fechado 14 DE DICIEMBRE de 19 83, han acordado posponer (esto es, diferir) el pago de dicha deuda por un período de cinco (5) años a partir de la fecha de efectividad, sin devengar intereses durante el término del diferimiento. La porción restante de la deuda continuará devengando intereses a razón de  5.25  porciento anual.

| | |
|---|---|
| Total del principal adeudado | $ 137,247.00 |
| Total de intereses adeudados | 24,575.81 |
| Total de la deuda actual | $ 161,822.81 |
| Total no diferido | 117,040.02 |
| Total diferido | $  44,782.79 |

Este diferimiento especial temporeramente reducirá la cantidad del pago anual que el prestatario deberá hacer al gobierno, lo que mejorará la capacidad del prestatario para cumplir con su compromiso y por lo tanto ayudará a lograr el propósito original del préstamo.

El prestario está consciente de que:

1. El gobierno puede cancelar este diferimiento en cualquier momento si:-

   a. El Prestatario incurre en deudas o efectúa compras no planificadas en el presupuesto operacional de la finca aprobado por el gobierno, sin el consentimiento de dicho gobierno.

   b. El prestatario ha violado cualquiera de los términos y condiciones de los convenios de préstamos o instrumentos de garantías otorgadas para  proteger los intereses del gobierno.

   c. El Prestatario descontinúa su operación agrícola.

2. Este diferimiento vencerá dentro de cinco (5) años a partir de la fecha de efectividad de este convenio, estipulada en el comienzo del mismo, si no ha sido previamente cancelado por el gobierno.

_9-19-85_
fecha

Juan E.      Prestatario      Guzmán Soto

Julia M.      Co. Deudor      Roman

Organización

Aprobado por:

LUIS A. HERNANDEZ

SUPERVISOR LOCAL
Titulo

_9-19-85_
Fecha

Supervisor Local
Administración de Hogares
para Agricultores

"Por y en virtud de la Escritura Número Cincuenta y Uno (51), otorgada en San Sebastian, Puerto Rico, el veintiocho (28) de abril del año dos mil (2000), ante el notario José Tomás Román Ríos, Don Wilfredo Rivera Soto, actuando como Gerente de Crédito de Estados Unidos de America, se liberó de la hipoteca constituida en garantía del presente pagaré, el predio descrito bajo el hecho dispositivo PRIMERO de dicha escritura.   En San Sebastian, Puerto Rico a veintiocho (28) de abril del año dos mil (2000).

LCDO. JOSE TOMAS ROMAN RIOS

Forma FmHA 427–1PR
( 10–82 )

NOTA DE SACA:----
Certifico que en el
día de su otorga-----
miento expedí------
primera copia-------
certificada a favor--
de Estados Unidos---
de América.---------

------------------------NUMERO DOSCIENTOS VEINTIUNO (221) ---
-------------------------------NUMBER----------------------------

3/22/89

------------------------HIPOTECA VOLUNTARIA---------------------
-------------------------VOLUNTARY MORTGAGE---------------------

En San Sebastián, Puerto Rico, hoy catorce (14) de----
In

diciembre de mil novecientos ochenta y tres (1983).----

------------------------------ANTE MI----------------------------
-------------------------------BEFORE ME------------------------

-------------------GERARDO PEREZ ECHEVARRIA----------------------

Abogado y Notario Público de la Isla de Puerto Rico con residencia en San------
Attorney and Notary Public for the Island of Puerto Rico, with residence in

Sebastián--------------y oficina en San Sebastián, Puerto Rico.-
-----------------------and office in ------------------------- Puerto Rico.

-----------------------------COMPARECEN--------------------------
------------------------------APPEAR----------------------------

Las personas nombradas en el párrafo DUODECIMO de esta hipoteca denomina-
The persons named in paragraph TWELFTH of this mortgage-----

dos de aquí en adelante el "deudor hipotecario" y cuyas circunstancias personales
hereinafter called the "mortgagor" and whose personal circumstances------

aparecen de dicho párrafo.----------------------------------------
appear from said paragraph.----------

Doy fe del conocimiento personal de los comparecientes, así como por sus dichos
I, the Notary, attest to the personal knowledge of the appearing parties, as well as to their----

de su edad, estado civil, profesión y vecindad.-------------------
statements which I believe to be true of their age, civil status, profession and residence.------

Aseguran hallarse en el pleno goce de sus derechos civiles, la libre administración
They assure me that they are in full enjoyment of their civil rights, and the free administration

de sus bienes y teniendo a mi juicio la capacidad legal necesaria para este otorga-
of their property, and they have, in my judgment, the necessary legal capacity to grant this----

miento.----------------------------------------------------------
voluntary mortgage.------------

-----------------------------EXPONEN----------------------------
------------------------------WITNESSETH:----------------------

PRIMERO: El deudor hipotecario es dueño de la finca o fincas descritas en el
FIRST: That the mortgagor is the owner of the farm or farms described in-----

párrafo UNDECIMO así como de todos los derechos e intereses en las mismas,
paragraph ELEVENTH of this mortgage, and of all rights and interest in the same-----

denominada de aquí en adelante "los bienes".----------------------
hereinafter referred to as "the property".------------

SEGUNDO: Que los bienes aquí hipotecados están afectos a los gravámenes que
SECOND: That the property mortgaged herein is subject to the liens-----

se especifican en el párrafo UNDECIMO.--------------------------
specified in paragraph ELEVENTH herein.------------

TERCERO: Que el deudor hipotecario viene obligado para con Estados Unidos de
THIRD: That the mortgagor has become obligated to the United States-----

América, actuando por conducto de la Administración de Hogares de Agriculto-
of America, acting through the Farmers Home Administration,

res, denominado de aquí en adelante el "acreedor hipotecario", en relación con
hereinafter called the "mortgagee" in connection with-----

'orma FmHA 427–1PR
10–82 )

un préstamo o préstamos evidenciado por uno o mas pagares o convenio de sub-
a loan or loans evidenced by one or more promissory note(s) or assumption agreement(s)————

rogación, denominado en adelante el "pagaré" sean uno o más. Se requiere por
hereinafter called "the note" whether one or more. It is required by————

el Gobierno que se hagan pagos adicionales mensuales de una doceava parte de
the Government that additional monthly payments of one-twelfth of the————

las contribuciones, avaluos (impuestos), primas de seguros y otros cargos que se
taxes, assessments, insurance premiums and other charges————

hayan estimado sobre la propiedad hipotecada.————
estimated against the property.————

CUARTO: Se sobreentiende que:————
FOURTH: It is understood that:————

(Uno) El pagaré evidencia un préstamo o préstamos al deudor hipotecario por la
(One) The note evidences a loan or loans to the mortgagor in the————

suma de principal especificada en el mismo, concedido con el propósito y la inten-
principal amount specified therein made with the purpose and intention————

ción de que el acreedor hipotecario puede ceder el pagaré en cualquier tiempo y
that the mortgagee, at any time, may assign the note and————

asegurar su pago de conformidad con'el Acta de mil novecientos sesenta y uno
insure the payment thereof pursuant to the Act of Nineteen Hundred and Sixty-One————

consolidando la Administración de Hogares de Agricultores o el Título Quinto de
consolidating the Farmers Home Administration or Title Five of————

la Ley de Hogares de mil novecientos cuarenta y nuve, según han sido enmenda-
the Housing Act of Nineteen Hundred and Forty-Nine, as amended.————

das.

(Dos) Cuando el pago del pagaré es garantizado por el acreedor hipotecario, puede
(Two) When payment of the note is guaranteed by the mortgagee————

ser cedido de tiempo en tiempo y cada tenedor de dicho pagaré a su vez será el
it may be assigned from time to time and each holder of the insured note, in turn,————

prestamista asegurado.————
will be the insured lender.————

(Tres) Cuando el pago del pagaré es asegurado por el acreedor hipotecario, el acree-
(Three) When payment of the note is insured by the mortgagee, the————

dor hipotecario otorgará y entregará al prestamista asegurado conjuntamente con
mortgagee will execute and deliver to the insured lender along————

el pagaré un endoso de seguro garantizando totalmente el pago de principal e in-
with the note an insurance endorsement insuring the payment of the note fully as to principal————

tereses de dicho pagaré.————
and interest.————

(Cuatro) En todo tiempo que el pago del pagaré esté asegurado por el acreedor
(Four) At all times when payment of the note is insured by the mortgagee,————

hipotecario, el acreedor hipotecario, por convenio con el prestamista asegurado,
the mortgagee by agreement with the insured lender————

determinarán en el endoso de seguro la porción del pago de intereses del pagaré
set forth in the insurance endorsement will be entitled to a specified portion of the interest pay-

que será designada como "cargo anual".————
ments on the note, to be designated the "annual charge".————

(Cinco) Una condición del aseguramiento de pago del pagaré será de que el tene-
(Five) A condition of the insurance of payment of the note will be that the holder————

dor cederá todos sus derechos y remedios contra el deudor hipotecario y cuales-
will forego his rights and remedies against the mortgagor and any————



-2-

Forma FmHA 427–1PR
( 10–82 )

quiera otros en relación con dicho préstamo a... como también a los beneficios
others in connection with said loan, as well as any benefit——————————————————

de esta hipoteca y aceptará en su lugar los beneficios del seguro, y a requerimiento
of this mortgage, and will accept the benefits of such insurance in lieu thereof, and upon the

del acreedor hipotecario endosará el pagaré al acreedor hipotecario en caso de
mortgagee's request will assign the note to the mortgagee should the mortgagor——

violación de cualquier convenio o estipulación aquí contenida o en el pagaré o en
violate any covenant or agreement contained herein, in the note, or any——————

cualquier convenio suplementario por parte del deudor.———————————————
supplementary agreement.———————————————————————————————

(Seis) Entre otras cosas, es el propósito e intención de esta hipoteca, que en todo
(Six) It is the purpose and intent of this mortgage that, among other things,————

tiempo cuando el pagaré esté en poder del acreedor hipotecario, o en el caso en
at all times when the note is held by the mortgagee, or in the event the——————

que el acreedor hipotecario ceda esta hipoteca sin asegurar el pagaré, esta hipoteca
mortgagee should assign this mortgage without insurance of the note, this mortgage——

garantizará el pago del pagaré pero cuando el pagaré esté en poder de un presta-
shall secure payment of the note; but when the note is held by an insured——————

mista asegurado, esta hipoteca no garantizará el pago del pagaré o formará parte
lender, this mortgage shall not secure payment of the note or attach to——————

de la deuda evidenciada por el mismo, pero en cuanto al pagaré y a dicha deuda,
the debt evidenced thereby, but as to the note and such debt——————————

constituirá una hipoteca de indemnización para garantizar al acreedor hipotecario
shall constitute an indemnity mortgage to secure the mortgagee——————————



contra cualquier pérdida bajo el endoso de seguro por causa de cualquier incum-
against loss under its insurance endorsement by reason of any default——————

plimiento por parte del deudor hipotecario.———————————————————
by the mortgagor.——————————————————————————————————

QUINTO: Que en consideración al préstamo y (a) en todo tiempo que el pagaré
FIFTH: That, in consideration of said loan and (a) at all times when the note——

sea conservado por el acreedor hipotecario, o en el caso de que el acreedor hipote-
is held by the mortgagee, or in the event the mortgagee——————————————

cario ceda la presente hipoteca sin el seguro de pago del pagaré y en garantía del
should assign this mortgage without insurance of the payment of the note, in guarantee of the

importe del pagaré según se especifica en el subpárrafo (Uno) del Párrafo NOVE-
amount of the note as specified in subparagraph (one) of paragraph NINTH——

NO con sus intereses al tipo estipulado y para asegurar el pronto pago de dicho
hereof, with interest at the rate stipulated, and to secure prompt payment of the——

pagaré, su renovación cualquier convenio contenido en el mismo, o extensión y
note and any renewals and extensions thereof and any agreements contained therein,——

(b) en todo tiempo que el pagaré sea poseído por el prestamista asegurado en garan-
(b) at all times when the note is held by an insured lender, in guarantee——————

tía de las sumas especificadas en el subpárrafo (Dos) del párrafo NOVENO aquí
of the amounts specified in subparagraph 9Two of paragraph NINTH hereof——————

consignado para garantizar el cumplimiento del convenio del deudor hipotecario
for securing the performance of the mortgagor's agreement—————————————

de indemnizar y conservar libre al acreedor hipotecario contra pérdidas bajo el en-
herein to indemnify and save harmless the mortgagee against loss under its——————

doso de seguro por razón de incumplimiento del deudor hipotecario y (c) en cual-
insurance endorsements by reason of any default by the mortgagor, and (c) in any——

quier caso y en todo tiempo en garantía de las sumas adicionales consignadas en el
event and at all times whatsoever, in guarantee of the additional amounts specified in——

-3-

Forma FmHA 427–1PR
( 10—82 )

subpárrafo (Tres) del párrafo NOVENO de est... inst... ...nto y para asegurar el
subparagraph (Three) of paragraph NINTH hereof, and to secure the

cumplimiento de todos y cada uno de los convenios y del deudor hipotecario aquí
performance of every covenant and agreement of the mortgagor—

contenidos o en cualquier otro convenio suplementario, el deudor hipotecario por
contained herein or in any supplementary agreement, the mortgagor—

la presente constituye hipoteca voluntaria a favor del acreedor hipotecario sobre
hereby constitutes a voluntary mortgage in favor of the mortgagee on—

los bienes descritos en el párrafo UNDECIMO más adelante, así como sobre·los
the property described in paragraph ELEVENTH hereof, together with all rights,—

derechos, intereses servidumbres, derechos hereditarios, adhesiones pertenecientes
interests easements, hereditaments and appurtenances thereto belonging,—

a los mismos, toda renta, créditos, beneficios de los mismos, y todo producto e
the rents, issues and profits thereof and revenues and—

ingreso de los mismos, toda mejora o propiedad personal en el present o que en
income therefrom, all improvements and personal property now or—

el futuro se adhiera o que sean razonablemente necesarias para el uso de los mismos,
later attached thereto or reasonably necessary to the use thereof,—

sobre las aguas, los derechos de agua o acciones en los mismos, pertenecientes a
all water, water rights and shares in the same pertaining to—

las fincas o a todo pago que en cualquier tiempo se adeude al deudor hipotecario
the farms and all payments at any time owing to the mortgagor—

por virtud de la venta, arrendamiento, transferencia, enajenación o expropiación
by virtue of any sale, lease, transfer, conveyance or total or—

total o parcial de o por daños a cualquier parte de las mismas o a los intereses sobre
partial condemnation of or injury to any part thereof or interest—

ellas, siendo entendido que este gravámen quedará en toda su fuerza y vigor hasta
therein, it being understood that this lien will continue in full force and effect until—

que las cantidades especificadas en el párrafo NOVENO con sus intereses antes y
all amounts as specified in paragraph NINTH hereof, with interest before and—

después del vencimiento hasta que los mismos hayan sido pagados en su totalidad.
after maturity until paid, have been paid in full.—

En caso de ejecución, los bienes responderán del pago del principal, los intereses
In case of foreclosure, the property will be answerable for the payment of the principal, interest

antes y después de vencimiento, hasta su total solvento, pérdida sufrida por el acree-
thereon before and after maturity until paid, losses sustained by the—

dor hipotecario como asegurador del pagaré, contribuciones, prima de seguro o cual-
mortgagee as insurer of the note, taxes, insurance premiums, and—

quier otro desembolso o adelanto por el acreedor hipotecario por cuenta del deudor
other disbursements and advances by the mortgagee for the mortgagor's account—

hipotecario con sus intereses hasta que sean pagados al acreedor hipotecario, costas,
with interest until repaid to the mortgagee, costs, expenses and—

gastos y honorarios de abogado del acreedor hipotecario, toda extensión o reno-
attorney's fees of the mortgagee all extensions and renewals of any of—

vación de dichas obligaciones con intereses sobre todas y todo otro cargo o suma
said obligations, with interest on all and all other charges and additional—

adicional especificada en el párrafo NOVENO de este documento.—
amounts as specified in paragraph NINTH hereof.—

SEXTO: El deudor hipotecario expresamente conviene lo siguiente:—
SIXTH: That the mortgagor specifically agrees as follows:—

(Uno) Pagar al acreedor hipotecario prontamente a su vencimiento cualquier deuda
(One) To pay promptly when due any indebtedness—





-4-

Forma FmHA 427–1PR
( 10–82 )

aquí g...antizada e indemnizar y conservar libre .e pé. .a al acreedor hipotecario
to the mortgagee hereby secured and to indemnify and save harmless the mortgage against any

bajo el seguro del pago del pagaré por incumplimiento del deudor hipotecario.
loss under its insurance of payment of the note by reason of any default by the mortgagor.

En todo tiempo cuando el pagaré sea poseído por el prestamista asegurado, el
At all times when the note is held by an insured lender, the———————————————

deudor hipotecario continuará haciendo los pagos contra dicho pagaré al acreedor
mortgagor shall continue to make payments on the note to the mortgagee,—————————

hipotecario como agente cobrador del tenedor del mismo.—————————————————
as collection agent for the holder.

(Dos) A pagar al acreedor hipotecario una cuota inicial por inspección y tasación
(Two) To pay to the Mortgagee any initial fees for inspection and appraisal

y cualquier cargo por delincuencia requerido en el present o en el futuro por los
and any deliquency charges, now or hereafter required by————————————————

reglamentos de la Administración de Hogares de Agricultores.——————————————
regulations of the Farmer's Home Administration.—

(Tres) En todo tiempo cuando el pagaré sea poseído por un prestamista asegu-
(Three) At all times when the note is held by an insured lender,————————————

rado, cualquier suma adeudada y no pagada bajo los términos del pagaré, menos
any amount due and unpaid under the terms of the note, less—————————————

la cantidad o carga anual, podrá ser pagada por el acreedor hipotecario al tenedor
the amount of the annual charge, may be paid by the mortgagee to the holder

del pagaré bajo los términos provistos en el pagaré y en el endoso de seguro referido
of the note to the extent provided in the insurance endorsement—————————————

en el párrafo CUARTO anterior por cuenta del deudor hipotecario.——————————
referred to in paragraph FOURTH hereof for the account of the mortgagor.———————

Cualquier suma vencida y no pagada bajo los términos del pagaré, sea éste poseído
Any amount due and unpaid under the terms of the note, whether it is held

por el acreedor hipotecario o por el prestamista asegurado, podrá ser acreditada
by the mortgagee or by an insured lender, may be credite——————————————

por el acreedor hipotecario al pagaré y en su consecuencia constituirá un adelanto
by the mortgagee on the note and thereupon shall constitute an advance———————

por el acreedor hipotecario por cuenta del deudor hipotecario.———————————
by the mortgagee for the account of the mortgagor.

Cualquier adelanto por el acreedor hipotecario tal como se describe en este sub-
Any advance by the mortgagee as described in this————————————————

párrafo devengará intereses a razón del DIEZ Y TRES CUARTO———————————
subparagraph shall bear interest at the rate of ——————————————————

——————————————por ciento (10.75  º/o)—————————————————
——————————————per cent  ( ————º/o)

anual a partir de la fecha en que venció el pago hasta la fecha en que el deudor
per annum from the date on which the amount of the advance was due to the date of payment

hipotecario lo satisfaga.————————————————————————————
to the mortgagee.—————————————

(Cuatro) Fuere o no el pagaré asegurado por el acreedor hipotecario, cualquier
(Four) Whether or not the note is insured by the mortgagee, any———————————

o todo adelanto hecho por el acreedor hipotecario para prima de seguro, repa-
and all amount advanced by the mortgagee for property insurance premiums, repairs,————

raciones, gravámenes u otra reclamación en protección de los bienes hipoteca-
liens and other claims, for the protection of the mortgaged property,

dos o para contribuciones o impuestos u otro gasto similar por razón de haber
or for taxes or assesaments or other similar charges by reason of the—————————





Forma FmHA 427–1PR
( 10–82 )

el ~~~do, hipotecario dejado de pagar por los mis~~s, ~ ~~pagará intereses a razón
mortgagor's failure to pay the same, shall bear interest at the rate

del tipo estipulado en el subpárrafo anterior desde la fecha de dichos adelantos
stated in the next preceding subparagraph from the date of the advance

hasta que los mismos sean satisfechos por el deudor hipotecario.
until repaid to the mortgage.

(Cinco) Todo adelanto hecho por el acreedor hipotecario descrito en esta hipo-
(Five) All advances made by mortgagee as described in this mortgage,

teca con sus intereses vencerá inmediatamente y será pagadero por el deudor hipo-
with interest, shall be immediately due and payable by the mortgagor

tecario al acreedor hipotecario sin necesidad de requerimiento alguno en el sitio
to mortgagee without demand at the

designado en el pagaré y será garantizado por la presente hipoteca. Ningún adelanto
place designated in the note and shall be guaranteed hereby. No such advance

hecho por el acreedor hipotecario no relevará al deudor hipotecario de su obligación
by mortgagee shall relieve the mortgagor from breach of his covenant

del convenio de pagar. Dichos adelantos, con sus intereses, se reembolsarán de los
to pay. Such advances, with interest shall be repaid from the

primeros pagos recibidos del deudor hipotecario. Si no hubieren adelantos, todo
first available collections received from mortgagor. Otherwise, any payments

pago verificado por el deudor hipotecario podrá ser aplicado al pagaré o a cualquier
payment made by mortgagor may be applied on the note or any

otra deuda del deudor hipotecario aquí garantizada en el orden que el acreedor
indebtedness to mortgagee secured hereby, in any order mortgagee

hipotecario determinare.
determines.

(Seis) Usar el importe del préstamo evidenciado por el pagaré únicamente para
(Six) To use the loan evidenced by the note solely

los propósitos autorizados por el acreedor hipotecario.
for purposes authorized by mortgagee.

(Siete) A pagar a su vencimiento las contribuciones, impuestos especiales, gravá-
(Seven) To pay when due all taxes, special assessments, liens

menes y cargas que graven los bienes o los derechos o intereses del deudor hipo-
and charges encumbering the property or the right or interest of mortgage

tecario bajo los términos de esta hipoteca.
under the terms of this mortgage.

(Ocho) Obtener y mantener seguro contra incendio y otros riesgos según requie-
(Eight) To procure and maintain insurance against fire and other hazards as required

ra el acreedor hipotecario sobre los edificios y las mejoras existentes en los bie-
by mortgagee on all existing buildings and improvements on the pro-

nes o cualquier otra mejora introducida en el futuro. El seguro contra fuego y
or on any buildings and improvements put there on in the future. The insurance against

otros riesgos serán en la forma y por las cantidades, términos y condiciones que
fire and other hazards will be in the form and amount and on terms and conditions

aprobare el acreedor hipotecario.
approved by mortgagee.

(Nueve) Conservar los bienes en buenas condiciones y prontamente verificar las
(Nine) To keep the property in good condition and promptly make all

reparaciones necesarias para la conservación de los bienes; no cometerá ni per-
necessary repairs for the conservation of the property; he will not commit nor

mitirá que se cometa ningún deterioro de los bienes; ni removerá ni demolerá
permit to be committed any deterioration of the property; he will not remove nor demolish

- 6 -

Forma FmHA 427-1PR
( 10—82 )

. gún . ificio o mejora en los bienes, ni corta . ni . . verá madera de la finca,
any building or improvement on the property; nor will he cut or remove wood from the farm

ni removerá ni permitirá que se remueva grava, arena, aceite, gas, carbón u otros
nor remove nor permit to be removed gravel, sand, oil, gas, coal, or other————————

minerales sin el consentimiento del acreedor hipotecario y prontamente llevará
minerals without the consent of mortgagee, and will promptly carry out————————

a efecto las reparaciones en los bienes que el acreedor hipotecario requiera de tiempo
the repairs on the property that the mortgagee may request from time to————————

en tiempo. El deudor hipotecario cumplirá con aquellas prácticas de conservación
to time. Mortgagor shall comply with such farm conservation practices————————

de suelo y los planes de la finca y del hogar que el acreedor hipotecario de tiempo en
and farm and home management plans as mortgagee from time to————————

tiempo pueda prescribir.————————————————————————————
time may prescribe.————————

(Diez) Si esta hipoteca se otorga para un préstamo a dueño de finca según se iden-
(Ten) If this mortgage is given for a loan to a farm owner as identified————————

tifica en los reglamentos de la Administración de Hogares de Agricultores, el deudor
in the regulations of the Farmers Home Administration, mortgagor————————

hipotecario personalmente operará los bienes por sí y por medio de su familia como
will personally operate the property with his own and his family labor as a farm and for no other

una finca y para ningún otro propósito y no arrendará la finca ni parte de ella a
purpose and will not lease the farm or any part of it————————

menos que el acreedor hipotecario consienta por escrito en otro método de opera-
unless mortgagee agrees in writing to any other method of operation————————

ción o al arrendamiento.————————————————————————————
or lease.————————

(Once) Someterá en la forma y manera que el acreedor hipotecario requiera la
(Eleven) To submit in the form and manner mortgagee may require,————————

información de sus ingresos y gastos y cualquier otra información relacionada con
information as to his income and expenses and any other information in regard to the————

la operación de los bienes y cumplirá con todas las leyes, ordenanzas y reglamentos
operation of the property, and to comply with all laws, ordinances, and regulations————————

que afecten los bienes o su uso.————————————————————————
affecting the property or its use.————————

(Doce) El acreedor hipotecario, sus agentes y abogados, tendrán en todo tiempo el
(Twelve) Mortgagee, its agents and attorneys, shall have the right at all reasonable times————

derecho de inspeccionar y examinar los bienes con el fin de determinar si la garantía
to inspect and examine the property for the purpose of ascertaining whether or not————

otorgada está siendo mermada o deteriorada y si dicho examen o inspección deter-
the security given is being lessened or impaired, and if such inspection or examination shall————

minare, a juicio del acreedor hipotecario, que la garantía otorgada está siendo mer-
disclose, in the judgment of mortgagee, that the security given is being lessened————————

mada o deteriorada, tal condición se considerará como una violación por parte del
or impaired, such condition shall be deemed a breach by the————————

deudor hipotecario de los convenios de esta hipoteca.————————————————
mortgagor of the covenants of this mortgage.————————

(Trece) Si cualquier otra persona detentare con o impugnare el derecho de posesión
(Thirteen) If any other person interferes with or contests the right of possession————

del deudor hipotecario a los bienes, el deudor hipotecario inmediatamente notificará
of the mortgagor to the property, the mortgagor will immediately notify————————

al acreedor hipotecario de dicha acción y el acreedor hipotecario, a su opción,
mortgagee of such action, and mortgagee at its option————————



- 7 -

Forma FmHA 427–1PR
( 10–82 )

po... in... ...uir aquellos procedimientos que fuer... ...ne ...ios en defensa de sus
may institute the necessary proceedings in defense of its——————————————

intereses y los gastos y desembolsos incurrido por el acreedor hipotecario en dichos
interest, and any costs or expenditures incurred by mortgagee by said——————————

procedimientos, serán cargados a la deuda del deudor hipotecario y se considerarán
proceedings will be charged to the mortgage debt and considered————————————

garantizados por esta hipoteca dentro del crédito adicional de la cláusula hipotecaria
by this mortgage within the additional credit of the mortgage clause—————————————

para adelantos, gastos y otros pagos.—————————————————————
for advances, expenditures and other payments.

(Catorce) Si el deudor hipotecario en cualquier tiempo mientras estuviere vigente
(Fourteen) If the mortgagor at any time while this mortgage remains in effect————

esta hipoteca, abandonare los bienes o voluntariamente se los entregase al acree-
should abandon the property or voluntarily deliver it to mortgagee,——————————

dor hipotecario, el acreedor hipotecario es por la presente autorizado y con pode-
mortgagee is hereby authorized and empowered——————————————————

res para tomar posesión de los bienes, arrendarlos y administrar los bienes y cobrar
to take possession of the property, to rent and administer the same and collect———

sus rentas, beneficios e ingresos de los mismos y aplicarlos en primer término a los
the rents, benefits, and income from the same and apply them first to the—————————

gastos de cobro y administración y en segundo término al pago de la deuda eviden-
costs of collection and administration and secondly to the payment of the debt evidenced

ciada por el pagaré o cualquier otra deuda del deudor hipotecario y aquí garantizada,
by the note or any indebtedness to mortgage hereby guaranteed,———————————

en el orden y manera que el acreedor hipotecario determinare.————————————
in what ever order and manner mortgage may determine.

(Quince) En cualquier tiempo que el acreedor hipotecario determinare que el deudor
(Fifteen) At any time that mortgagee determines that mortgagor————————————

hipotecario puede obtener un préstamo de una asociación de crédito para produc-
may be able to obtain a loan from a credit association for production—————————

ción, de un Banco Federal u otra fuente responsable, cooperativa o privada, a un
a Federal Bank or other responsible source, cooperative or private, at a——————

tipo de interés y términos razonables para préstamos por tiempo y propósitos
rate of interest and reasonable periods of time and purposes,—————————————

similares, el deudor hipotecario, a requerimiento del acreedor hipotecario, solicitará
mortgagor, at mortgagee's request will apply for and accept——————————————

y aceptará dicho préstamo en cantidad suficiente para pagar por las acciones nece-
said loan in sufficient amount to pay the note and any other indebtedness secured hereby and to

sarias en la agencia cooperativa en relación con dicho préstamo.——————————
purchase any necessary shares of stock in the cooperative agency in regard to said loan.——

(Dieciseis) El incumplimiento de cualesquiera de las obligaciones garantizadas
(Sixteen) Should default occur in the performance or discharge of any obligation secured—

por esta hipoteca, o si el deudor hipotecario o cualquier otra persona incluida como
by this mortgage, or should mortgagor, or any one of the persons herein called————

deudor hipotecario faltare en el pago de cualquier cantidad o violare o no cumpliere
mortgagor, default in the payment of any amounts or violate or fail to comply————

con cualquier cláusula, condición, estipulación o convenio o acuerdo aquí contenido
with any clause, condition, stipulation, covenant, or agreement contained herein,———

o en cualquier convenio suplementario, o falleciere o se declarare o fuere declarado
or in any supplementary agreement, or die or be declared an————————————————

incompetente, en quiebra, insolvente o hiciere una cesión en beneficio de sus acree-
incompetent, a bankrupt, or an insolvent, or make an assignment for the benefit of——



- 8 -

Forma FmHA 427–1PR
( 10–82 )

...ores, o los bienes o parte de ellos o cualquier ...tere...  los mismos fueren cedidos,
creditors, or should the property or any part thereof or interest therein be assigned,—————

vendidos, arrendados, transferidos o gravados voluntariamente o de otro modo,
sold, leased, transferred, conveyed, or encumbered, voluntarily or otherwise,—————

sin el consentimiento por escrito del acreedor hipotecario, el acreedor hipotecario es
without the written consent of mortgagee, mortgagee is—————

irrevocablemente autorizado y con poderes, a su opción y sin notificación: (Uno) a
irrevocably authorized and empowered, at its option, and without notice: (One) to—————

declarar toda deuda no pagada bajo los términos del pagaré o cualquier otra deuda
declare all amounts unpaid under the note, and any indebtedness—————

al acreedor hipotecario aquí garantizada, inmediatamente vencida y pagadera y
to the mortgagee secured hereby, immediately due and payable and—————

proceder a su ejecución de acuerdo con la ley y los términos de la misma; (Dos)
to foreclose this mortgage in accordance with law and the provisions hereof; (Two)—————

incurrir y pagar los gastos razonables para la reparación o mantenimiento de los
to incur and pay reasonable expenses for the repair and maintenance of the—————

bienes y cualquier gasto u obligación que el deudor hipotecario no pagó según se
property and any expenses and obligations that mortgagor did not pay as—————

conviniere en esta hipoteca, incluyendo las contribuciones, impuestos, prima de
agreed in this mortgage, including taxes, assessments, insurance premium,—————

seguro y cualquier otro pago o gasto para la protección y conservación de los bienes
and any other expenses or costs for the protection and preservation of the property—————

y de esta hipoteca o incumplimiento de cualquier precepto de esta hipoteca y (Tres)
and this mortgage, or for compliance with any of the provisions of this mortgage; and (Three)

de solicitar la protección de la ley.—————
request the protection of the law.—————

(Diecisiete) El deudor hipotecario pagará o reembolsará al acreedor hipotecario
(Seventeen) Mortgagor will pay, or reimburse mortgagee—————

todos los gastos necesarios para el fiel cumplimiento de los convenios y acuerdos
for all necessary expenses for the fulfillment of the covenants and agreements—————

de esta hipoteca, los del pagaré y en cualquier otro convenio suplementario, in-
of this mortgage and of the note and of any supplementary agreement, including—————

cluyendo los gastos de mensura, evidencia de título, costas, inscripción y hono-
the costs of survey, evidence of title, court costs, recordation fee and—————

rarios de abogado.—————
attorney's fees.—————

(Dieciocho) Sin afectar en forma alguna los derechos del acreedor a requerir y
(Eighteen) Without in any manner affecting the right of the mortgagee to require and—————

hacer cumplir en una fecha subsiguiente a los mismos los convenios, acuerdos u
enforce performance at a subsequent date of the same, similar or other covenant, agreement

obligaciones aquí contenidos o similares u otros convenios, y sin afectar la respon-
obligation herein set forth, and without affecting the liability—————

sabilidad de cualquier persona para el pago del pagaré o cualquier otra deuda aquí
of any person for payment of the note or any indebtedness—————

garantizada y sin afectar el gravámen impuesto sobre los bienes o la prioridad del
secured hereby, and without affecting the lien created upon said property or the priority of

gravámen, el acreedor hipotecario es por la presente autorizado y con poder en
said lien, the mortgagee is hereby authorized and empowered at—————

cualquier tiempo (Uno) renunciar el cumplimiento de cualquier convenio u obli-
any time (one) waive the performance of any covenant or obligation—————

gación aquí contenida o en el pagaré o en cualquier convenio suplementario (Dos)
contained herein or in the note or any supplementary agreement; (two)—————



- 9 -

Forma FmHA 427–1PR
( 10—82 )

negocia con el deudor hipotecario o conceder al deudor hipotecario cualquier
deal in any way with mortgagor or grant to mortgagor any——————————

indulgencia o tolerancia o extensión de tiempo para el pago del pagaré (con el
indulgence or forbearance or extension of the time for payment of the note (with the——

consentimiento del tenedor de dicho pagaré cuando esté en manos de un presta-
consent of the holder of the note when it is held by——————————

mista asegurado) o para el pago de cualquier deuda a favor del acreedor hipoteca-
an insured lender) or for payment of any indebtedness to mortgagee——————

rio, y aquí garantizada; o (Tres) otorgar y entregar cancelaciones parciales de cual-
hereby secured; or (three) execute and deliver partial releases of any——————

quier parte de los bienes de la hipoteca aquí constituída u otorgar diferimiento o
part of said property from the lien hereby created or grant deferment or——————

postergación de esta hipoteca a favor de cualquier otro gravámen constituído sobre
postponement of this mortgage to any other lien over——————————

dichos bienes.———————————————————————
said property.——————

(Diecinueve) Todos los derechos, título e interés en y sobre la presente hipoteca,
(Nineteen) All right, title and interest in or to this mortgage,——————

incluyendo pero no limitando el poder de otorgar consentimientos, cancelaciones
including but not limited to the power to grant consents, partial releases,——————

parciales, subordinación, cancelación total, radica sola y exclusivamente en el
subordinations, and satisfaction, shall be vested solely and exclusively in——————

acreedor hipotecario y ningún prestamista asegurado tendrá derecho, título o in-
mortgagee, and no insured lender shall have any right, title or interest——————

terés alguno en o sobre el gravámen y los beneficios aquí contenidos.——————
in or to the lien or any benefits herein contained.——————

(Veinte) El incumplimiento de esta hipoteca constituirá incumplimiento de cuales-
(Twenty) Default hereunder shall constitute default under any——————

quiera otra hipoteca, préstamo refaccionario, o hipoteca de bienes muebles poseída
other real estate or crop or chattel mortgage held——————

o asegurada por el acreedor hipotecario y otorgada o asumida por el deudor hipo-
or insured by mortgagee and executed or assumed by mortgagor,——————

tecario; y el incumplimiento de cualesquiera de dichos instrumentos de garantía
and default under any such other security instrument shall——————

constituirá incumplimiento de esta hipoteca.——————————————
constitute default hereunder.——————

(Veintiuno) Todo aviso que haya de darse bajo los términos de esta hipoteca será
(Twenty-One) All notices to be given under this mortgage shall——————

remitido por correo certificado a menos que se disponga lo contrario por ley, y
be sent by certified mail unless otherwise required by law,——————

será dirigido hasta tanto otra dirección sea designada en un aviso dado al efecto,
and shall be addressed until some other address is designated in a notice so given,——————

en el caso del acreedor hipotecario a Administración de Hogares de Agricultores,
in the case of mortgage to Farmers Home Administration,——————

Departamento de Agricultura de Estados Unidos, San Juan, Puerto Rico, y en el
United States Department of Agriculture, San Juan, Puerto Rico, and in the——————

caso del deudor hipotecario, a él a la dirección postal de su residencia según se
case of mortgagor to him at the post office address of his residence as stated——————

especifica más adelante.——————————————————————
hereinafter.——————

(Veintidos) El deudor hipotecario por la presente cede al acreedor hipotecario
(Twenty-Two) Mortgagor by these presents grants to mortgagee——————



- 10 -

Forma FmHA 427–1PR
( 10–82 )

el importe de cualquier sentencia obtenido por expropiación forzosa para uso
the amount of any judgment obtained by reason of condemnation proceedings for public————

público de los bienes o parte de ellos así como también el importe de la sentencia
use of the property or any part thereof as well as the amount of any judgment————————

por daños causados a los bienes. El acreedor hipotecario aplicará el importe así
for damages caused to the property. The mortgagee will apply the amount so————————

recibido al pago de los gastos en que incurriere en su cobro y el balance al pago del
received to the payment of costs incurred in its collection and the balance to the payment——

pagaré y cualquier cantidad adeudada al acreedor hipotecario garantizada por esta
of the note and any indebtedness to the mortgagee secured by this———————————

hipoteca, y si hubiere algún sobrante, se reembolsará al deudor hipotecario.————
mortgage, and if any amount then remains, will pay such amount to mortgagor.———————

SEPTIMO: Para que sirva de tipo a la primera subasta que deberá celebrarse en caso
SEVENTH: That for the purpose of the first sale to be held in case———————————

de ejecución de esta hipoteca, de conformidad con la ley hipotecaria, según enmen-
of foreclosure of this mortgage, in conformity with the mortgage law, as amended,————

dada, el deudor hipotecario por la presenta tasa los bienes hipotecados en la suma
mortgagor does hereby appraise the mortgaged property in the amount————————

de  CIENTO CINCUENTA Y SIETE MIL SETECIENTOS CUARENTA Y--
of ——————————————————————————————————————

SIETE DOLARES ($157,747.00).——————————————————

OCTAVO: El deudor hipotecario por la presente renuncia al trámite de requeri-
EIGHTH: Mortgagor hereby waives the requirement of law and agrees to be————————

miento y se considerará en mora sin necesidad de notificación alguna por parte
considered in default without the necessity of any notification of default or demand for pay-

del acreedor hipotecario. Esta hipoteca está sujeta a los reglamentos de la Ad-
ment on the part of mortgagee. This mortgage is subject to the rules and regulations of the——

ministración de Hogares de Agricultores ahora en vigor y a futuros reglamentos,
Farmers Home Administration now in effect, and to its future regulations——————

no inconsistentes con los términos de esta hipoteca, así como también sujeta a
not inconsistent with the provisions of this mortgage, as well as to the————————

las leyes del Congreso de Estados Unidos de America que autorizan la asignación
laws of the Congress of the United States of America authorizing the making and————

y aseguramiento del préstamo antes mencionado.————————————————
insuring of the loan hereinbefore mentioned.——————————————————

NOVENO: Las cantidades garantizadas por esta hipoteca son las siguientes:————
NINTH: The amounts guaranteed by this mortgage are as follows:————————

Una. En todo tiempo cuando el pagaré relacionado en el párrafo TERCERO de
One. At all times when the note mentioned in paragraph THIRD of————————

esta hipoteca sea poseído por el acreedor hipotecario o en caso que el acreedor
this mortgage is held by mortgagee, or in the event mortgagee————————————

hipotecario cediere esta hipoteca sin asegurar el pagaré CIENTO TREINTA Y--
should assign this mortgage without insurance of the note, ————————————

SIETE MIL DOSCIENTOS CUARENTA Y SIETE————————————————
————————————————————————————— DOLARES ($ 137,247.00
————————————————————————————————— DOLLARS ($ —————)

el principal de dicho pagaré, con sus intereses según estipuladas a razón del
the principal amount of said note, together with interest as stipulated therein at the rate of

DIEZ Y TRES CUARTO ——————— por ciento (10.75———— %o) anual;
————————————————————————— per cent (————————%o) per annum;

——————————————————————————————————————————





- 11 -

Forma FmHA 427–1PR
( 10—82 )

Dos. 1... todo tiempo cuando el pagaré es pos...do por un prestamista asegurado:
Two. At all times when said note is held by an insured lender:

(A)  CIENTO TREINTA Y SIETE MIL DOSCIENTOS CUARENTA Y---
(A) --------------------------------------------------------

SIETE-----------------------------DOLARES ($ 137,247.00 )
--------------------------------------------DOLLARS ($ ---------)

para indemnizar al acreedor hipotecario por adelantos al prestamista asegurado
for indemnifying the mortgagee for advances to the insured lender------

por motivo del incumplimiento del deudor hipotecario de pagar los plazos según
by reason of mortgagor's failure to pay the installments as------------------

se especifica en el pagaré, con intereses según se especifica en el párrafo SEXTO,
specified in the note, with interest as stated in paragraph SIXTH,------------

Tercero;----------------------------------------------------------
Three;------------------------------------------------------------

(B)  DOSCIENTOS CINCO MIL OCHOCIENTOS SETENTA DOLARES---
(B) --------------------------------------------------------

con CINCUENTA CENTAVOS-----------DOLARES ($205,870.50 )
-------------------------------------------DOLLARS ($ ---------)

para indemnizar al acreedor hipotecario además contra cualquier pérdida que pueda
for indemnifying the mortgagee further against any loss it might------------

sufrir bajo su seguro de pago del pagaré.--------------------------------
sustain under its insurance of payment of the note;----------------------

Tres. En cualquier caso y en todo tiempo;--------------------------------
Three. In any event and at all times whatsoever:------------------------

(A)  CINCUENTA Y CUATRO MIL OCHOCIENTOS NOVENTA Y OCHO--
(A) --------------------------------------------------------

DOLARES con OCHENTA CENTAVOS--------------------------------
($54,898.80------ ) para intereses después de mora:-----------------
($------------------) for default interest;------------------------

(B)VEINTISIETE MIL CUATROCIENTOS CUARENTA Y NUEVE DOLARES
(B) --------------------------------------------------------

con CUARENTA CENTAVOS-----------------------------------------
( $27,449.40------) para contribuciones, seguro y otros adelantos para la con-
(_____) for taxes, insurance and other advances for the preservation

servación y protección de esta hipoteca, con intereses al tipo estipulado en el párrafo
and protection of this mortgage, with interest at the rate stated in paragraph------

SEXTO, Tercero;------------------------------------------------
SIXTH, Three;--------------------------------------------------

(C)  TRECE MIL SETECIENTOS VEINTICUATRO DOLARES con------
(C) --------------------------------------------------------

SETENTA CENTAVOS--------------------------------------------
($13,724.70----------) para costas, gastos y honorarios de abogado en caso
($_____) for costs, expenses and attorney's fees in case------------

de ejecución;--------------------------------------------------
of foreclosure;------------------------------------------------

(D)  TRECE MIL SETECIENTOS VEINTICUATRO DOLARES con------
(D) --------------------------------------------------------

SETENTA CENTAVOS--¿--------------------------------------------
($13,724.70------ ) para costas y gastos que incurriere el acreedor hipoteca-
($_____) for costs and expenditures incurred by the mortgagee in------

rio en procedimientos para defender sus intereses contra cualquier persona que inter-
proceedings to defend its interests against any other person interfering with------

venga o impugne el derecho de posesión del deudor hipotecario a los bienes según
or contesting the right of possession of mortgagor to the property as-------------

se consigna en el párrafo SEXTO, Trece.----------------------------------
provided in paragraph (SIXTH, Thirteen.--------------------------------



- 12 -

Forma FmHA 427–1PR
( 10–82 )

DECIMO: Que el (los) pagaré(s) a que se hace referencia en el párrafo TERCERO
TENTH: That the note(s) referred to in paragraph THIRD———————————————

de esta hipoteca es (son) descrito(s) como sigue:———————————————————
of this mortgage is(are) described as follows:———————————

"Pagaré otorgado en el caso número Sesenta y tres guión diecinueve
"Promissory note executed in case number ——————————————————————

guión, doscientos cincuenta y ocho cuatrocientos————
veintiuno (63-19-258421)————————————fechado el día catorce
——————————————————————————————dated the

——————————— de diciembre————— de mil novecientos————
————————————————day of —————————————nineteen hundred and

ochenta y tres (1983)——— por la suma de CIENTO TREINTA Y SIE-
————————————————————————in the amount of ——————

TE MIL DOSCIENTOS CUARENTA Y SIETE—————dólares de principal más
————————————————————————of principal plus

intereses sobre el balance del principal adeudado a razón del  DIEZ Y TRES————
interest over the unpaid balance at the rate of ———————————————————

CUARTO——————————————————( 10.75————) por ciento anual,
——————————————————————( ——————) percent per annum,

hasta tanto su principal sea totalmente satisfecho según los términos, plazos, condi-
until the principal is totally paid according to the terms, installments,

ciones y estipulaciones contenida en dicho pagaré y según acordados y convenidos
conditions and stipulation contained in the promissory note and as agreed————

entre el Prestatario y el Gobierno; excepto el pago final del total de la deuda aquí
between the borrower and the Government, except that the final installment of the——

representada, de no haber sido satisfecho con anterioridad, vencerá y sera pagadero
entire debt herein evidenced, if not sooner paid, will be due—————————————

————— CUARENTA (40)————————————————————————
and payable ————————————————————————————

años de la fecha de este pagaré.——————————————————————
years from the date of this promissory note.———————————————————

Dicho pagaré ha sido otorgado como evidencia de un préstamo concedido por el
Said promissory note is given as evidence of a loan made by the———————————

Gobierno al Prestatario de conformidad con la Ley del Congreso de los Estados
Government to the borrower pursuant to the law of the Congress of the United———

Unidos de América denominada "Consolidated Farm and Rural Development Act
States of America known as "Consolidated Farm and Rural Development Act————

of 1961" o de conformidad con el "Title V of the Housing Act of 1949", según
of 1961" or pursuant to "Title V of the Housing Act of 1949, as————————————

han sido enmendadas y está sujeto a los presentes reglamentos de la Administración
amended, and is subject to the present regulations of the Farmers—————————

de Hogares de Agricultores y a los futuros reglamentos no inconsistentes con dicha
Home Administration and to its future regulations not inconsistent with the————

Ley, De cuya descripción, yo, el Notario Autorizante, DOY FE.——————————
express provision thereof. Of which description I, the authorising Notary, GIVE FAITH.——

UNDECIMO: Que la propiedad objeto de la presente escritura y sobre la que se
ELEVENTH: That the property object of this deed and over which———————————

constituye Hipoteca Voluntaria, se describe como sigue:——————————————
voluntary mortgage is constituted, is described as follows:——————————

A. RUSTICA, sita en el Barrio Calabazas de San Sebastián,
Puerto Rico, compuesta de noventay cuatro cuerdas con-
sesenta y cinco céntimos y ocho miésimas (94.658cds);——
equivalente a treinta y siete hectáreas, veinte áreas—
cuarenta y tres centiáreas y ochenta miliáreas; que————





F 291
F 262-55
1 nte 10º
J-Ac. 64/2

- 13 -

colinda por el Norte, con José Figueroa y el Río----
Culebrinas; al Sur, camino municipal, parcela-------
segregada de Agustín Mártir; al Este, el Río--------
Culebrinas, un caño y parcela segregada de Agustín--
Mártir; y al Oeste, con María Luis Mártir , Sucesión
de Evangelista Ramos y José Figueroa. Contiene una--
casa de vivienda y otra dedicada a almacén".---------

--Inscrita al folio doscientos noventa (290) del----

tomo doscientos sesenta y dos (262) de San Sebastián

finca número Seis mil cuatrocientos doce (6412),----

inscripción octava (8va).---------------------------

-Adquirida de Isidro Crespo y su esposa Margarita---

Traverzo, mediante la Escritura pública número------

doscientos veinte(220) otorgada el día catorce (14)-

de diciembre de mil novecientos ochenta y tres------

(1983) ante el Notario Gerardo Pérez Echevarría.----

;Libre de cargas y gravámenes.----------------------



"B. RUSTICA, sita en el Barrio Calabazas de San-----
Sebastián, Puerto Rico, compuesta de QUINIENTOS-----
SETENTA Y TRES punto CUARENTA Y UN METROS-----------
CUADRADOS (573.41 m/c); en lindes al Norte, en------
veintidos metros con ochenta y siete centímetros----
con el remanente de la finca principal; al Sur,-----
en dieciocho metros con la Carretera estatal--------
número cuatrocientos treinta y cinco (435); por el--
Este, en veintisiete metros con setenta y ocho------
centímetros con Antonio Vargas; y por el Oeste, en--
veintiocho metros con sesenta y cinco centímetros---
con el remanente de la finca principal".------------

-Inscrita al folio doscientos treinta y nueve (239)--
del tomo ciento ochenta (180) de San Sebastián,-----

finca número Siete mil cuatrocientos sesenta(7460).-

--Adquirida por la parte aquí compareciente de------

Juan Guzmán Rivera y Leonides Soto Arocho mediante--

la Escritura pública número doscientos noventa y----

seis (296) otorgada en San Sebastián, Puerto Rico,--

el día cuatro (4) de diciembre del año mil novecien-

tos setenta (1970) ante el Lcdo. José M. Cruz-------

Vargas.---------------------------------------------

-Afecta a las siguientes hipotecas:-----------------

-Uno:  Hipoteca a favor de Estados Unidos de-------

América por la suma principal de Trece mil quinien-

tos dólares ($13,500.00) con intereses al Siete y--

-14-

Forma FmHA 427–1PR
( 10–82 )

un cuarto (7 1/4%) por ciento anual, constituída--------
mediante la Escritura pública número ochenta y cinco---
(85) otorgada el día tres (3) de marzo de mil novecien-
tos setenta y uno (1971) ante el Notario José M. Cruz---
Vargas, vencimiento treinta y tres (33) años.-----------

-Dos: Hipoteca a favor de la Puerto Rico Production----
Credit Association por la suma principal de Siete mil---
dólares ($7,000.00) con intereses a razón del ocho (8%)-
anual, constituída mediante la Escritura número---------
doscientos cuarenta y tres (243) del día dieciocho (18)-
de diciembre de mil novecientos setenta y cinco(1975)---
ante el Lcdo.José M. Cruz Vargas, vencimiento a la------
presentación.------------------------------------------



Adquirió el prestatario la descrita finca por compra a: la descrita bajo la
Borrower acquired the described property by purchase from -------------------
letra "A" Isidro Crespo y esposa; y la descrita bajo---
la letra "B" por compra a Juan Guzmán Rivera y esposa--
según consta de la Escritura Número doscientos veinte y doscien-
pursuant to Deed Number
tos noventa y seis (296)-------------------------------
de fecha catorce (14) de diciembre y cuatro de diciembre-
dated-
de mil novecientos ochenta y tres(1983) y mil novecien-
tos setenta (1970)-------------------------------------
otorgada en la ciudad de san Sebastián, Puerto Rico-----------
executed in the city of
ante el Notario Gerardo Pérez Echevarría y José M. Cruz-----
before Notary ----------------------------------------
Vargas, respectivamente.-------------------------------
Dicha propiedad se encuentran inscritas a los folios, tomos y---
Said property is -------------------------------------

números de fincas antes mencionados en la descripción--
de ambas propiedades.----------------------------------

------------------------------------------------------

DUODECIMO: Que comparecen en la presente escritura como Deudores Hipote-
TWELFTH: The parties appearing in the present deed as Mortgagors
carios don Juan E. Guzmán Soto y doña Julia----
are -------------------------------------------------
Román Torres, mayores de edad, casados entre sí, propie-
tarios y vecinos de San Sebastián, Puerto Rico,--------
cuya dirección postal es: Ruta Rural número uno (1), Buzón------
whose postal address is:------------------------------
Seis sesenta y seis (666), San Sebastián, Puerto Rico,-
cero cero siete cincuenta y cinco (00755).-------------

------------------------------------------------------

DECIMO TERCERO: El importe del préstamo aquí consignado se usó ó será usado
THIRTEENTH: The proceeds of the loan herein guaranteed was used or will be used------



-14-A

Forma FmHA 427–1PR
( 10–82 )



para fines agrícolas y la construcción y/o reparación y/o mejoras de las instalaciones
for agricultural purposes and the construction and/or repair or improvement of the physical

físicas en la finca(s) descrita(s).
installations on the described farm(s).

DECIMO CUARTO: El prestatario ocupará personalmente y usará cualquier estruc-
FOURTEENTH: The borrower will personally occupy and use any structure

tura que haya sido construída, mejorada o comprada con el importe del préstamo
constructed, improved or purchased with the proceeds of the loan

aquí garantizado y no arrendará o usará para otros fines dicha estructura a menos
herein guaranteed and shall not lease or use for other purposes said structure unless

que el Gobierno lo consienta por escrito. La violación de esta clausula como la
the Government so consents in writing. Violation of this clause as well as

violación de cualquiera otro convenio o cláusula aquí contenida ocasionará el
violation of any other agreement or clause herein contained will cause

vencimiento de la obligación como si todo el término hubiese transcurrido y en
the debt to become due as if the whole term had elapsed and the

aptitud el Gobierno de declarar vencido o pagadero el préstamo y proceder a la
Government at its option may declare due and payable the loan and proceed to

ejecución de la hipoteca.
the foreclosure of the mortgage.

DECIMO QUINTO: Esta hipoteca se extiende expresamente a toda construcción
FIFTEENTH: This mortgage expressly extends to all construction

o edificación existente en la(s) finca(s) antes descrita(s) y a toda mejora, construc-
or building existing on the farm(s) hereinbefore described and all improvement,

ción o edificación que se construya en dicha finca(s) durante le vigencia del prés-
construction or building constructed on said farm(s) while the

tamo hipotecario constituido a favor del Gobierno, verificada por los actuales
mortgage loan constituted in favor of the Government is in effect, made by the present

dueños deudores o por sus cesionarios o causahabientes.
owners or by their assignees or successors.

DECIMO SEXTO: El deudor hipotecario por la presente renuncia mancomunada
SIXTEENTH: The mortgager by these presents hereby waives jointly and

y solidariamente por sí y a nombre de sus herederos causahabientes, sucesores o
severally for himself and on behalf of his heirs, assignees, successors or

representantes a favor del acreedor (ADministración de Hogares de Agricultores),
representatives, in favor of mortgagee (Farmers Home Administration)

cualquier derecho de Hogar Securo (Homestead) que en el present o en el futuro
any Homestead right (Homestead) that presently or in the future

pudiera tener en la propiedad descrita en el párrafo undécimo y en los edificios
he may have in the property described in paragraph eleventh and in the buildings

allí enclavados o que en el futuro fueran construídos; renuncia esta permitida
thereon or which in the future may be constructed; this waiver being permitted

a favor de la Administración de Hogares de Agricultores por la Ley Número trece
in favor of the Farmers Home Administration by Law Number Thirteen

(13) del veintiocho (28) de mayo de mil novecientos sesenta y nueve (1969) (31
(13) of the twenty-eights of May, nineteen hundred sixty-nine (1969) (31

L.P.R.A. 1851)
L.P.R.A. 1851).

DECIMO SEPTIMO: El acreedor y el deudor hipotecario convienen en que cual-
SEVENTEENTH: Mortgagee and mortgagor agree that any

quier estufa, horno, calentador comprado o financiado total o parcialmente con
stove, oven, water heater, purchased or financed completely or partially with



- 15 -

Forma FmHA 427-1PR
( 10-82 )

fondos del préstamo aquí garantizado, se considerará e interpretará como parte
funds of the loan herein guaranteed, will be considered and understood to form part

de la propiedad gravada por esta Hipoteca.
of the property encumbered by this Mortgage.

**DECIMO OCTAVO:** El deudor hipotecario se compromete y se obliga a mudarse
EIGHTEENTH: The mortgagor agrees and obligates himself to move

y a ocupar la propiedad objeto de esta escritura dentro de los próximos sesenta
and occupy the property object of this deed within the following sixty

días a partir de la fecha de la inspección final; y en caso de circunstancias impre-
days from the date of final inspection, and in the event of unforeseen circumstances

vistas fuera del control del deudor hipotecario que le impidiera mudarse, éste lo
beyond his control which would impede him to do so, he will

notificará por escrito al Supervisor Local.
notify it in writing to the County Supervisor.

**DECIMO NOVENO:** Toda mejora, construcción o edificación que se construya
NINETEENTH: All improvement, construction or building constructed

en dicha finca durante la vigencia antes mencionada deberá ser construída previa-
on said farm(s) during the term hereinbefore referred to, must be made with the previous

autorización por escrito del acreedor hipotecario conforme a los reglamentos pre-
consent in writing of mortgagee in accordance with present regulations

sentes y aquellos futuros que se promulgaren de acuerdo a las leyes federales y
or future ones that may be promulgated pursuant to the federal and

locales no inconsistentes o incompatibles con las leyes actuales que gobiernan
local laws not inconsistent or incompatible with the present laws which govern

estos tipos de préstamos.
these types of loans.

**VIGESIMO:** Este instrumento garantiza asímismo el rescate o recuperación de
TWENTIETH: This instrument also secures the recapture of

cualquier crédito por intereses o subsidio que pueda otorgarse a los prestatarios
any interest credit or subsidy which may be granted to the borrower(s) by the

por el Gobierno de acuerdo con las disposiciones del Título Cuarentidos del Código
Government pursuant to Forty-Two

de Estados Unidos Sección Mil Cuatrocientos Noventa - a (42 U.S.C. 1490a)
U.S.C. Fourteen Ninety-a (42 U.S.C. 1490a)

-VIGESIMO PRIMERO:  Manifiestan los comparecientes-----

que por tratarse de un préstamo para fines agrícolas---

han acordado en no distribuir las responsabilidad------

entre las fincas gravadas y por lo tanto todas---------

responderán por separado, solidaria y mancomundamente--

de la deuda, principal, intereses, costas y demás-------

créditos garantizados por esta hipoteca, todo ello-----

conforme al Artículo ciento diecinueve (119) de la-----

Ley Hipotecaria, según ha sido enmendada por la la-----

Ley número setenta y nueve (79) de mil novecientos-----

sesenta y cinco (1965).--------------------------------



16

Forma FmHA 427–1PR
( 10–82 )

--------ACEPTACION--------
ACCEPTANCE

El (los) comparecientes ACEPTAN esta escritura en la forma redactada una vez
The appearing party (parties) ACCEPT(S) this deed in the manner drawn once------------------

yo, el Notario autorizante, le (les) hice las advertencias legales pertinentes.------------
I, the authorizing Notary, have made to him (them) the pertinent legal warnings.------------

Así lo dicen y otorgan ante mí, el Notario autorizante, el (los) compareciente(s)
So they say and execute before me, the authorizing Notary, the appearing party (parties)------------

sin requerir la presencia de testigos después de renunciar su derecho a ello del que
without demanding the presence of witnesses after waiving his (their) right to do so of which

le(s)  advertí.------------------------------------------------------------------
I advised him (them).

Después de ser leída esta escritura por el (los) compareciente(s), se ratifica(n)
After this deed was read by the appearing party(parties) he (they) ratify its------------

en su contenido, pone(n) sus iniciales en cada uno de los fólios de esta escritura
contents, place(s) his (their) initials on each of the folios of this deed------------

incluyendo el último y la firma(n) todos ante mí, el Notario autorizante, que DOY
including the last one, and all sign before me, the authorizing Notary who GIVES------------

FE de todo el contenido de esta escritura.------------------------------------
FAITH to everything contained in this deed.

Firmado:  Juan E. Guzmán Soto y Julia Román Torres.-----------

Firmado, sellado, signado y rubricado por:----------
GERARDO PEREZ ECHEVARRIA            Notario Público.---
Aparecen las iniciales del (los) otorgante(s) y la--
rúbrica del Notario al margen de cada folio.--------
Cancelado el sello de Impuesto Notarial.

CERTIFICO:  Que la presente es copia fiel y exacta--
del original que obra en el protocolo de instrumentos
públicos en mi Notaría del año 1983 , y a requerimien-
to de:  ESTADOS UNIDOS DE AMERCIA
expido esta  primera       copia certificada, bajo mi-
firma, signo, sello y rúbrica en San Sebastián,-----
Puerto Rico, hoy  14  de  diciembre  de 1983 .--------

(Sello)

NOTARIO PUBLICO



Inscrita al Folio 114 vuelto del Tomo 275-55
Inscripción 7ª Finca # 7460. Cargas: —
hipoteca a favor de C.V.Q. por $13,500.00,
hipoteca a favor de P.R. Production Credit
Association por $7,000.00. La finca # 6412
está inscrita al Folio 291 del Tomo 262
de San Sebastián Inscripción 10ª —
Cargas: servidumbres a favor de la Autoridad
de las Fuentes Fluviales y a favor de la
Autoridad de Acueductos. Y a ambas
fincas la afecta la hipoteca que por
este documento se constituye. Agua-
dilla, a 29 de marzo de 1984.

Registrador
Exento

Exhibit 4

[CERTIFIED TRANSLATION]

Folio number five-hundred and twenty-one (521)

---[partially legible side note: (illegible) on the (illegible) executed first copy (illegible) in favor of (illegible) -------------.

[illegible signature]

-----------------**DEED NUMBER EIGHTY-THREE (83)**------------------------

----------------------**REAMORTIZATION OF MORTGAGE LOAN**----------------------

-------------------------**AND MODIFICATION OF MORTGAGE**------------------------

---In the City of San Sebastián, Puerto Rico, this eleventh (11th) day of the month of May nineteen eighty-eight (1988).-------------------------------------------------------

----------------------------------------------**BEFORE ME**-------------------------------------------

--- **GERARDO PEREZ ECHEVARRIA**, an Attorney and Notary Public who resides in San Sebastián, Puerto Rico, and has a law office, located at number twenty-one (21), upper story, Muñoz Rivera Street, San Sebastián, Puerto Rico.-------------------------------

--------------------------------------------**COME NOW**-------------------------------------------

---**THE PARTY OF THE ONLY PART AND AS MORTGAGORS**--------------------

---**MR. JUAN EDWIN GUZMAN SOTO**, Social Security number ██████████ ████████████████████and MRS. JULIA MIRTA ROMAN TORRES, Social Security number ██████████████████████████ ████████████, both of legal age, married to each other, property owners and residents of San Sebastián, Puerto Rico.-----------------------------------------------------

---**AND THE PARTY OF THE THIRD PART AND AS MORTGAGEE**--------------

--- **THE UNITED STATES OF AMERICA**, acting through the Administrator of the Farmers Home Administration, in keeping with the provisions of the Act of Congress entitled "Consolidated Farmers Home Administration Act of 1961," with principal offices in Washington, District of Columbia, United States of America, represented in this act by Mr. Luis A. Hernández, Social Security number ████████████████████████ ███████████, of legal age, married, an employee and resident of Lares, Puerto Rico, in his capacity as Local Supervisor of the Farmers Home Administration, San

[CERTIFIED TRANSLATION]

Folio number five-hundred and twenty-two (522)

Sebastian Office, whose authority to engage in this act was established by a delegation of power conferred by the Administrator of the Farmers Home Administration, and whose authority is duly registered and certified at the Property Registry.----------------------------

--- I ATTEST that I personally know the appearing parties, and based on their statements and my belief that their statements are correct, I further attest that their ages, marital statuses, professions and places of domicile are as stated above. They assure me that they have, and in my judgment they indeed have, the legal capacity required to execute this deed, and they hereby freely and spontaneously;-------------------------------------------------

------------------------------------------WITNESSETH------------------------------------------

--- **FIRST:** That the Mortgagors, Juan E. Guzmán Soto and Mrs. Julia M. Román Torres, are the current owners of the following property(ies):-------------------------------------------

---"A." "RURAL, located in the Calabazas Ward of San Sebastián, Puerto Rico, comprised of ninety-four *cuerdas* point sixty-five hundredths and eight thousandths (94.658 cds.), equivalent to thirty-seven (37) hectares, twenty (20) ares, forty-three (43) centiares and eighty (80) miliares; which are bounded to the North, by José Figueroa and the Culebrinas River; to the South, by a municipal road, lot subdivided from Agustín Mártir; to the East, the Culebrinas River, a narrow channel and lot subdivided from Agustín Mártir; and to the West, by María Luisa Mártir, the Estate of Evangelista Ramos and José Figueroa. It contains one house that is used as a dwelling and another house that is used as a warehouse."--------------------------------------------------------------------------

Registered on the back of folio two-hundred and ninety-two (292) of tome two hundred and sixty-two (262) of San Sebastián, property number six thousand four hundred and twelve (6,412), twelfth (12th) registration.-----------------------------------------------------------

---"B." "RURAL, located in the Calabazas Ward of San Sebastián, Puerto Rico, comprised of FIVE HUNDRED AND SEVENTY-THREE point FORTY-ONE SQUARE METERS (573.41 s/m); bounded to the North, along twenty-two meters, eighty-seven centimeters, by the remnant of the main property; to the South, along eighteen meters, by State Road Four Thirty-Five (435); to the East, along twenty-seven meters, seventy-eight centimeters by Antonio Vargas; and to the West, along twenty-eight meters, sixty-five centimeters, by the remnant of the main property.------------------

---Registered on folio one hundred and sixteen (116) of tome two hundred and seventy-five (275) of San Sebastián, property number seven thousand four hundred and sixty (7460), ninth (9th) registration.-----------------------------------------------------------------------
------------------------------------------------------------------------------------------------------

[CERTIFIED TRANSLATION]

<u>Folio number five-hundred and twenty-three (523)</u>

---It is subject to a mortgage securing a note in favor of the United States of America in the amount of ONE HUNDRED AND SIXTY-ONE THOUSAND EIGHT HUNDRED AND TWENTY-TWO DOLLARS AND EIGHTY-ONE CENTS ($161,822.81), and interest thereon at a rate of five and one fourth (5 1/4%) percent per annum, principal and interest payable in the instalments stipulated therein, as established in Deed number Two Hundred and Twenty-Eight (228) executed on the nineteenth (19th) day of September nineteen eighty-five (1985) before Notary Public Gerardo Pérez Echevarría, on Reamortization of Mortgage Loan and Modification of Mortgage, and registered on the back of folio two-hundred and ninety-two (292) and on folio one-hundred and sixteen (116) of tomes two hundred and ninety-two (292) and two hundred and seventy-five (275) of San Sebastián, properties number six thousand four hundred and twelve (6,412) and seven thousand four hundred and sixty (7,460).-------------------------------------------------

----- **SECOND**: The Mortgagors, Juan E. Guzmán Soto and Julia M. Román Torres, hereby further state that in order to reamortize the mortgage debt, they requested and obtained the consent of the mortgagee, the United States of America, acting through the Administrator of the Farmers Home Administration, in accordance with the Act of Congress entitled "Consolidated Farmers Home Administration Act of 1961" and the regulations passed to that effect to reamortize the mortgage debt.----------------------------

-----**THIRD**: The parties, Juan E. Guzmán Soto and Julia M. Román Torres, hereby affirm that they have personal knowledge of each and every one of the obligations, clauses and stipulations contained or mentioned in the mortgage(s), and in this act, they hereby clearly, solemnly and categorically agree to comply with each and every one of

[CERTIFIED TRANSLATION]

Folio number five-hundred and twenty-four (524)

these obligations, clauses and stipulations required by the Farmers Home Administration (FmHA).----------------------------------------------------------------------------------------------

----**REAMORTIZATION AND MODIFICATION OF PAYMENT OF NOTE(S)**---

---------------------------------------**AND MORTGAGE(S)**-----------------------------------

----- **FOURTH**: Mr. Luis A. Hernández, in the capacity that he holds, hereby affirms that since the Mortgagors, Juan E. Guzmán Soto and Julia M. Román Torres, were accepted to receive the benefits of the Act of Congress entitled "Consolidated Farmers Home Administration Act of 1961," as amended, he has agreed to reamortize and modify the form of payment of the instalments laid down in the note(s) and in the mortgage(s) as follows:-------------------------------------------------------------------------------------------

---The total sum due as of the eleventh (11th) day of May nineteen eighty-eight (1988) --

----- amounts to the sum of ONE HUNDRED AND SEVENTY-SIX THOUSAND FOUR HUNDRED DOLLARS AND NINETY-FOUR CENTS ($176,400.94)----------------------

with interest thereon at a rate of five and one fourth (5 1/4%) percent per annum, which shall be paid as follows: -----------------------------------------------------------------------------

SIX HUNDRED AND SEVENTY-NINE DOLLARS ($679) on or before the first (1st) of January nineteen eighty-nine (1989); ONE THOUSAND SEVEN HUNDRED AND SEVENTY-FIVE DOLLARS ($1,775) on or before the first (1st) of January nineteen ninety (1990); and ELEVEN THOUSAND ONE HUNDRED AND EIGHTY-SEVEN DOLLARS ($11,187.00) on or before every, subsequent first day of January, except the final payment of the total debt evidenced herein, which shall be made on or before the fourteenth (14th) day of December of the year two thousand twenty-three (2023).---------

----------------------------------------------------------------------------------------------

[CERTIFIED TRANSLATION]

Folio number five-hundred and twenty-five (525)

-------------------------------------------------------------------------------------

-------------------------------------------------------------------------------------

-------------------------------------------------------------------------------------

-------------------------------------------------------------------------------------

-------------------------------------------------------------------------------------

-------------------------------------------------------------------------------------

----- **FIFTH**: Mr. Luis A. Hernández, in the capacity that he holds, delivers to me, the Notary Public, the note(s) secured by the mortgage(s), which he assures me has(have) not been negotiated or encumbered in any way by the current holder and bearer, the United States of America, and once I, the Notary Public, had identified same, corroborating that it is in fact the same note(s), I wrote the following note on the back thereof:---------------

-------------------------------------------------------------------------------------

--- "The sum of this note and the mortgage securing it, reamortized on the eleventh (11tth) day of May nineteen eighty-eight (1988) resulted in an outstanding payable sum of ONE HUNDRED AND SEVENTY-SIX THOUSAND FOUR HUNDRED DOLLARS AND NINETY-FOUR CENTS ($176,400.94), with interest thereon at a rate of five and one fourth percent per annum, which shall accrue interest at a rate of five percent (5%) per annum and which shall be paid as follows: SIX HUNDRED AND SEVENTY-NINE DOLLARS ($679.00) -----------------------------------------------------------------------

on or before the first (1st) of January nineteen eighty-nine (1989); ONE THOUSAND

(5)

[CERTIFIED TRANSLATION]

Folio number five-hundred and twenty-six (526)

SEVEN HUNDRED AND SEVENTY-FIVE DOLLARS ($1,775) on or before the first (1st) of January nineteen ninety (1990); and ELEVEN THOUSAND ONE HUNDRED AND EIGHTY-SEVEN DOLLARS ($11,187.00) on or before every, subsequent first day of January, except the final payment of the total debt evidenced herein, which shall be made on or before the fourteenth (14th) day of December of the year two thousand twenty-three (2023), as shown on Deed number Eighty-Three (83) of the eleventh (11th) day of May nineteen eighty-eight (1988) before Notary Public Gerardo Pérez Echevarría.-

TO WHICH I ATTEST, "In San Sebastián, Puerto Rico, this eleventh (11th) day of May nineteen eighty-eight (1988). Signed, Sealed and Flourished: Gerardo Pérez Echevarría, Notary Public. After writing and signing the note, I return same to Mr. Luis A. Hernández, in the capacity that he holds.--------------------------------------------------------------------------
----- **SIXTH**: Given that this is a limited resources loan, as indicated on the note, the Government can change the interest rate in accordance with the regulations of the Farmers Home Administration.--------------------------------------------------------------------------
--------------------------------------------------------------------------------------------
--------------------------------------------------------------------------------------------
--------------------------------------------------------------------------------------------
--------------------------------------------------------------------------------------------
--------------------------------------------------------------------------------------------
--------------------------------------------------------------------------------------------
--------------------------------------------------------------------------------------------

(6)

[CERTIFIED TRANSLATION]

<u>Folio number five-hundred and twenty-seven (527)</u>

-----------------------------------------**ACCEPTANCE**----------------------------------------

----- The parties hereby accept the foregoing deed in all its parts as they deem it to have been drafted in accordance with what was agreed and I, as Notary Public, have given them the pertinent legal warnings in this regard.-------------------------------------------------

----- It is so stated and executed before me by the appearing parties, after waiving the right that I advised them they had to request the presence of attesting witnesses.----------

-----The foregoing deed having been read out loud by me, the Notary Public, to the appearing parties, and the deed having been read personally by them also, the parties ratify the contents hereof and sign same, also placing their initials in the margin and on each and every page of this deed, all signing in one same act.--------------------------------

-----I, the Authorizing Notary Public, do hereby ATTEST TO THE FOREGOING and to everything that I affirm, relate or refer to in this public instrument.--------------------------

[**Translators Note:** There are four (4) illegible signatures at the bottom of this page.]

[**Translators Note:** There are partially visible illegible initials in the left margin of every page herein.]

[**Translator's Note:** The round seal and flourish of Attorney-Notary Public GERARDO PEREZ ECHEVARRÍA, ATTORNEY-NOTARY PUBLIC, appears in the left margin of every page and at the bottom of the last page herein.]

[**Translators Note:** There is one (1), crossed-out, one-dollar ($1.00) Puerto Rico Bar Association Notary Tax stamp at the bottom of the foregoing deed. Number on stamp: **4763190**.]

(7)

<table>
<tr><td>

CERTIFICATION OF TRANSLATION

I, Carol G. Terry, a US-Court-Certified-Interpreter, Certificate No. 03-001, and translator with an MA in Translation from the University of Puerto Rico, do hereby certify that, to the best of my knowledge and abilities, the foregoing SEVEN (7) PAGES are a true and correct translation of the original document in Spanish.

_Carol Terry_

Carol G. Terry
</td></tr>
</table>



<u>Folio número quinientos veintiuno (521)</u>

------ESCRITURA NUMERO  OCHENTA Y TRES (83)---------

-------REAMORTIZACION DE PRESTAMO HIPOTECARIO------

-------------y MODIFICACION DE HIPOTECA-----------

--En la ciudad de San Sebastián, Puerto Rico, hoy--

Once (11) de mayo de mil novecientos ochenta y ocho

(1988).------------------------------------------

-----------------------ANTE MI--------------------

GERARDO PEREZ ECHEVARRIA, Abogado y Notario Público

con residencia en San Sebastián, Puerto Rico y-----

estudio abierto en la Calle Muñoz Rivera número----

Veintiuno (21) altos, San Sebastián, Puerto Rico.--

---------------------COMPARECEN-------------------

---DE UNA SOLA PARTE Y COMO DEUDORES HIPOTECARIOS--

--DON JUAN EDWIN GUZMAN SOTO, Seguro Social número-

██████████████████████████████████████

██████████████              y DOÑA JULIA MIRTA----

ROMAN TORRES, Seguro Social número ████████████████

███████████████, ambos mayores de edad,--------

casados entre sí, propietarios y vecinos de San----

Sebastián, Puerto Rico.----------------------------

-Y DE LA TERCERA PARTE Y COMO ACREEDOR HIPOTECARIO-

--ESTADOS UNIDOS DE AMERICA, actuando por conducto-

y através del Administrador de la Administración de

Hogares de Agricultores a tenor con las disposicio-

nes de la Ley del Congreso titulada "Consolidated--

Farmers Home Administration Act of 1961", con------

oficinas principales en Washington, Distrito de----

Columbia, Estados Unidos de América, representado--

en este acto por don Luis A. Hernández, Seguro-----

Social número ██████████████████████████████

██████████████████████████, mayor--

de edad, casado, empleado y vecino de Lares, Puerto

Rico, en su carácter de Supervisor Local de la-----

Administración de Hogares de Agricultores, oficina-

Folio número quinientos veintidos (522)

de San Sebastián, cuyas facultades para este acto--

constan de la delegación de poder conferida por el-

Administrador de la Administración de Hogares de---

Agricultores,y cuyas facultades constan debidamente

acreditadas en el Registro de la Propiedad.--------

DOY FE de conocer personalmente a los comparecien-

tes y por sus dichos y mi creencia los juzgo cierto

la doy también de su edad, estado civil, profesión-

y domicilio.  Me aseguran tener, y a mi juicio-----

tienen, la capacidad legal necesaria para este-----

otorgamiento y de su libre y espontánea libertad.--

---------------------EXPONEN--------------------

--PRIMERO:  Que los Deudores Hipotecarios, Juan E.-

Guzmán Soto y doña Julia M. Román Torres son dueños

actualmente de la(s) siguiente(s) propiedad(es);---

--"A". "RUSTICA, sita en el Barrio Calabazas de San-
Sebastián, Puerto Rico, compuesta de Noventa y-----
cuatro cuerdas con Sesenta y cinco céntimos y ocho-
milésimas (94.658cds.), equivalente a Treinta y----
siete (37) hectáreas, Veinte (20) áreas, cuarenta y
tres centiáreas (43) y ochenta (80) miliáreas; que-
colinda por el Norte, con José Figueroa y el Río---
Culebrinas; al Sur, con camino municipal, parcela--
segregada de Agustín Mártir; al Este, el Río-------
Culebrinas, un caño y parcela segregada de Agustín-
Mártir; y al Oeste, con María Luisa Mártir,Sucesión
de Evangelista Ramos y José Figueroa. Contiene una-
casa destinada a vivienda y otra dedicada a--------
almacén".-----------------------------------------

Inscrita al folio Doscientos noventa y dos (292)---
vuelto del tomo Doscientos sesenta y dos (262) de--
San Sebastián, finca número Seis mil cuatrocientos-
doce (5,412), inscripción doce (12).---------------

--"B".  RUSTICA, sita en el Barrio Calabazas de San
Sebastián, Puerto Rico, compuesta de QUINIENTOS----
SETENTA Y TRES punto CUARENTA Y UNO METROS CUADRADO
(573.41 m/c); en lindes al Norte, en veintidos-----
metros con ochenta y siete centímetros con el rema-
nente de la finca principal; al Sur, en dieciocho--
metros con la Carretera estatal cuatro treinta y---
cinco (435); al Este, en veintisiete metros con se-
tenta y ocho centímetros con Antonio Vargas; y al--
Oeste, en veintiocho metros con sesenta y cinco----
centímetros con el remanente de la finca principal.

--Inscrita al folio Ciento diez y seis (116) del---
tomo Doscientos setenta y cinco (275) de San Sebas-
tián, finca Siete mil cuatrocientos sesenta (7460),
inscripción novena (9na.).------------------------

-------------------------------------------------
-------------------------------------------------

Folio número quinientos veintitres (523)

--Se halla(n) afecta(s) a hipoteca en garantía de un-
pagaré a favor de Estados Unidos de América por la--
suma de CIENTO SESENTA Y UN MIL OCHOCIENTOS VEINTI--
DOS DOLARES con OCHENTA Y UN CENTAVOS ($161,822.81)-
con intereses a razón del Cinco y un cuarto (5 1/4%)
por ciento anual, pagadero principal e intereses en-
los plazos que en el mismo se estipulan, según------
resulta de la Escritura número Doscientos veinti----
ocho (228) otorgada el día diecinueve (19) de-------
septiembre de mil novecientos ochenta y cinco (1985)
ante el Notario Gerardo Pérez Echevarría, sobre-----
Reamortización de préstamo hipotecario y modifica---
ción de hipoteca, e inscrita a los folios Doscientos
noventa y dos vuelto (292) y Ciento diez y seis(116)
de los Tomos Doscientos noventa y dos (292) y Dos---
cientos setenta y cinco (275) de San Sebastián,-----
fincas número Seis mil cuatrocientos doce (6,412) y-
Siete mil cuatrocientos sesenta (7,460).------------
--SEGUNDO: Siguen manifestando los Deudores---------
Hipotecarios, Juan E. Guzmán Soto y Julia M. Román-
Torres----------------------------------que con el
fin de reamortizar la deuda hipotecaria, solicitaron
y obtuvieron el consentimiento del acreedor---------
hipotecario, Estados Unidos de América, actuando por
conducto y a través del Administrador de la---------
Administración de Hogares de Agricultores de confor-
midad con la ley del Congreso titulada "Consolidated
Farmers Home Administration Act of 1961" y el-------
reglamento aprobado al efecto para reamortizar la----
deuda hipotecaria.----------------------------------
--TERCERO: Manifiestan los comparecientes, Juan E.-
Guzmán Soto y Julia M.Román Torres------------------
que son de su propio y personal conocimiento todas--
y cada una de las obligaciones, cláusulas y---------
estipulaciones contenidas o mencionadas en la(s)----
de hipoteca(s), y en este acto en forma clara,------

Folio número quinientos veinticuatro (524)

solemne y terminantemente, se obligan a cumplir----
todas y cada una de dichas obligaciones,-----------
cláusulas y estipulaciones requeridas por la-------
Administración de Hogares de Agricultores(FmHA).---
-REAMORTIZACION Y MODIFICACION DE PAGO DE PAGARE(S)
----------------E HIPOTECA(S)----------------------
--CUARTO:  Manifiesta el compareciente , Luis A.----
Hernández-------,-en el carácter que ostenta, que--
habiendo sido aceptados los Deudores Hipotecarios,-
Juan E. Guzmán Soto y Julia M. Román Torres--------
para recibir los beneficios de la ley del Congreso-
"Consolidated Farmers Home Administration Act 1961",
segun enmendada, ha convenido en reamortizar y----
modificar la forma de pago de los plazos----------
consignados en el(los) pagaré(s) y en la(s)-------
hipoteca(s) en la siguiente forma:----------------
-El importe total adeudado al Once (11) de mayo de
mil novecientos ochenta y ocho (1988)-------------
asciende a la suma de CIENTO SETENTA Y SEIS MIL---
CUATROCIENTOS DOLARES con NOVENTA Y CUATRO---------
CENTAVOS ($176,400.94)----------------------------
con intereses a razón del Cinco y un cuarto-------
(5 1/4%) por ciento----------------- anual y la cual
habrá de ser pagada en la siguiente forma:--------
SEISCIENTOS SETENTA Y NUEVE DOLARES ($679) en o----
antes del Primero (1ro.) de enero de mil novecientos
ochenta y nueve (1989); --MIL SETECIENTOS SETENTA Y
CINCO ($1,775) en o antes del Primero (1ro.) de----
enero de mil novecientos noventa (1990); y ONCE---
MIL CIENTO OCHENTA Y SIETE DOLARES ($11,187.00) en
o antes de cada enero primero subsiguiente, excepto
el pago final del total de la deuda aquí evidencia-
da se hará en o antes del Catorce (14) de diciembre
del año Dos mil veintitres (2,023).---------------
--------------------------------------------------

Folio número quinientos veinticinco (525)

-------------------------------------------------------

-------------------------------------------------------

-------------------------------------------------------

-------------------------------------------------------

-------------------------------------------------------
-------------------------------------------------------

-QUINTO: El compareciente, Luis A. Hernández------

en el carácter que ostenta, me entrega a mí, el----

Notario el(los) pagaré(s) garantizado(s) con la(s)-

hipoteca(s), quien me asegura no ha(n) sido--------

negociado(s) ni gravado(s) en forma alguna por su-

actual tenedor y poseedor, Estados Unidos de-------

América y una vez identificado(s) por mí, el-------

Notario, cerciorándome de que se trata(n) del(los)-

mismo(s) pagaré(s) procedo a poner al dorso del(los)

mismo(s) la siguiente nota:-------------------------

___"El Importe de este pagaré y la hipoteca que-----

lo garantiza, reamortizado al  Once (11)-----------

de  mayo---------de mil novecientos ochenta y  ocho-

(1988), dio un saldo deudor montante a  CIENTO------

SETENTA Y SEIS MIL CUATROCIENTOS DOLARES con NOVENTA

Y CUATRO CENTAVOS--------($176,400.94---) con-------

intereses a razón del Cinco y un cuarto por ciento--

anual, el cual devengará intereses a razón del Cinco

(5%) por ciento anual-----y el cual habrá de ser----

pagado en la siguiente forma:  SEISCIENTOS SETENTA Y

NUEVE-----------------------------------------------

---------------------------DOLARES ($ 679.00)-------

en o antes del Primero (1ro.)-- de   Enero---- de---

mil novecientos ochenta y  nueve-----(1989);  MIL---

(5)

Folio número quinientos veintiseis (526)

SETECIENTOS SETENTA Y CINCO DOLARES ($1,775.00) en--
o antes del primero (lro.) de enero de mil novecientos
noventa (1990), y ONCE MIL CIENTO OCHENTA Y SIETE---
DOLARES ($11,187.00) en o antes de cada enero-------
primero subsiguiente, excepto el pago final del total
de la deuda aquí evidenciada se hará en o antes del-
catorce (14) de diciembre del año Dos mil veintitres
(2,023), según resulta de la Escritura número-------
Ochenta y tres (83) del Once (11) de mayo de mil---
novecientos ochenta y ocho (1988) ante el Notario---
Gerardo Pérez Echevarría.---------------------------

DOY FE. "En San Sebastián, Puerto Rico, hoy  Once--
(11)----de  mayo------de mil novecientos ochenta y--
ocho----------(198 8). Firmado, Sellado, Signado y---
Rubricado: Gerardo Pérez Echevarría, Notario--------
Público. Una vez puesta y firmada la nota lo--------
devuelvo al compareciente, señor  Luis A. Hernández,
---------------en el carácter que ostenta.-----------
--SEXTO:  Por tratarse de un préstamo de recursos---
limitados, según indicado en el pagaré, el----------
Gobierno puede cambiar el por ciento de interés de--
acuerdo con los reglamentos de la Administración de-
Hogares de Agricultores.----------------------------
----------------------------------------------------
----------------------------------------------------
----------------------------------------------------
----------------------------------------------------
----------------------------------------------------
----------------------------------------------------

(6)

Folio número quinientos veintisiete (527)

-----------------------ACEPTACION-------------------
--Los comparecientes aceptan esta escritura en-----
todas sus partes por encontrarla redactada conforme
a lo pactado y Yo como Notario les hice las--------
advertencias legales pertinentes.-------------------
--Así lo dicen y otorgan ante mí los comparecientes
luego de haber renunciado al derecho que les hice--
saber tenían para requerir la presencia de testigos
instrumentales.-------------------------------------
--Leída en alta voz esta escritura a los otorgantes
por mí, el Notario, y leída también personalmente--
por ellos, se ratifican en su contenido y la firman
estampando además sus iniciales al margen y en-----
todos y cada uno de los folios de esta escritura,--
firmando todos en un solo acto.---------------------
--DE TODO LO CUAL, así como de todo lo demás que en
este instrumento público afirmo, consigno y relato,
Yo, como Notario Autorizante, DOY FE.---------------

Exhibit 6

USDA-FmHA
Form FmHA 1940-17
(Rev. 4-92)

## PROMISSORY NOTE

| KIND OF LOAN |
|---|
| Type: EM   ☒ Regular |
|             ☐ Limited |
|                 Resource |
| **Pursuant to:** |
| ☐ Consolidated Farm & Rural Development Act |
| ☐ Emergency Agricultural Credit Adjustment Act of 1978 |

| Name | | |
|---|---|---|
| GUZMAN SOTO, JUAN EDWIN | | |
| State | County | |
| PUERTO RICO | SAN SEBASTIAN | |
| Case No. | Date | |
| 63-19-580763036 | **SEPTEMBER 27, 1995** | |
| Fund Code | Loan No. | |
| 43 | 11 | |

**ACTION REQUIRING NOTE**

| | |
|---|---|
| ☐ Initial loan | ☐ Rescheduling |
| ☐ Subsequent loan | ☐ Reamortization |
| ☐ Consolidated & subsequent loan | ☐ Credit sale |
| | ☐ Deferred payments |
| ☐ Consolidation | ☐ Debt write down |
| ☐ Conservation easement | |

FOR VALUE RECEIVED, the undersigned Borrower and any cosigners jointly and severally promise to pay to the order of the United States of America, acting through the Farmers Home Administration, United States Department of Agriculture, (herein called the "Government"), or its assigns, at its office in  SAN SEBASTIAN, PUERTO RICO

_____ , or at such other place as the Government may later designate in writing, the principal sum of

SEVENTY FIVE THOUSAND WITH 00/100 -------------------------------------------------- dollars

($ 75,000.00 _____ ), plus interest on the unpaid principal balance at the **RATE** of

THREE POINT SEVENTY FIVE _____ percent ( 3.75 ____ %) per annum and

_____dollars ($ _____ )
of Noncapitalized interest. If this note is for a Limited Resource loan (indicated in the "Kind of Loan" box above) the Government may **CHANGE THE RATE OF INTEREST**, in accordance with regulations of the Farmers Home Administration, not more often than quarterly, by giving the Borrower thirty (30) days prior written notice by mail to the Borrower's last known address. The new interest rate shall not exceed the highest rate established in regulations of the Farmers Home Administration for the type of loan indicated above.

Principal and interest shall be paid in _____21_____ installments as indicated below, except as modified by a different rate of interest, on or before the following dates:

| | | | |
|---|---|---|---|
| $ 715.00 | on 01-01-1996 | ; $ 5,398.00 | on 01-01-1997 ; |
| $_____ | on _____ | ; $_____ | on _____ ; |
| $_____ | on _____ | ; $_____ | on _____ ; |
| $_____ | on _____ | ; $_____ | on _____ ; |
| $_____ | on _____ | ; $_____ | on _____ ; |
| $_____ | on _____ | ; $_____ | on _____ ; |

and $ 5,398.00 _____ thereafter on _____1RST_____ of each _____YEAR_____ until the principal and interest are fully paid except that the final installment of the entire debtedness evidenced hereby, if not sooner paid, shall be due and payable _____20_____ years from the date of this note, and except that prepayments may be made as provided below. The consideration for this note shall also support any agreement modifying the foregoing schedule of payments.

If the total amount of the loan is not advanced at the time of loan closing, the loan funds shall be advanced to the Borrower as requested by Borrower and approved by the Government. Approval by the Government will be given provided the advance is requested for a purpose authorized by the Government. Interest shall accrue on the amount of each advance from its actual date as shown in the Record of Advances at the end of this note. Borrower authorizes the Government to enter the amount(s) and date(s) of such advance(s) in the Record of Advances.

For each rescheduled, reamortized or consolidated note for applications for Primary and Preservation Loan Service Programs received prior to November 28, 1990, interest accrued to the date of this instrument which is more than 90 days overdue shall be added to principal and such new principal shall accrue interest at the rate evidenced by this instrument. For applications for Primary and Preservation Loan Service Programs received on or after November 28, 1990, all unpaid interest accrued to the date of this instrument shall be added to the principal and such new principal shall accrue interest at the rate evidenced by this instrument.

Every payment made on any indebtedness evidenced by this note shall be applied first to a portion of any interest which accrues during the deferral period, second to accrued interest to the date of the payment on the note account and then to the principal. Nonprogram loans are not eligible for deferral.

Prepayments of scheduled installments, or any portion of these installments, may be made at any time at the option of the Borrower. Refunds and extra payments, as defined in the regulations (7 CFR §1951.8) of the Farmers Home Administration according to the source of funds involved, shall, after payment of interest, to be applied to the last installments to become due under this note and shall not affect the obligation of Borrower to pay the remaining installments as scheduled in this note.

If the Government at any time assigns this note and insures the payment of it, Borrower shall continue to make payments to the Government as collection agent for the holder. While this note is held by an insured holder, prepayments made by Borrower may, at the option of the Government, be remitted by the Government to the holder promptly or, except for final payment, be retained by the Government and remitted to the holder on an installment due date basis. The effective date of every payment made by Borrower, except payments retained and remitted by the Government on an installment due date basis, shall be the date of the United States Treasury check by which the Government remits the payment to the holder. The effective date of any prepayment retained and remitted by the Government to the holder on an installment due date basis shall be the date of the prepayment by Borrower, and the Government will pay the interest to which the holder is entitled accruing between such date and the date of the Treasury check to the holder.

Any amount advanced or expended by the Government for the collection of this note or to preserve or protect any security for the loan or otherwise expended under the terms of any security agreement or other instrument executed in connection with the loan evidenced by this note, at the option of the Government shall become a part of and bear interest at the same rate as the principal of the debt evidenced by this note and be immediately due and payable by Borrower to the Government without demand.

Property constructed, improved, purchased, or refinanced in whole or in part with the loan evidenced by this note shall not be leased, assigned, sold, transferred, or encumbered, voluntarily or otherwise, without the written consent of the Government. Unless the Government consents otherwise in writing, Borrower will operate such property as a farm if this is a Farm Ownership loan.

If "Consolidation and subsequent loan," "Debt write down," "Consolidation," "Rescheduling," or "Reamortization" is indicated in the "Action Requiring Note" block above, this note is given to consolidate, reschedule or reamortize, but not in satisfaction of the unpaid principal and interest on the following described note(s) or assumption agreement(s)(new terms):

| FUND CODE/ LOAN NO. | FACE AMOUNT | INT. RATE | DATE | ORIGINAL BORROWER | LAST INSTALL. DUE |
|---|---|---|---|---|---|
| | $ | % | , 19 | | , 19 |
| | $ | % | , 19 | | , 19 |
| | $ | % | , 19 | | , 19 |
| | $ | % | , 19 | | , 19 |
| | $ | % | , 19 | | , 19 |
| | $ | % | , 19 | | , 19 |
| | $ | % | , 19 | | , 19 |

Security instruments taken in connection with the loans evidenced by these described notes and other related obligations are not affected by this consolidating, rescheduling or reamortizing. These security instruments shall continue to remain in effect and the security given for the loans evidenced by the described notes shall continue to remain as security for the loan evidenced by this note, and for any other related obligations.

REFINANCING (GRADUATION) AGREEMENT: If at any time it shall appear to the Government that the Borrower may be able to obtain financing from a responsible cooperative or private credit source at reasonable rates and terms for loans for similar purposes and periods of time, Borrower will, at the Government's request, apply for and accept a loan(s) in sufficient amount to pay this note in full and, if the lender is a cooperative, to pay for any necessary stock. The provisions of this paragraph do not apply if the loan represented by this promissory note was made to the Borrower as a nonprogram loan.

**HIGHLY ERODIBLE LAND AND WETLAND CONSERVATION AGREEMENT:** Borrower recognizes that the loan described in this note will be in default should any loan proceeds be used for a purpose that will contribute to excessive erosion of highly erodible land or to the conversion of wetlands to produce an agricultural commodity as further explained in 7 CFR Part 1940, Subpart G, Exhibit M. If (1) the term of the loan exceeds January 1, 1990, but not January 1, 1995, and (2) Borrower intends to produce an agricultural commodity on highly erodible land that is exempt from the restrictions of Exhibit M until either January 1, 1990, or two years after the Soil Conservation Service (SCS) has completed a soil survey for the Borrower's land, whichever is later, the Borrower further agrees that, prior to the loss of the exemption from the highly erodible land conservation restrictions found in 7 CFR Part 12, Borrower must demonstrate that Borrower is actively applying on that land which has been determined to be highly erodible, a conservation plan approved by the SCS or the appropriate conservation district in accordance with SCS's requirements. Furthermore, if the term of the loan exceeds January 1, 1995, Borrower further agrees that Borrower must demonstrate prior to January 1, 1995, that any production of an agricultural commodity on highly erodible land after that date will be done in compliance with a conservation system approved by SCS or the appropriate conservation district in accordance with SCS's requirements.

**DEFAULT:** Failure to pay when due any debt evidenced by this note or perform any covenant of agreement under this note shall constitute default under this and any other instrument evidencing a debt of Borrower owing to, insured or Guaranteed by the Government or securing or otherwise relating to such debt; and default under any such other instrument shall constitute default under this note. **UPON ANY SUCH DEFAULT,** the Government at its option may declare all or any part of any such indebtedness immediately due and payable.

This Note is given as evidence of a loan to Borrower made or insured by the Government pursuant to the Consolidated Farm and Rural Development Act, or the Emergency Agricultural Credit Adjustment Act of 1978 and for the type of loan as indicated in the "Kind of Loan" block above. This Note shall be subject to the present regulations of the Farmers Home Administration and to its future regulations not inconsistent with the express provisions of this note.

Presentment, protest, and notice are waived.

(SEAL)

_(signature)_ _(Borrower)_

_(signature)_

### RECORD OF ADVANCES

| AMOUNT | DATE | AMOUNT | DATE | AMOUNT | DATE |
|---|---|---|---|---|---|
| $75,000.00 | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| | | | TOTAL | $ 75,000.00 | |

Se ha efectuado liberación parcial de hipoteca de un predio de 3,930.40 metros cuadrados segregados de la finca hipotecada según surge de la escritura 16 sobre liberación parcial de hipoteca otorgada el 28 de enero de 2,000 ante el Notario Público Sebastián Antonio Vera Peña en Lares, Puerto Rico.

"Por y en virtud de la Escritura número Cincuenta y Una (51), otorgada en San Sebastián, Puerto Rico, el veintiocho (28) de abril del año dos mil (2000), ante el notario José Tomás Román Ríos, Don Wilfredo Rivera Vera actuando como Gerente de Crédito de Estados Unidos de America, se liberó de la hipoteca constituída en garantía del presente pagaré, el predio descrito bajo el hecho Dispositivo PRIMERO de dicha escritura. En San Sebastián, Puerto Rico, a veintiocho (28) de abril del año dos mil (2000).

                            LCDO. JOSE TOMAS ROMAN RIOS

Forma FmHA 1927-1(S) PR
(Rev. 6-93)

--------------------NUMERO CIENTO CUARENTA Y UNO (141)------
NUMBER

-------------HIPOTECA VOLUNTARIA-------------
VOLUNTARY MORTGAGE

En la San Sebastian, Puerto Rico, hoy veintisiete (27) de-
septiembre de mil novecientos noventa y cinco (1995).-

-----------------ANTE MI-----------------
BEFORE ME

----------------JOSE TOMAS ROMAN RIOS--------------

Abogado y Notario Público de la Isla de Puerto Rico con residencia en
Attorney and Notary Public for the Island of Puerto Rico, with residence in

San Sebastian---- y oficina en San Sebastian,--- Puerto Rico.
and office in

-----------------COMPARECEN--------------
APPEAR

Las personas nombradas en el párrafo DUODECIMO de esta hipoteca denomina-
The persons named in paragraph TWELFTH of this mortgage

dos de aquí en adelante el "deudor hipotecario" y cuyas circunstancias personales
hereinafter called the "mortgagor" and whose personal circumstances

aparecen de dicho párrafo.-------------------------
appear from said paragraph.

Doy fe del conocimiento personal de los comparecientes, así como por sus dichos
I, the Notary, attest to the personal knowledge of the appearing parties, as well as to their

de su edad, estado civil, profesión y vecindad.--------------
statements which I believe to be true of their age, civil status, profession and residence.

Aseguran hallarse en el pleno goce de sus derechos civiles, la libre administración
They assure me that they are in full enjoyment of their civil rights, and the free administration

de sus bienes y teniendo a mi juicio la capacidad legal necesaria para este otorga-
of their property, and they have, in my judgment, the necessary legal capacity to grant this

miento.------------------------------
voluntary mortgage.

-----------------EXPONEN-----------------
WITNESSETH:

PRIMERO: El deudor hipotecario es dueño de la finca o fincas descritas en el
FIRST: That the mortgagor is the owner of the farm or farms described in

párrafo UNDECIMO así como de todos los derechos e intereses en las mismas,
paragraph ELEVENTH of this mortgage, and of all rights and interest in the same

denominada de aquí en adelante "los bienes".------------
hereinafter referred to as "the property".

SEGUNDO: Que los bienes aquí hipotecados están afectos a los gravámenes que
SECOND: That the property mortgaged herein is subject to the liens

se especifican en el párrafo UNDECIMO.------------------
specified in paragraph ELEVENTH herein.

TERCERO: Que el deudor hipotecario viene obligado para con Estados Unidos de
THIRD: That the mortgagor has become obligated to the United States

América, actuando por conducto de la Administración de Hogares de Agricultu-
of America, acting through the Farmers Home Administration,

res, denominado de aquí en adelante el "acreedor hipotecario", en relación con
hereinafter called the "mortgagee" in connection with

un préstamo o préstamos evidenciado por uno o más pagarés o convenio de sub-
a loan or loans evidenced by one or more promissory note(s) or assumption agreement(s)————

rogación, denominado en adelante el "pagaré" sean uno o más. Se requiere por
hereinafter called "the note" whether one or more. It is required by————

el Gobierno que se hagan pagos adicionales mensuales de una doceava parte de
the Government that additional monthly payments of one-twelfth of the————

las contribuciones, avaluos (impuestos), primas de seguros y otros cargos que se
taxes, assessments, insurance premiums and other charges————

hayan estimado sobre la propiedad hipotecada.————
estimated against the property.————

CUARTO: Se sobreentiende que:————
FOURTH: It is understood that:————

(Uno) El pagaré evidencia un préstamo o préstamos al deudor hipotecario por la
(One) The note evidences a loan or loans to the mortgagor in the————

suma de principal especificada en el mismo, concedido con el propósito y la inten-
principal amount specified therein made with the purpose and intention————

ción de que el acreedor hipotecario puede ceder el pagaré en cualquier tiempo y
that the mortgagee, at any time, may assign the note and————

asegurar su pago de conformidad con el Acta de mil novecientos sesenta y uno
insure the payment thereof pursuant to the Act of Nineteen Hundred and Sixty-One————

consolidando la Administración de Hogares de Agricultores o el Título Quinto de
consolidating the Farmers Home Administration or Title Five of————

la Ley de Hogares de mil novecientos cuarenta y nueve, según han sido enmenda-
the Housing Act of Nineteen Hundred and Forty-Nine, as amended.————

das.

(Dos) Cuando el pago del pagaré es garantizado por el acreedor hipotecario, puede
(Two) When payment of the note is guaranteed by the mortgagee————

ser cedido de tiempo en tiempo y cada tenedor de dicho pagaré a su vez será el
it may be assigned from time to time and each holder of the insured note, in turn,————

prestamista asegurado.————
will be the insured lender.————

(Tres) Cuando el pago del pagaré es asegurado por el acreedor hipotecario, el acree-
(Three) When payment of the note is insured by the mortgagee, the————

dor hipotecario otorgará y entregará al prestamista asegurado conjuntamente con
mortgagee will execute and deliver to the insured lender along————

el pagaré un endoso de seguro garantizando totalmente el pago de principal e in-
with the note an insurance endorsement insuring the payment of the note fully as to principal

tereses de dicho pagaré.————
and interest.————

(Cuatro) En todo tiempo que el pago del pagaré esté asegurado por el acreedor
(Four) At all times when payment of the note is insured by the mortgagee,————

hipotecario, el acreedor hipotecario, por convenio con el prestamista asegurado,
the mortgagee by agreement with the insured lender————

determinarán en el endoso de seguro la porción del pago de intereses del pagaré
set forth in the insurance endorsement will be entitled to a specified portion of the interest pay-

que será designada como "cargo anual".————
ments on the note, to be designated the "annual charge".————

(Cinco) Una condición del aseguramiento de pago del pagaré será de que el tene-
(Five) A condition of the insurance of payment of the note will be that the holder————

dor cederá todos sus derechos y remedios contra el deudor hipotecario y cuales-
will forego his rights and remedies against the mortgagor and any————



-2-

Forma FmHA 1927-1(S) Pl.
(Rev. 6-93)

quiera otros en relación con dicho préstamo así como también a los beneficios
others in connection with said loan, as well as any benefit——————————

de esta hipoteca y aceptará en su lugar los beneficios del seguro, y a requerimiento
of this mortgage, and will accept the benefits of such insurance in lieu thereof, and upon the

del acreedor hipotecario endosará el pagaré al acreedor hipotecario en caso de
mortgagee's request will assign the note to the mortgagee should the mortgagor——————

violación de cualquier convenio o estipulación aquí contenida o en el pagaré o en
violate any covenant or agreement contained herein, in the note, or any——————

cualquier convenio suplementario por parte del deudor.——————————
supplementary agreement.—

(Seis) Entre otras cosas, es el propósito e intención de esta hipoteca, que en todo
(Six) It is the purpose and intent of this mortgage that, among other things,——————

tiempo cuando el pagaré esté en poder del acreedor hipotecario, o en el caso en
at all times when the note is held by the mortgagee, or in the event the——————

que el acreedor hipotecario ceda esta hipoteca sin asegurar el pagaré, esta hipoteca
mortgagee should assign this mortgage without insurance of the note, this mortgage——

garantizará el pago del pagaré pero cuando el pagaré esté en poder de un presta-
shall secure payment of the note; but when the note is held by an insured——————

mista asegurado, esta hipoteca no garantizará el pago del pagaré o formará parte
lender, this mortgage shall not secure payment of the note or attach to——————

de la deuda evidenciada por el mismo, pero en cuanto al pagaré y a dicha deuda,
the debt evidenced thereby, but as to the note and such debt——————

constituirá una hipoteca de indemnización para garantizar al acreedor hipotecario
shall constitute an indemnity mortgage to secure the mortgagee——————

contra cualquier pérdida bajo el endoso de seguro por causa de cualquier incum-
against loss under its insurance endorsement by reason of any default——————

plimiento por parte del deudor hipotecario.——————————
by the mortgagor.—

QUINTO: Que en consideración al préstamo y (a) en todo tiempo que el pagaré
FIFTH: That, in consideration of said loan and (a) at all times when the note——————

sea conservado por el acreedor hipotecario, o en el caso de que el acreedor hipote-
is held by the mortgagee, or in the event the mortgagee——————

cario ceda la presente hipoteca sin el seguro de pago del pagaré y en garantía del
should assign this mortgage without insurance of the payment of the note, in guarantee of the

importe del pagaré según se especifica en el subpárrafo (Uno) del Párrafo NOVE-
amount of the note as specified in subparagraph (one) of paragraph NINTH——————

NO con sus intereses al tipo estipulado y para asegurar el pronto pago de dicho
hereof, with interest at the rate stipulated, and to secure prompt payment of the——————

pagaré, su renovación cualquier convenio contenido en el mismo, o extensión y
note and any renewals and extensions thereof and any agreements contained therein,——————

(b) en todo tiempo que el pagaré sea poseído por el prestamista asegurado en garan-
(b) at all times when the note is held by an insured lender, in guarantee——————

tía de las sumas especificadas en el subpárrafo (Dos) del párrafo NOVENO aquí
of the amounts specified in subparagraph 9Two of paragraph NINTH hereof——————

consignado para garantizar el cumplimiento del convenio del deudor hipotecario
for securing the performance of the mortgagor's agreement——————

de indemnizar y conservar libre al acreedor hipotecario contra pérdidas bajo el en-
herein to indemnify and save harmless the mortgagee against loss under its——————

doso de seguro por razón de incumplimiento del deudor hipotecario y (c) en cual-
insurance endorsements by reason of any default by the mortgagor, and (c) in any——————

quier caso y en todo tiempo en garantía de las sumas adicionales consignadas en el
event and at all times whatsoever, in guarantee of the additional amounts specified in——————

- 3 -

subpárrafo (Tres) del párrafo NOVENO de este instrumento y para asegurar el
subparagraph (Three) of paragraph NINTH hereof, and to secure the—————————

cumplimiento de todos y cada uno de los convenios y del deudor hipotecario aquí
performance of every covenant and agreement of the mortgagor————————————

contenidos o en cualquier otro convenio suplementario, el deudor hipotecario por
contained herein or in any supplementary agreement, the mortgagor————————

la presente constituye hipoteca voluntaria a favor del acreedor hipotecario sobre
hereby constitutes a voluntary mortgage in favor of the mortgagee on——————

los bienes descritos en el párrafo UNDECIMO más adelante, así como sobre los
the property described in paragraph ELEVENTH hereof, together with all rights,

derechos, intereses servidumbres, derechos hereditarios, adhesiones pertenecientes
interests easements, hereditaments and appurtenances thereto belonging,————

a los mismos, toda renta, créditos, beneficios de los mismos, y todo producto e
the rents, issues and profits thereof and revenues and——————————————

ingreso de los mismos, toda mejora o propiedad personal en el presente o que en
income therefrom, all improvements and personal property now or——————————

el futuro se adhiera o que sean razonablemente necesarias para el uso de los mismos,
later attached thereto or reasonably necessary to the use thereof,——————————

sobre las aguas, los derechos de agua o acciones en los mismos, pertenecientes a
all water rights and shares in the same pertaining to——————————————

las fincas o a todo pago que en cualquier tiempo se adeude al deudor hipotecario
the farms and all payments at any time owing to the mortgagor——————————

por virtud de la venta, arrendamiento, transferencia, enajenación o expropiación
by virtue of any sale, lease, transfer, conveyance or total or——————————

total o parcial de o por daños a cualquier parte de las mismas o a los intereses sobre
partial condemnation of or injury to any part thereof or interest——————————

ellas, siendo entendido que este gravámen quedará en toda su fuerza y vigor hasta
therein, it being understood that this lien will continue in full force and effect until—

que las cantidades especificadas en el párrafo NOVENO con sus intereses antes y
all amounts as specified in paragraph NINTH hereof, with interest before and——

después del vencimiento hasta que los mismos hayan sido pagados en su totalidad.
after maturity until paid, have been paid in full.——————————————————

En caso de ejecución, los bienes responderán del pago del principal, los intereses
In case of foreclosure, the property will be answerable for the payment of the principal, interest

antes y después de vencimiento, hasta su total solvento, pérdida sufrida por el ac- ee-
thereon before and after maturity until paid, losses sustained by the——————————

dor hipotecario como asegurador del pagaré, contribuciones, prima de seguro o cual-
mortgagee as insurer of the note, taxes, insurance premiums, and————————

quier otro desembolso o adelanto por el acreedor hipotecario por cuenta del deudor
other disbursements and advances by the mortgagee for the mortgagor's account————

hipotecario con sus intereses hasta que sean pagados al acreedor hipotecario, costas,
with interest until repaid to the mortgagee, costs, expenses and————————

gastos y honorarios de abogado del acreedor hipotecario, toda extensión o reno-
attorney's fees of the mortgagee all extensions and renewals of any of————————

vación de dichas obligaciones con intereses sobre todas y todo otro cargo o suma
said obligations, with interest on all and all other charges and additional————

adicional especificada en el párrafo NOVENO de este documento.————————
amounts as specified in paragraph NINTH hereof.——————————————

SEXTO: El deudor hipotecario expresamente conviene lo siguiente:————————
SIXTH: That the mortgagor specifically agrees as follows:——————————

(Uno) Pagar al acreedor hipotecario prontamente a su vencimiento cualquier deu-
(One) To pay promptly when due any indebtedness——————————————

- 4 -

Forma FmHA 1927-1(S) Pu...
(Rev. 6-93)

aquí garantizada e indemnizar y conservar libre de pérdida al acreedor hipotecario
to the mortgage hereby secured and to indemnify and save harmless the mortgagee against any

bajo el seguro del pago del pagaré por incumplimiento del deudor hipotecario.
loss under its insurance of payment of the note by reason of any default by the mortgagor.

En todo tiempo cuando el pagaré sea poseído por el prestamista asegurado, el
At all times when the note is held by an insured lender, the

deudor hipotecario continuará haciendo los pagos contra dicho pagaré al acreedor
mortgagor shall continue to make payments on the note to the mortgagee,

hipotecario como agente cobrador del tenedor del mismo.
as collection agent for the holder.

(Dos) A pagar al acreedor hipotecario una cuota inicial por inspección y tasación
(Two) To pay to the Mortgagee any initial fees for inspection and appraisal

y cualquier cargo por delincuencia requerido en el presente o en el futuro por los
and any delinquency charges, now or hereafter required by

reglamentos de la Administración de Hogares de Agricultores.
regulations of the Farmer's Home Administration.

(Tres) En todo tiempo cuando el pagaré sea poseído por un prestamista asegu-
(Three) At all times when the note is held by an insured lender,

rado, cualquier suma adeudada y no pagada bajo los términos del pagaré, menos
any amount due and unpaid under the terms of the note, less

la cantidad o carga anual, podrá ser pagada por el acreedor hipotecario al tenedor
the amount of the annual charge, may be paid by the mortgagee to the holder

del pagaré bajo los términos provistos en el pagaré y en el endoso de seguro referido
of the note to the extent provided in the insurance endorsement

en el párrafo CUARTO anterior por cuenta del deudor hipotecario.
referred to in paragraph FOURTH hereof for the account of the mortgagor.

Cualquier suma vencida y no pagada bajo los términos del pagaré, sea éste poseído
Any amount due and unpaid under the terms of the note, whether it is held

por el acreedor hipotecario o por el prestamista asegurado, podrá ser acreditada
by the mortgagee or by an insured lender, may be credited

por el acreedor hipotecario al pagaré y en su consecuencia constituirá un adelanto
by the mortgagee on the note and thereupon shall constitute an advance

por el acreedor hipotecario por cuenta del deudor hipotecario.
by the mortgagee for the account of the mortgagor.

Cualquier adelanto por el acreedor hipotecario tal como se describe en este sub-
Any advance by the mortgagee as described in this

párrafo devengará intereses a razón del  TRES PUNTO SETENTA Y CINCO
subparagraph shall bear interest at the rate of

por ciento (   3.75 %)
per cent (        %)

anual a partir de la fecha en que venció el pago hasta la fecha en que el deudor
per annum from the date on which the amount of the advance was due to the date of payment

hipotecario lo satisfaga.
to the mortgagee.

(Cuatro) Fuere o no el pagaré asegurado por el acreedor hipotecario, cualquier
(Four) Whether or not the note is insured by the mortgagee, any

o todo adelanto hecho por el acreedor hipotecario para prima de seguro, repa-
and all amount advanced by the mortgagee for property insurance premiums, repairs,

raciones, gravámenes u otra reclamación en protección de los bienes hipoteca-
liens and other claims, for the protection of the mortgaged property,

dos para contribuciones o impuestos u otro gasto similar por razón de haber
or for taxes or assessments or other similar charges by reason of the



- 5 -

el deudor hipotecario dejado de pagar por los mismos, devengará intereses a razón
mortgagor's failure to pay the same, shall bear interest at the rate

del tipo estipulado en el subpárrafo anterior desde la fecha de dichos adelantos
stated in the next preceding subparagraph from the date of the advance

hasta que los mismos sean satisfechos por el deudor hipotecario.
until repaid to the mortgagee.

(Cinco) Todo adelanto hecho por el acreedor hipotecario descrito en esta hipo-
(Five) All advances made by mortgagee as described in this mortgage,

teca con sus intereses vencerá inmediatamente y será pagadero por el deudor hipo-
with interest, shall be immediately due and payable by the mortgagor

tecario al acreedor hipotecario sin necesidad de requerimiento alguno en el sitio
to mortgagee without demand at the

designado en el pagaré y será garantizado por la presente hipoteca. Ningún adelanto
place designated in the note and shall be guaranteed hereby. No such advance

hecho por el acreedor hipotecario no relevará al deudor hipotecario de su obligación
by mortgagee shall relieve the mortgagor from breach of his covenant

del convenio de pagar. Dichos adelantos, con sus intereses, se reembolsarán de los
to pay. Such advances, with interest shall be repaid from the

primeros pagos recibidos del deudor hipotecario. Si no hubieren adelantos, todo
first available collections received from mortgagor. Otherwise, any payments

pago verificado por el deudor hipotecario podrá ser aplicado al pagaré o a cualquier
payment made by mortgagor may be applied on the note or any

otra deuda del deudor hipotecario aquí garantizada en el orden que el acreedor
indebtedness to mortgagee secured hereby, in any order mortgagee

hipotecario determinare.
determines.

(Seis) Usar el importe del préstamo evidenciado por el pagaré únicamente para
(Six) To use the loan evidenced by the note solely

los propósitos autorizados por el acreedor hipotecario.
for purposes authorized by mortgagee.

(Siete) A pagar a su vencimiento las contribuciones, impuestos especiales, gravá-
(Seven) To pay when due all taxes, special assessments, liens

menes y cargas que graven los bienes o los derechos o intereses del deudor hipo-
and charges encumbering the property or the right or interest of mortgagee

tecario bajo los términos de esta hipoteca.
under the terms of this mortgage.

(Ocho) Obtener y mantener seguro contra incendio y otros riesgos según requie-
(Eight) To procure and maintain insurance against fire and other hazards as required

ra el acreedor hipotecario sobre los edificios y las mejoras existentes en los bie-
by mortgagee on all existing buildings and improvements on the pro-

nes o cualquier otra mejora introducida en el futuro. El seguro contra fuego y
perty and on any buildings and improvements put there on in the future. The insurance against

otros riesgos serán en la forma y por las cantidades, términos y condiciones que
fire and other hazards will be in the form and amount and on terms and conditions

aprobare el acreedor hipotecario.
approved by mortgagee.

(Nueve) Conservar los bienes en buenas condiciones y prontamente verificar las
(Nine) To keep the property in good condition and promptly make all

reparaciones necesarias para la conservación de los bienes; no cometerá ni per-
necessary repairs for the conservation of the property; he will not commit nor

mitirá que se cometa ningún deterioro de los bienes; ni removerá ni demolerá
permit to be committed any deterioration of the property; he will not remove nor demolish

- 6 -

Forma FmHA 1927-1(S) PR
(Rev. 6-93)

ningún edificio o mejora en los bienes, ni cortará ni removerá madera de la finca,
any building or improvement on the property; nor will he cut or remove wood from the farm

ni removerá ni permitirá que se remueva grava, arena, aceite, gas, carbón u otros
nor remove nor permit to be removed gravel, sand, oil, gas, coal, or other——————

minerales sin el consentimiento del acreedor hipotecario y prontamente llevará
minerals without the consent of mortgagee, and will promptly carry out——————————

a efecto las reparaciones en los bienes que el acreedor hipotecario requiera de tiempo
the repairs on the property that the mortgagee may request from time——————————

en tiempo. El deudor hipotecario cumplirá con aquellas prácticas de conservación
to time. Mortgagor shall comply with such farm conservation practices——————————

de suelo y los planes de la finca y del hogar que el acreedor hipotecario de tiempo en
and farm and home management plans as mortgagee from time to——————————

tiempo pueda prescribir.——————————————————————————
time may prescribe.——

(Diez) Si esta hipoteca se otorga para un préstamo a dueño de finca según se iden-
(Ten) If this mortgage is given for a loan to a farm owner as identified——————

tifica en los reglamentos de la Administración de Hogares de Agricultores, el deudor
in the regulations of the Farmers Home Administration, mortgagor——————————

hipotecario personalmente operará los bienes por sí y por medio de su familia como
will personally operate the property with his own and his family labor as a farm and for no other

una finca y para ningún otro propósito y no arrendará la finca ni parte de ella a
purpose and will not lease the farm or any part of it——————————————

menos que el acreedor hipotecario consienta por escrito en otro método de opera-
unless mortgagee agrees in writing to any other method of operation——————————

ción o al arrendamiento.——————————————————————————
or lease.——

(Once) Someterá en la forma y manera que el acreedor hipotecario requiera la
(Eleven) To submit in the form and manner mortgagee may require,——————

información de sus ingresos y gastos y cualquier otra información relacionada con
information as to his income and expenses and any other information in regard to the——

la operación de los bienes y cumplirá con todas las leyes, ordenanzas y reglamentos
operation of the property, and to comply with all laws, ordinances, and regulations————

que afecten los bienes o su uso.——————————————————————
affecting the property or its use.——

(Doce) El acreedor hipotecario, sus agentes y abogados, tendrán en todo tiempo el
(Twelve) Mortgagee, its agents and attorneys, shall have the right at all reasonable times——

derecho de inspeccionar y examinar los bienes con el fin de determinar si la garantía
to inspect and examine the property for the purpose of ascertaining whether or not——

otorgada está siendo mermada o deteriorada y si dicho examen o inspección deter-
the security given is being lessened or impaired, and if such inspection or examination shall——

minare, a juicio del acreedor hipotecario, que la garantía otorgada está siendo mer-
disclose, in the judgment of mortgagee, that the security given is being lessened——————

mada o deteriorada, tal condición se considerará como una violación por parte del
or impaired, such condition shall be deemed a breach by the——————————

deudor hipotecario de los convenios de esta hipoteca.——————————————
mortgagor of the covenants of this mortgage.——

(Trece) Si cualquier otra persona detentare o impugnare el derecho de posesión————
(Thirteen) If any other person interferes with or contests the right of possession——————

del deudor hipotecario a los bienes, el deudor hipotecario inmediatamente notificará
of the mortgagor to the property, the mortgagor will immediately notify——————

al acreedor hipotecario de dicha acción y el acreedor hipotecario, a su opción,
mortgagee of such action, and mortgagee at its option——————————



- 7 -

podrá instituir aquellos procedimientos que fueren necesarios en defensa de sus
may institute the necessary proceedings in defense of its

intereses y los gastos y desembolsos incurrido por el acreedor hipotecario en dichos
interest, and any costs or expenditures incurred by mortgage by said

procedimientos, serán cargados a la deuda del deudor hipotecario y se considerarán
proceedings will be charged to the mortgage debt and considered

garantizados por esta hipoteca dentro del crédito adicional de la cláusula hipotecaria
by this mortgage within the additional credit of the mortgage clause

para adelantos, gastos y otros pagos.
for advances, expenditures and other payments.

(Catorce) Si el deudor hipotecario en cualquier tiempo mientras estuviere vigente
(Fourteen) If the mortgagor at any time while this mortgage remains in effect

esta hipoteca, abandonare los bienes o voluntariamente se los entregase al acree-
should abandon the property or voluntarily deliver it to mortgagee,

dor hipotecario, el acreedor hipotecario es por la presente autorizado y con pode-
mortgagee is hereby authorized and empowered

res para tomar posesión de los bienes, arrendarlos y administrar los bienes y cobrar
to take possession of the property, to rent and administer the same and collect

sus rentas, beneficios e ingresos de los mismos y aplicarlos en primer término a los
the rents, benefits, and income from the same and apply them first to the

gastos de cobro y administración y en segundo término al pago de la deuda eviden-
costs of collection and administration and secondly to the payment of the debt evidenced

ciada por el pagaré o cualquier otra deuda del deudor hipotecario y aquí garantizada,
by the note or any indebtedness to mortgage hereby guaranteed,

en el orden y manera que el acreedor hipotecario determinare.
in what ever order and manner mortgagee may determine.

(Quince) En cualquier tiempo que el acreedor hipotecario determinare que el deudor
(Fifteen) At any time that mortgagee determines that mortgagor

hipotecario puede obtener un préstamo de una asociación de crédito para produc-
may be able to obtain a loan from a credit association for production

ción, de un Banco Federal u otra fuente responsable, cooperativa o privada, a un
a Federal Bank or other responsible source, cooperative or private, at a

tipo de interés y términos razonables para préstamos por tiempo y propósitos
rate of interest and reasonable periods of time and purposes,

similares, el deudor hipotecario, a requerimiento del acreedor hipotecario, solicitará
mortgagor, at mortgagee's request will apply for and accept

y aceptará dicho préstamo en cantidad suficiente para pagar por las acciones nece-
said loan in sufficient amount to pay the note and any other indebtedness secured hereby and to

sarias en la agencia cooperativa en relación con dicho préstamo.
purchase any necessary shares of stock in the cooperative agency in regard to said loan.

(Dieciseis) El incumplimiento de cualesquiera de las obligaciones garantizadas
(Sixteen) Should default occur in the performance or discharge of any obligation secured

por esta hipoteca, o si el deudor hipotecario o cualquier otra persona incluída como
by this mortgage, or should mortgagor, or any one of the persons herein called

deudor hipotecario faltare en el pago de cualquier cantidad o violare o no cumpliere
mortgagor, default in the payment of any amounts or violate or fail to comply

con cualquier cláusula, condición, estipulación o convenio o acuerdo aquí contenido
with any clause, condition, stipulation, covenant, or agreement contained herein,

o en cualquier convenio suplementario, o falleciere o se declarare o fuere declarado
or in any supplementary agreement, or die or be declared an

incompetente, en quiebra, insolvente o hiciere una cesión en beneficio de sus acre-
incompetent, a bankrupt, or an insolvent, or make an assignment for the benefit of

- 8 -





Forma FmHA 1927-1(S) PR
(Rev. 6-93)

dores, o los bienes o parte de ellos o cualquier interés en los mismos fueren cedidos,
creditors, or should the property or any part thereof or interest therein be assigned,——

vendidos, arrendados, transferidos o gravados voluntariamente o de otro modo,
sold, leased, transferred, conveyed, or encumbered, voluntarily or otherwise,——————

sin el consentimiento por escrito del acreedor hipotecario, el acreedor hipotecario es
without the written consent of mortgagee, mortgagee is————————————————————

irrevocablemente autorizado y con poderes, a su opción y sin notificación: (Uno) a
irrevocably authorized and empowered, at its option, and without notice: (One) to————

declarar toda deuda no pagada bajo los términos del pagaré o cualquier otra deuda
declare all amounts unpaid under the note, and any indebtedness——————————————

al acreedor hipotecario aquí garantizada, inmediatamente vencida y pagadera y
to the mortgagee secured hereby, immediately due and payable and————————————

proceder a su ejecución de acuerdo con la ley y los términos de la misma; (Dos)
to foreclose this mortgage in accordance with law and the provisions hereof; (Two)——

incurrir y pagar los gastos razonables para la reparación o mantenimiento de los
to incur and pay reasonable expenses for the repair and maintenance of the——————

bienes y cualquier gasto u obligación que el deudor hipotecario no pagó según se
property and any expenses and obligations that mortgagor did not pay as——————————

convinieren en esta hipoteca, incluyendo las contribuciones, impuestos, prima de
agreed in this mortgage, including taxes, assessments, insurance premium,——————

seguro y cualquier otro pago o gasto para la protección y conservación de los bienes
and any other expenses or costs for the protection and preservation of the property————

y de esta hipoteca o incumplimiento de cualquier precepto de esta hipoteca y (Tres)
and this mortgage, or for compliance with any of the provisions of this mortgage; and (Three)

de solicitar la protección de la ley.——————————————————————————————
request the protection of the law.——————

(Diecisiete) El deudor hipotecario pagará o reembolsará al acreedor hipotecario
(Seventeen) Mortgagor will pay, or reimburse mortgagee——————————————————

todos los gastos necesarios para el fiel cumplimiento de los convenios y acuerdos
for all necessary expenses for the fulfillment of the covenants and agreements——————

de esta hipoteca, los del pagaré y en cualquier otro convenio suplementario, in-
of this mortgage and of the note and of any supplementary agreement, including——————

cluyendo los gastos de mensura, evidencia de título, costas, inscripción y hono-
the costs of survey, evidence of title, court costs, recordation fee and——————————

rarios de abogado.——————————————————————————————————————
attorney's fees.——————

(Dieciocho) Sin afectar en forma alguna los derechos del acreedor a requerir y
(Eighteen) Without in any manner affecting the right of the mortgagee to require and——

hacer cumplir en una fecha subsiguiente a los mismos los convenios, acuerdos u
enforce performance at a subsequent date of the same, similar or other covenant, agreement

obligaciones aquí contenidos o similares u otros convenios, y sin afectar la respon-
obligation herein set forth, and without affecting the liability——————————————————

sabilidad de cualquier persona para el pago del pagaré o cualquier otra deuda aquí
of any person for payment of the note or any indebtedness——————————————————

garantizada y sin afectar el gravamen impuesto sobre los bienes o la prioridad del
secured hereby, and without affecting the lien created upon said property or the priority of

gravamen, el acreedor hipotecario es por la presente autorizado y con poder en
said lien, the mortgagee is hereby authorized and empowered at——————————————

cualquier tiempo (Uno) renunciar el cumplimiento de cualquier convenio u obli-
any time (one) waive the performance of any covenant or obligation——————————————

gación aquí contenida o en el pagaré o en cualquier convenio suplementario (Dos)
contained herein or in the note or any supplementary agreement; (two)——————————

· 9 ·



negociar con el deudor hipotecario o conceder al deudor hipotecario cualquier
deal in any way with mortgagor or grant to mortgagor any——————————————

indulgencia o tolerancia o extensión de tiempo para el pago del pagaré (con el
indulgence or forbearance or extension of the time for payment of the note (with the——

consentimiento del tenedor de dicho pagaré cuando esté en manos de un presta-
consent of the holder of the note when it is held by——————————————

mista asegurado) o para el pago de cualquier deuda a favor del acreedor hipoteca-
an insured lender) or for payment of any indebtedness to mortgagee——————————

rio, y aquí garantizada; o (Tres) otorgar y entregar cancelaciones parciales de cual-
hereby secured; or (three) execute and deliver partial releases of any——————————

quier parte de los bienes de la hipoteca aquí constituída u otorgar diferimiento o
part of said property from the lien hereby created or grant deferment or——————————

postergación de esta hipoteca a favor de cualquier otro gravámen constituído sobre
postponement of this mortgage to any other lien over——————————————

dichos bienes.——————————————————————————————
said property.——————————————————————————————

(Diecinueve) Todos los derechos, título e interés en y sobre la presente hipoteca,
(Nineteen) All right, title and interest in or to this mortgage,——————————————

incluyendo pero no limitando el poder de otorgar consentimientos, cancelaciones
including but not limited to the power to grant consents, cancel, partial releases,——————

parciales, subordinación, cancelación total, radica sola y exclusivamente en el
subordinations, and satisfaction, shall be vested solely and exclusively in——————————

acreedor hipotecario y ningún prestamista asegurado tendrá derecho, título o in-
mortgagee, and no insured lender shall have any right, title or interest——————————

terés alguno en o sobre el gravámen y los beneficios aquí contenidos.——————————
in or to the lien or any benefits herein contained.——————————————————

(Veinte) El incumplimiento de esta hipoteca constituirá incumplimiento de cuales-
(Twenty) Default hereunder shall constitute default under any——————————————

quiera otra hipoteca, préstamo refaccionario, o hipoteca de bienes muebles poseída
other real estate or crop or chattel mortgage held——————————————————

o asegurada por el acreedor hipotecario y otorgada o asumida por el deudor hipo-
or insured by mortgagee and executed or assumed by mortgagor,——————————————

tecario; y el incumplimiento de cualesquiera de dichos instrumentos de garantía
and default under any such other security instrument shall——————————————

constituirá incumplimiento de esta hipoteca.——————————————————
constitute default hereunder.——————————————————————————

(Veintiuno) Todo aviso que haya de darse bajo los términos de esta hipoteca será
(Twenty-One) All notices to be given under this mortgage shall——————————————

remitido por correo certificado a menos que se disponga lo contrario por ley, y
be sent by certified mail unless otherwise required by law,——————————————

será dirigido hasta tanto otra dirección sea designada en un aviso dado al efecto,
and shall be addressed until some other address is designated in a notice so given,——————

en el caso del acreedor hipotecario a Administración de Hogares de Agricultores,
in the case of mortgagee to Farmers Home Administration,——————————————

Departamento de Agricultura de Estados Unidos, San Juan, Puerto Rico, y en el
United States Department of Agriculture, San Juan, Puerto Rico, and in the——————————

casò del deudor hipotecario, a él a la dirección postal de su residencia según se
case of mortgagor to him at the post office address of his residence as stated——————————

especifica más adelante.——————————————————————————
hereinafter.——————————————————————————————

(Veintidos) El deudor hipotecario por la presente cede al acreedor hipotecario
(Twenty-Two) Mortgagor by these presents grants to mortgagee——————————————

- 10 -

Forma FmHA 1927-1(S) PR
(Rev. 6-93)

el importe de cualquier sentencia obtenido por expropiación forzosa para uso
the amount of any judgment obtained by reason of condemnation proceedings for public ------

público de los bienes o parte de ellos así como también el importe de la sentencia
use of the property or any part thereof as well as the amount of any judgment------

por daños causados a los bienes. El acreedor hipotecario aplicará el importe así
for damages caused to the property. The mortgagee will apply the amount so------

recibido al pago de los gastos en que incurriere en su cobro y el balance al pago del
received to the payment of costs incurred in its collection and the balance to the payment------

pagaré y cualquier cantidad adeudada al acreedor hipotecario garantizada por esta
of the note and any indebtedness to the mortgagee secured by this------

hipoteca, y si hubiere algún sobrante, se reembolsará al deudor hipotecario.------
mortgage, and if any amount then remains, will pay such amount to mortgagor.------

SEPTIMO: Para que sirva de tipo a la primera subasta que deberá celebrarse en caso
SEVENTH: That for the purpose of the first sale to be held in case------

de ejecución de esta hipoteca, de conformidad con la ley hipotecaria, según enmen-
of foreclosure of this mortgage, in conformity with the mortgage law, as amended,------

dada, el deudor hipotecario por la presenta tasa los bienes hipotecados en la suma
mortgagor does hereby appraise the mortgaged property in the amount------

de   SETENTA Y CINCO MIL DOLARES ($75,000.00).------
of

OCTAVO: El deudor hipotecario por la presente renuncia al trámite de requeri-
EIGHTH: Mortgagor hereby waives the requirement of law and agrees to be------

miento y se considerará en mora sin necesidad de notificación alguna por parte
considered in default without the necessity of any notification of default or demand for pay-

del acreedor hipotecario. Esta hipoteca está sujeta a los reglamentos de la Ad-
on the part of mortgagee. This mortgage is subject to the rules and regulations of the------

ministración de Hogares de Agricultores ahora en vigor y a futuros reglamentos,
Farmers Home Administration now in effect, and to its future regulations------

no inconsistentes con los términos de esta hipoteca, así como también sujeta a
not inconsistent with the provisions of this mortgage, as well as to the------

las leyes del Congreso de Estados Unidos de America que autorizan la asignación
laws of the Congress of the United States of America authorizing the making and------

y aseguramiento del préstamo antes mencionado.------
insuring of the loan hereinbefore mentioned.------

NOVENO: Las cantidades garantizadas por esta hipoteca son las siguientes:------
NINTH: The amounts guaranteed by this mortgage are as follows:------

Una. En todo tiempo cuando el pagaré relacionado en el párrafo TERCERO de
One. At all times when the note mentioned in paragraph THIRD of------

esta hipoteca sea poseído por el acreedor hipotecario o en caso que el acreedor
this mortgage is held by mortgagee, or in the event mortgagee------

hipotecario cediere esta hipoteca sin asegurar el pagaré   SETENTA Y CINCO--
should assign this mortgage without insurance of the note,

MIL------------------------------DOLARES ($ 75,000.00)
                                  DOLLARS ($

el principal de dicho pagaré, con sus intereses según estipuladas a razón del ------
the principal amount of said note, together with interest as stipulated therein at the rate of

TRES PUNTO SETENTA Y CINCO   por ciento (   3.75--%) anual;
                             per cent (        %) per annum;

- 11 -

**Dos.** En todo tiempo cuando el pagaré es poseído por un prestamista asegurado:
**Two.** At all times when said note is held by an insured lender:

**(A)**    SETENTA Y CINCO MIL------------------------------------------

---------------------------------------DOLARES ($75,000.00)
                                        DOLLARS  ($

para indemnizar al acreedor hipotecario por adelantos al prestamista asegurado
for indemnifying the mortgage for advances to the insured lender---------------

por motivo del incumplimiento del deudor hipotecario de pagar los plazos según
by reason of mortgagor's failure to pay the installments as--------------------

se especifica en el pagaré, con intereses según se especifica en el párrafo SEXTO,
specified in the note, with interest as stated in paragraph SIXTH,--------------

Tercero;------------------------------------------------------------------
Three;--------------------------------------------------------------------

**(B)**    CIENTO DOCE MIL QUINIENTOS-------------------------------------

---------------------------------------DOLARES ($ 112,500.00)
                                        DOLLARS  ($

para indemnizar al acreedor hipotecario además contra cualquier pérdida que pueda
for indemnifying the mortgage further against any loss it might----------------

sufrir bajo su seguro de pago del pagaré.-------------------------------------
sustain under its insurance of payment of the note;---------------------------

**Tres.** En cualquier caso y en todo tiempo;----------------------------------
**Three.** In any event and at all times whatsoever;--------------------------

**(A)**    TREINTA MIL DOLARES--------------------------------------------

($ 30,000.00-------) para intereses después de mora;--------------------------
($                 ) for default interest;-----------------------------------

**(B)**    QUINCE MIL DOLARES---------------------------------------------

($15,000.00----- ) para contribuciones, seguro y otros adelantos para la con-
($              ) for taxes, insurance and other advances for the preservation-----

servación y protección de esta hipoteca, con intereses al tipo estipulado en el párrafo
and protection of this mortgage, with interest at the rate stated in paragraph----

SEXTO, Tercero;-----------------------------------------------------------
SIXTH, Three;--------------------------------------------------------------

**(C)**    SIETE MIL QUINIENTOS DOLARES---------------------------------

($ 7,500.00-------       ) para costas, gastos y honorarios de abogado en caso
($                       ) for costs, expenses and attorney's fees in case----  --------

de ejecución;--------------------------------------------------------------
of foreclosure;------------------------------------------------------------

**(D)**    SIETE MIL QUINIENTOS DOLARES---------------------------------

($ 7,500.00-------) para costas y gastos que incurriere el acreedor hipoteca-
($               ) for costs and expenditures incurred by the mortgagee in ------

rio en procedimientos para defender sus intereses contra cualquier persona que inter-
proceedings to defend its interests against any other person interfering with----

venga o impugne el derecho de posesión del deudor hipotecario a los bienes según
or contest the right of possession of mortgagor to the property as-------------

se consigna en el párrafo SEXTO, Trece.--------------------------------------
provided in paragraph (SIXTH), Thirteen.-------------------------------------

- 12 -

Forma FmHA 1927-1(S) PR
(Rev. 6-93)

DECIMO: Que el (los) pagaré(s) a que se hace referencia en el párrafo TERCERO
TENTH: That the note(s) referred to in paragraph THIRD——————————————

de esta hipoteca es (son) descrito(s) como sigue:——————————————
of this mortgage is(are) described as follows:——————————————

"Pagaré otorgado en el caso número SESENTA Y TRES GUION DIECINUEVE
"Promissory note executed in case number

GUION CINCO OCHENTA SIETE SEIS TRES CERO TRES SEIS————

(63-19-580763036)—————————————— fechado el día ————————
                                    dated the

veintisiete    de   septiembre——————  de mil novecientos—————
            day of                      nineteen hundred and

noventa y cinco (1995) por la suma de   SETENTA Y CINCO—————
                      in the amount of

MIL—————————————————————————————— dólares de principal más
                                                    of principal plus

intereses sobre el balance del principal adeudado a razón del   TRES PUNTO————
interest over the unpaid balance at the rate of

SETENTAY CINCO—————————— { 3.75————— } por ciento anual,
                                              percent per annum,

hasta tanto su principal sea totalmente satisfecho según los términos, plazos, condi-
until the principal is totally paid according to the terms, installments, —————————

ciones y estipulaciones contenida en dicho pagaré y según acordados y convenidos
conditions and stipulation contained in the promissory note and as agreed

entre el Prestatario y el Gobierno; excepto el pago final del total de la deuda aquí
between the borrower and the Government, except that the final installment of the

representada, de no haber sido satisfecho con anterioridad, vencerá y será pagadero
entire debt herein evidenced, if not sooner paid, will be due ——————————

a los   VEINTE (20)——————————————————————————
and payable

años de la fecha de este pagaré.——————————————————————
years from the date of this promissory note.——————

Dicho pagaré ha sido otorgado como evidencia de un préstamo concedido por el
Said promissory note is given as evidence of a loan made by the

Gobierno al Prestatario de conformidad con la Ley del Congreso de los Estados
Government to the borrower pursuant to the law of the Congress of the United

Unidos de América denominada "Consolidated Farm and Rural Development Act
States of America known as "Consolidated Farm and Rural Development Act

of 1961" o de conformidad con el "Title V of the Housing Act of 1949", según
of 1961" or pursuant to "Title V of the Housing Act of 1949, as —————————

han sido enmendadas y está sujeto a los presentes reglamentos de la Administración
amended, and is subject to the present regulations of the Farmers

de Hogares de Agricultores y a los futuros reglamentos no inconsistentes con dicha
Home Administration and to its future regulations not inconsistent with the ————

Ley. De cuya descripción, yo, el Notario Autorizante, DOY FE.——————————
express provision thereof. Of which description I, the authorizing Notary, GIVE FAITH.——

UNDECIMO: Que la propiedad objeto de la presente escritura y sobre la que se
ELEVENTH: That the property object of this deed and over which ——————————

constituye Hipoteca Voluntaria, se describe como sigue: ——————————
voluntary mortgage is constituted, is described as follows:——————————



- 13 -

A) RUSTICA: Parcela radicada en el Barrio Calabazas de San-------
Sebastian, Puerto Rico, con una cabida superficial de QUINIENTOS---
SETENTA Y TRES PUNTO CUARENTA Y UNO METROS CUADRADOS (573.41 mc),--
que colinda por el NORTE, en veintidos punto ochenta y siete metros
con el remanente de la finca principal; al SUR, en dieciocho metros
con la Carretera Cuatrocientos treinta y cinco (435); al ESTE, en--
veintisiete punto setenta y ocho metros con Antonio Vargas y al----
OESTE, en veintiocho punto sesenta y cinco metros con el remanente-
de la finca principal.-----------------------------------------------

---Inscrita al folio doscientos treinta y nueve (239), del tomo----
ciento ochenta (180) de San Sebastian, FINCA NUMERO SIETE MIL------
CUATROCIENTOS SESENTA (7,460).---------------------------------------

B) RUSTICA: Sita en el Barrio Calabazas de San Sebastian, Puerto-
Rico, compuesta de NOVENTA Y CUATRO PUNTO SEISCIENTOS CINCUENTA Y--
OCHO CUERDAS (94.658 cds.), equivalentes a treinta y siete hecta--
reas, veinte areas, cuarenta y tres centiareas y ochenta miliareas;
que colinda por el NORTE, con Jose Figueroa y el Rio Culebrinas; al
SUR, con camino municipal, parcela segregada de Agustin Martir; al-
ESTE, el Rio Culebrinas, un caño y parcela segregada de Agustin----
Martir y al OESTE, con Maria Luisa Martir, Sucesin de Evangelista--
Ramos y Jose Figueroa.-----------------------------------------------
Contiene una casa de vivienda y otra dedicada a almacen.------------

---Inscrita al folio doscientos noventa y uno (291), del tomo dos--
cientos sesenta y dos (262) de San Sebastian, FINCA NUMERO SEIS MIL
CUATROCIENTOS DOCE (6,412).------------------------------------------

Adquirió el prestatario la descrita finca por
**Borrower acquired the described property by** compra a Juan Guzman Rivera y---
Leonides Soto Arocho la descrita bajo la letra A; y por compra a---
Isidro Crespo Ramos y Margarita Traverzo la descrita en la letra B.

**según consta de la Escritura Número** Doscientos Noventa y Seis (296) y---
**pursuant to Deed Number** Doscientos Veinte (220), respectivamente.--------------------------
**de fecha** cuatro (4) de diciembre de mil novecientos setenta (1970)
**dated** y catorce (14) de diciembre de mil novecientos ochenta y tres-----
(1983), respectivamente.--------------------------------------------
**otorgada en la ciudad de**
**executed in the city of** San Sebastian, Puerto Rico---------------------

**ante el Notario**
**before Notary** Jose M. Cruz Vargas y Gerardo Perez Echevarria,------
respectivamente.-----------------------------------------------------

**Dicha propiedad se encuentra**
**Said property is** afectas a varias hipotecas a favor de-----

Estados Unidos de America--------------------------------------------

**DUODECIMO: Que comparecen en la presente escritura como Deudores Hipote-**
**TWELFTH: The parties appearing in the present deed as Mortgagors** -----------------------

carios DON JUAN EDWIN GUZMAN SOTO, tambien conocido por Juan Guzman
**are** Soto, Seguro Social Numero: ■■■■■■■ y DOÑA JULIA MIRTA----
ROMAN TORRES, tambien conocida por Julia Roman Torres, Seguro-----
Social Numero: ■■■■■■■, mayores de edad, casados entre si,---
propietarios y vecinos de San Sebastian, Puerto Rico.--------------

**cuya dirección postal es**
**whose postal address is:** HC-4 Buzon 14134, San Sebastian, PR  00685

**DECIMO TERCERO: El importe del préstamo aquí consignado se usó o será usado**
**THIRTEENTH: The proceeds of the loan herein guaranteed was used or will be used**----

14

Forma FmHA 1927-1(S) PR
(Rev. 6-93)

para fines agrícolas y la construcción y/o reparación y/o mejoras de las instalaciones
for agricultural purposes and the construction and/or repair or improvement of the physical———

físicas en la finca(s) descrita(s).————————————————————————
installations on the described farm(s).—————————————————————

DECIMO CUARTO: El prestatario ocupará personalmente y usará cualquier estruc-
FOURTEENTH: The borrower will personally occupy and use any structure——————

tura que haya sido construída, mejorada o comprada con el importe del préstamo
constructed, improved or purchased with the proceeds of the loan———————————

aquí garantizado y no arrendará o usará para otros fines dicha estructura a menos
herein guaranteed and shall not lease or use for other purposes said structure unless——

que el Gobierno lo consienta por escrito. La violación de esta clausula como la
the Government so consents in writing. Violation of this clause as well as——————

violación de cualquiera otro convenio o cláusula aquí contenida ocasionará el
violation of any other agreement or clause herein contained will cause——————

vencimiento de la obligación como si todo el término hubiese transcurrido y en
the debt to become due as if the whole term had elapsed and the——————————

aptitud el Gobierno de declarar vencido o pagadero el préstamo y proceder a la
Government at its option may declare due and payable the loan and proceed to————

ejecución de la hipoteca.————————————————————————
the foreclosure of the mortgage.—————————————————————

DECIMO QUINTO: Esta hipoteca se extiende expresamente a toda construcción
FIFTEENTH: This mortgage expressly extends to all construction————————

o edificación existente en la(s) finca(s) antes descrita(s) y a toda mejora, construc-
or building existing on the farm(s) hereinbefore described and all improvement,————

ción o edificación que se construya en dicha finca(s) durante le vigencia del prés-
construction or building constructed on said farm(s) while the——————————

tamo hipotecario constituido a favor del Gobierno, verificada por los actuales
mortgage loan constituted in favor of the Government is in effect, made by the present———

dueños deudores o por sus cesionarios o causahabientes.————————————
owners or by their assignees or successors.————————————————

DECIMO SEXTO: El deudor hipotecario por la presente renuncia mancomunada
SIXTEENTH: The mortgagor by these presents hereby waives jointly and——————

y solidariamente por sí y a nombre de sus herederos causahabientes, sucesores o
severally for himself and on behalf of his heirs, assignees, successors or——————

representantes a favor del acreedor (ADministración de Hogares de Agricultores),
representatives, in favor of mortgagee (Farmers Home Administration)——————

cualquier derecho de Hogar Seguro (Homestead) que en el present o en el futuro
any Homestead right (Homestead) that presently or in the future ——————————

pudiera tener en la propiedad descrita en el párrafo undécimo y en los edificios
he may have in the property described in paragraph eleventh and in the buildings————

allí enclavados o que en el futuro fueran construídos; renuncia esta permitida
thereon or which in the future may be constructed; this waiver being permitted——————

a favor de la Administración de Hogares de Agricultores por la Ley Número trece
in favor of the Farmers Home Administration by Law Number Thirteen——————

(13) del veintiocho (28) de mayo de mil novecientos sesenta y nueve (1969) (31
(13) of the twenty-eighth of May, nineteen hundred sixty-nine (1969) (31——————

L.P.R.A. 1851).————————————————————————————
L.P.R.A. 1851).——————————————————————————

DECIMO SEPTIMO: El acreedor y el deudor hipotecario convienen en que cual
SEVENTEENTH: Mortgagee and mortgagor agree that any——————————

quier estufa, horno, calentador comprado o financiado total o parcialmente con
stove, oven, water heater, purchased or financed completely or partially with——————



- 15 -

fondos del préstamo aquí garantizado, se considerará e interpretará como parte
funds of the loan herein guaranteed, will be considered and understood to form part ---------

de la propiedad gravada por esta Hipoteca.------------------
of the property encumbered by this Mortgage.-----------------

DECIMO OCTAVO: El deudor hipotecario se compromete y se obliga a mudarse
EIGHTEENTH: The mortgagor agrees and obligates himself to move -- --------------

y a ocupar la propiedad objeto de esta escritura dentro de los próximos sesenta
and occupy the property object of this deed within the following sixty ----------------

días a partir de la fecha de la inspección final; y en caso de circunstancias impre-
days from the date of final inspection, and in the event of unforeseen circumstances---------

vistas fuera del control del deudor hipotecario que le impidiera mudarse, éste lo
beyond his control which would impede him to do so, he will------------------------

notificará por escrito al Supervisor Local.---------------------
notify it in writing to the County Supervisor.-----------------

DECIMO NOVENO: Toda mejora, construcción o edificación que se construya
NINETEENTH: All improvement, construction or building constructed-----------------

en dicha finca durante la vigencia antes mencionada deberá ser construída previa-
on said farm(s) during the term hereinbefore referred to, must be made with the previous---

autorización por escrito del acreedor hipotecario conforme a los reglamentos pre-
consent in writing of mortgagee in accordance with present regulations-----------------

sentes y aquellos futuros que se promulgaren de acuerdo a las leyes federales y
or future ones that may be promulgated pursuant to the federal and -----------------

locales no inconsistentes o incompatibles con las leyes actuales que gobiernan
local laws not inconsistent or incompatible with the present laws which govern-----------

estos tipos de préstamos.----------------------
these types of loans.-----------------------

VIGESIMO: Este instrumento garantiza asímismo el rescate o recuperación de
TWENTIETH: This instrument also secures the recapture of----- ---------------

cualquier crédito por intereses o subsidio que pueda otorgarse a los prestatarios
any interest credit or subsidy which may be granted to the borrower(s) by the-------------

por el Gobierno de acuerdo con las disposiciones del Título Cuarentidos del Código
Government pursuant to Forty-Two----------------------------------

de Estados Unidos Sección Mil Cuatrocientos Noventa - a (42 U.S.C. 1490a)-----
U.S.C. Fourteen Ninety-a (42 U.S.C. 1490a)-----------------------

VIGESIMOPRIMERO:     Por tratarse de un prestamo para--
fines agricolas no se distribuye responsabilidad------
hipotecaría.-----------------------------------

Forma FmHA 1927-1(°) PR
(Rev. 6-93)

————————————————————ACEPTACION————————————————————
ACCEPTANCE

El (los) comparecientes ACEPTAN esta escritura en la forma redactada una vez
The appearing party (parties) ACCEPT(S) this deed in the manner drawn once————————

yo, el Notario autorizante, le (les) hice las advertencias legales pertinentes.————
I, the authorizing Notary, have made to him (them) the pertinent legal warnings.————

Así lo dicen y otorgan ante mí, el Notario autorizante, el (los) compareciente(s)
So they say and execute before me, the authorizing Notary, the appearing party (parties)————

sin requerir la presencia de testigos después de renunciar su derecho a ello del que
without demanding the presence of witnesses after waiving his (their) right to do so of which

le(s)   advertí.————————————————————————————————————
I advised him (them).————————————————————————————————

Después de ser leída esta escritura por el (los) compareciente(s), se ratifica(n)
After this deed was read by the appearing party(parties) he (they) ratify its————————

en su contenido, pone(n) sus iniciales en cada uno de los fólios de esta escritura
contents, place(s) his (their) initials on each of the folios of this deed————————————

incluyendo el último y la firma(n) todos ante mí, el Notario autorizante, que DOY
including the last one, and all sign before me, the authorizing Notary who GIVES————————

FE de todo el contenido de esta escritura.————————————————————————
FAITH to everything contained in this deed.————————————————————————

17

Inscrito al:

Tomo: 319 San Sebastián y 302 San Sebastián
Folio: 144 y 144 vto; 141 y 141 vto.
Finca: #7460 y 6412
Inscripción: 13ra y 19na

Cargas: finca 7460: Hipoteca a favor de Puerto Rico Production Credit por #7,000.00, Hipoteca a favor de Estados Unidos de América por $187,247.00, reamortizada y modificada por #161,822.81 y reamortizada y modificada inse. 12na por $176,400.94; #15,000.00 respondiendo esta por 5,000.00, reamortizada y modificada en #17,308.37 inse 10ma, reamortizada y modificada por #19,075.05 inscripción 11na. Hipoteca a favor de Estados Unidos de América que mediante este documento se constituye.

Finca # 6412. Afecta a servidumbre a favor de la Autoridad de Fuentes Fluviales y la Autoridad de Acueductos y Alcantarillados; Hipoteca a favor de Estados Unidos de América por $187,247.00 reamortizada y modificada en $161,822.81; #15000.00 respondiendo esta finca por #10,000.00 reamortizada y modificada en #17,308.37, reamortizada y modificada en #17,308.37, reamortizada y modificada en #19,075.05; #25,000.00 reamortizada y modificada en #27,194.88; #30,000.00. Hipoteca que por el presente documento se constituye.

San Sebastián, Puerto Rico a 24 de Octubre de 1995.

Exenta.



Registrador

NOTIFICADO

13 OCT 1995

REGISTRO DE LA PROPIEDAD
SECCION DE
SAN SEBASTIAN
PUERTO RICO

RECEIVED FmHA   CO
SAN SEBASTIAN, PR

8/31/96
DATE

FIRMADO:  DON JUAN EDWIN GUZMAN SOTO Y DOÑA JULIA
MIRTA ROMAN TORRES

FIRMADO, SIGNADO, SELLADO Y RUBRICADO:~~~~~~~~~~~~~~~
JOSE TOMAS ROMAN RIOS, ABOGADO Y NOTARIO PUBLICO~~~~~

Hay adherido y debidamente cancelado el correspon~~~~
diente sello de Impuesto Notarial con Sello del~~~~~~
notario y debidamente estampada(s), la(s) inicial(es)
del(los) otorgante(s) al margen de todas y cada uno~~
de los ~17~ folios del original y su(s) firma(s)~~~~~~
al final del documento.~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

CERTIFICO: que es PRIMERA copia fiel y exacta del~~~~
original que bajo el número 141  de fecha~~~~~~~~~~~~~
27 de septiembre de 1995  obra en el protocolo del~~~
notario que suscribe y en fe de ello y a favor de~~~~
FARMERS HOME ADMINISTRATION expido la presente que~~~
firmo, signo, sello y rubrico en San Sebastián,~~~~~~
Puerto Rico, hoy día de su otorgamiento, dejando nota
de saca al margen de la Escritura Matriz.~~~~~~~~~~~~



NOTARIO PUBLICO

USDA-FmHA
Form FmHA 1940-17
(Rev. 4-92)

## PROMISSORY NOTE

| KIND OF LOAN |
| --- |

Type: **FM**          ☒ Regular
                           ☐ Limited
                              Resource

Pursuant to:
☐ Consolidated Farm & Rural Development Act
☒ Emergency Agricultural Credit Adjustment
   Act of 1978

**Name**

GUZMAN SOTO, JUAN E.

| State | County |
| --- | --- |
| PUERTO RICO | LARES |

| Case No. | Date |
| --- | --- |
| 63-19-580763036 | JULY 26, 1997 |

| Fund Code | Loan No. |
| --- | --- |
| 43 | 12 |

**ACTION REQUIRING NOTE**

☐ Initial loan                    ☐ Rescheduling
☒ Subsequent loan            ☐ Reamortization
☐ Consolidated &               ☐ Credit sale
   subsequent loan             ☐ Deferred payments
☐ Consolidation                 ☐ Debt write down
☐ Conservation
   easement

FOR VALUE RECEIVED, the undersigned Borrower and any cosigners jointly and severally promise to pay to the order of the United States of America, acting through the Farmers Home Administration, United States Department of Agriculture,

(herein called the "Government"), or its assigns, at its office in   LARES, PUERTO RICO—————————————

———————————————, or at such other place as the Government may later designate in writing, the principal sum of

ONE HUNDRED FIFTY ONE THOUSAND FOUR HUNDRED EIGHTY WITH——————————00/100    dollars

($ 151,480.00————————————————), plus interest on the unpaid principal balance at the **RATE** of

THREE AND THREE QUARTER———————————————— percent ( 3.75    %) per annum and

NONE                                                      dollars ($ N/A                    )
of Noncapitalized interest. If this note is for a Limited Resource loan (indicated in the "Kind of Loan" box above) the Government may **CHANGE THE RATE OF INTEREST**, in accordance with regulations of the Farmers Home Adminis-tration, not more often than quarterly, by giving the Borrower thirty (30) days prior written notice by mail to the Bor-rower's last known address. The new interest rate shall not exceed the highest rate established in regulations of the Farmers Home Administration for the type of loan indicated above.

Principal and interest shall be paid in _____21_____ installments as indicated below, except as modified by a different rate of interest, on or before the following dates:

| | | | |
| --- | --- | --- | --- |
| $ 2,475.00 | on 01-01-98 | ; $ 10,902.00 | on 01-01-99 ; |
| $ | on | ; $ | on ; |
| $ | on | ; $ | on ; |
| $ | on | ; $ | on ; |
| $ | on | ; $ | on ; |
| $ | on | ; $ | on ; |

and $ 10,902.00                    thereafter on    01-01-    of each    YEAR    until the principal and interest are fully paid except that the final installment of the entire debtedness evidenced hereby, if not sooner paid, shall be due and payable _____20_____ years from the date of this note, and except that prepayments may be made as provided below. The consideration for this note shall also support any agreement modifying the foregoing schedule of payments.

If the total amount of the loan is not advanced at the time of loan closing, the loan funds shall be advanced to the Borrower as requested by Borrower and approved by the Government. Approval by the Government will be given provided the advance is requested for a purpose authorized by the Government. Interest shall accrue on the amount of each advance from its actual date as shown in the Record of Advances at the end of this note. Borrower authorizes the Government to enter the amount(s) and date(s) of such advance(s) in the Record of Advances.

For each rescheduled, reamortized or consolidated note for applications for Primary and Preservation Loan Service Programs received prior to November 28, 1990, interest accrued to the date of this instrument which is more than 90 days overdue shall be added to principal and such new principal shall accrue interest at the rate evidenced by this instrument. For applications for Primary and Preservation Loan Service Programs received on or after November 28, 1990, all unpaid interest accrued to the date of this instrument shall be added to the principal and such new principal shall accrue interest at the rate evidenced by this instrument.

Every payment made on any indebtedness evidenced by this note shall be applied first to a portion of any interest which accrues during the deferral period, second to accrued interest to the date of the payment on the note account and then to the principal. Nonprogram loans are not eligible for deferral.

Prepayments of scheduled installments, or any portion of these installments, may be made at any time at the option of the Borrower. Refunds and extra payments, as defined in the regulations (7 CFR §1951.8) of the Farmers Home Administration according to the source of funds involved, shall, after payment of interest, be applied to the last installments to become due under this note and shall not affect the obligation of Borrower to pay the remaining installments as scheduled in this note.

If the Government at any time assigns this note and insures the payment of it, Borrower shall continue to make payments to the Government as collection agent for the holder. While this note is held by an insured holder, prepayments made by Borrower may, at the option of the Government, be remitted by the Government to the holder promptly or, except for final payment, be retained by the Government and remitted to the holder on an installment due date basis. The effective date of every payment made by Borrower, except payments retained and remitted by the Government on an installment due date basis, shall be the date of the United States Treasury check by which the Government remits the payment to the holder. The effective date of any prepayment retained and remitted by the Government to the holder on an installment due date basis shall be the date of the prepayment by Borrower, and the Government will pay the interest to which the holder is entitled accruing between such date and the date of the Treasury check to the holder.

Any amount advanced or expended by the Government for the collection of this note or to preserve or protect any security for the loan or otherwise expended under the terms of any security agreement or other instrument executed in connection with the loan evidenced by this note, at the option of the Government shall become a part of and bear interest at the same rate as the principal of the debt evidenced by this note and be immediately due and payable by Borrower to the Government without demand.

Property constructed, improved, purchased, or refinanced in whole or in part with the loan evidenced by this note shall not be leased, assigned, sold, transferred, or encumbered, voluntarily or otherwise, without the written consent of the Government. Unless the Government consents otherwise in writing, Borrower will operate such property as a farm if this is a Farm Ownership loan.

If "Consolidation and subsequent loan," "Debt write down," "Consolidation," "Rescheduling," or "Reamortization" is indicated in the "Action Requiring Note" block above, this note is given to consolidate, reschedule or reamortize, but not in satisfaction of the unpaid principal and interest on the following described note(s) or assumption agreement(s)(new terms):

| FUND CODE/<br>LOAN NO. | FACE AMOUNT | INT. RATE | DATE | ORIGINAL BORROWER | LAST INSTALL. DUE |
|---|---|---|---|---|---|
| | $ | % | , 19 | | , 19 |
| | $ | % | , 19 | | , 19 |
| | $ | % | , 19 | | , 19 |
| | $ | % | , 19 | | , 19 |
| | $ | % | , 19 | | , 19 |
| | $ | % | , 19 | | , 19 |
| | $ | % | , 19 | | , 19 |

Security instruments taken in connection with the loans evidenced by these described notes and other related obligations are not affected by this consolidating, rescheduling or reamortizing. These security instruments shall continue to remain in effect and the security given for the loans evidenced by the described notes shall continue to remain as security for the loan evidenced by this note, and for any other related obligations.

**REFINANCING (GRADUATION) AGREEMENT:** If at any time it shall appear to the Government that the Borrower may be able to obtain financing from a responsible cooperative or private credit source at reasonable rates and terms for loans for similar purposes and periods of time, Borrower will, at the Government's request, apply for and accept a loan(s) in sufficient amount to pay this note in full and, if the lender is a cooperative, to pay for any necessary stock. The provisions of this paragraph do not apply if the loan represented by this promissory note was made to the Borrower as a nonprogram loan.

Se ha efectuado liberación parcial de la hipoteca de un predio de 3,930.40 metros cuadrados segregados de la finca hipotecada según surge de la escritura 16 sobre liberación parcial de hipoteca otorgada el 28 de enero de 2,000 ante el Notario Público Sebastián Antonio Vera Peña en Lares Puerto Rico.

"Por y en virtud de la Escritura Número Cincuenta y Uno (51), otorgada en San Sebastián, Puerto Rico, el veintiocho (28) de abril del año dos mil (2000, ante el notario José Tomás Román Ríos, Don Wilfredo Rivera Vera actuando como Gerente de Crédito de Estados Unidos de América, se liberó de la hipoteca constituída en garantía del presente pagaré, el predio descrito bajo el hecho expositivo PRIMERO de dicha escritura.   En San Sebastián, Puerto Rico, a veintiocho (28) de abril del año dos mil (2000).

LCDO. JOSE TOMAS ROMAN RIOS

**HIGHLY ERODIBLE LAND AND WETLAND CONSERVATION AGREEMENT:** Borrower recognizes that the loan described in this note will be in default should any loan proceeds be used for a purpose that will contribute to excessive erosion of highly erodible land or to the conversion of wetlands to produce an agricultural commodity as further explained in 7 CFR Part 1940, Subpart G, Exhibit M. If (1) the term of the loan exceeds January 1, 1990, but not January 1, 1995, and (2) Borrower intends to produce an agricultural commodity on highly erodible land that is exempt from the restrictions of Exhibit M until either January 1, 1990, or two years after the Soil Conservation Service (SCS) has completed a soil survey for the Borrower's land, whichever is later, the Borrower further agrees that, prior to the loss of the exemption from the highly erodible land conservation restrictions found in 7 CFR Part 12, Borrower must demonstrate that Borrower is actively applying on that land which has been determined to be highly erodible, a conservation plan approved by the SCS or the appropriate conservation district in accordance with SCS's requirements. Furthermore, if the term of the loan exceeds January 1, 1995, Borrower further agrees that Borrower must demonstrate prior to January 1, 1995, that any production of an agricultural commodity on highly erodible land after that date will be done in compliance with a conservation system approved by SCS or the appropriate conservation district in accordance with SCS's requirements.

**DEFAULT:** Failure to pay when due any debt evidenced by this note or perform any covenant of agreement under this note shall constitute default under this and any other instrument evidencing a debt of Borrower owing to, insured or Guaranteed by the Government or securing or otherwise relating to such debt; and default under any such other instrument shall constitute default under this note. **UPON ANY SUCH DEFAULT,** the Government at its option may declare all or any part of any such indebtedness immediately due and payable.

This Note is given as evidence of a loan to Borrower made or insured by the Government pursuant to the Consolidated Farm and Rural Development Act, or the Emergency Agricultural Credit Adjustment Act of 1978 and for the type of loan as indicated in the "Kind of Loan" block above. This Note shall be subject to the present regulations of the Farmers Home Administration and to its future regulations not inconsistent with the express provisions of this note.

Presentment, protest, and notice are waived.

(SEAL)

JUAN E. GUZMAN SOTO                                         (Borrower)

JULIA M. ROMAN TORRES

HCO4, BZN. 14134, SAN SEBASTIAN, P.R.   00685

## RECORD OF ADVANCES

| AMOUNT | DATE | AMOUNT | DATE | AMOUNT | DATE |
|---|---|---|---|---|---|
| $ 151,480.00 | 07-01-97 | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| | | | | TOTAL | $151,480.00 |

Forma FmHA 1927-1(S) PR
(Rev. 6-93)





----------------------NUMERO   CIENTO TREINTA Y CINCO----------
**NUMBER**

--------------------HIPOTECA VOLUNTARIA------------------
**VOLUNTARY MORTGAGE**

En
la   San Sebastian, Puerto Rico, a veintiseis   (26) de-

julio de mil novecientos noventa y siete (1997).------

----------------------ANTE MI------------------------
**BEFORE ME**

----------JOSE TOMAS ROMAN RIOS----------------

**Abogado y Notario Público de la Isla de Puerto Rico con residencia en**
**Attorney and Notary Public for the Island of Puerto Rico, with residence in** --------------

San Sebastian----y oficina en   San Sebastian----- **Puerto Rico.**
               and office in

--------------------COMPARECEN----------------
**APPEAR**

Las personas nombradas en el párrafo DUODECIMO de esta hipoteca denomina-
The persons named in paragraph TWELFTH of this mortgage--------------------

dos de aquí en adelante el "deudor hipotecario" y cuyas circunstancias personales
hereinafter called the "mortgagor" and whose personal circumstances--------------

aparecen de dicho párrafo.--------------------------------------------
appear from said paragraph.--------------------

Doy fe del conocimiento personal de los comparecientes, así como por sus dichos
I, the Notary, attest to the personal knowledge of the appearing parties, as well as to their----

de su edad, estado civil, profesión y vecindad.------------------
statements which I believe to be true of their age, civil status, profession and residence.------

Aseguran hallarse en el pleno goce de sus derechos civiles, la libre administración
They assure me that they are in full enjoyment of their civil rights, and the free administration

de sus bienes y teniendo a mi juicio la capacidad legal necesaria para este otorga-
of their property, and they have, in my judgment, the necessary legal capacity to grant this---

miento.----------------------------------------------
voluntary mortgage.--------------------

--------------------EXPONEN----------------
**WITNESSETH:**

PRIMERO: El deudor hipotecario es dueño de la finca o fincas descritas en el
FIRST: That the mortgagor is the owner of the farm or farms described in----------

párrafo UNDECIMO así como de todos los derechos e intereses en las mismas,
paragraph ELEVENTH of this mortgage, and of all rights and interest in the same----

denominada de aquí en adelante "los bienes".------------------
hereinafter referred to as "the property".------------

SEGUNDO: Que los bienes aquí hipotecados están afectos a los gravámenes que
SECOND: That the property mortgaged herein is subject to the liens----------

se especifican en el párrafo UNDECIMO.------------------
specified in paragraph ELEVENTH herein.--------------------

TERCERO: Que el deudor hipotecario viene obligado para con Estados Unidos de
THIRD: That the mortgagor has become obligated to the United States----------

América, actuando por conducto de la Administración de Hogares de Agriculto-
of America, acting through the Farmers Home Administration,----------

res, denominado de aquí en adelante el "acreedor hipotecario", en relación con
hereinafter called the "mortgagee" in connection with----------





un préstamo o préstamos evidenciado por uno o más pagarés o convenio de sub-
a loan or loans evidenced by one or more promissory note(s) or assumption agreement(s)———

rogación, denominado en adelante el "pagaré" sean uno o más. Se requiere por
hereinafter called "the note" whether one or more. It is required by———————

el Gobierno que se hagan pagos adicionales mensuales de una doceava parte de
the Government that additional monthly payments of one-twelfth of the—————————

las contribuciones, avaluos (impuestos), primas de seguros y otros cargos que se
taxes, assessments, insurance premiums and other charges———————————————

hayan estimado sobre la propiedad hipotecada.——————————————————
estimated against the property.——————————

CUARTO: Se sobreentiende que:——————————————————————————
FOURTH: It is understood that:—————————

(Uno) El pagaré evidencia un préstamo o préstamos al deudor hipotecario por la
(One) The note evidences a loan or loans to the mortgagor in the————————————

suma de principal especificada en el mismo, concedido con el propósito y la inten-
principal amount specified therein made with the purpose and intention——————————

ción de que el acreedor hipotecario puede ceder el pagaré en cualquier tiempo y
that the mortgagee, at any time, may assign the note and——————————————

asegurar su pago de conformidad con el Acta de mil novecientos sesenta y uno
insure the payment thereof pursuant to the Act of Nineteen Hundred and Sixty-One—— —

consolidando la Administración de Hogares de Agricultores o el Título Quinto de
consolidating the Farmers Home Administration or Title Five of————————————

la Ley de Hogares de mil novecientos cuarenta y nueve, según han sido enmenda-
the Housing Act of Nineteen Hundred and Forty-Nine, as amended.——————————

das.——————————————————————————————————————————

(Dos) Cuando el pago del pagaré es garantizado por el acreedor hipotecario, puede
(Two) When payment of the note is guaranteed by the mortgagee————————————

ser cedido de tiempo en tiempo y cada tenedor de dicho pagaré a su vez será el
it may be assigned from time to time and each holder of the insured note, in turn,————

prestamista asegurado.—————————————————————————————————
will be the insured lender.————————————

(Tres) Cuando el pago del pagaré es asegurado por el acreedor hipotecario, el acree-
(Three) When payment of the note is insured by the mortgagee, the————————————

dor hipotecario otorgará y entregará al prestamista asegurado conjuntamente con
mortgagee will execute and deliver to the insured lender along——————————————

el pagaré un endoso de seguro garantizando totalmente el pago de principal e in-
with the note an insurance endorsement insuring the payment of the note fully as to principal

tereses de dicho pagaré.————————————————————————————————
and interest.————————————

(Cuatro) En todo tiempo que el pago del pagaré esté asegurado por el acreedor
(Four) At all times when payment of the note is insured by the mortgagee,————————

hipotecario, el acreedor hipotecario, por convenio con el prestamista asegurado,
the mortgagee by agreement with the insured lender————————————————

determinarán en el endoso de seguro la porción del pago de intereses del pagaré
set forth in the insurance endorsement will be entitled to a specified portion of the interest pay-

que será designada como "cargo anual".——————————————————————
ments on the note, to be designated the "annual charge".————————

(Cinco) Una condición del aseguramiento de pago del pagaré será de que el tene-
(Five) A condition of the insurance of payment of the note will be that the holder————

dor cederá todos sus derechos y remedios contra el deudor hipotecario y cuales-
will forego his rights and remedies against the mortgagor and any——————————————







Forma FmHA 1927-1(S) PR
(Rev. 6-93)





quiera otros en relación con dicho préstamo así como también a los beneficios
others in connection with said loan, as well as any benefit ——————————————

de esta hipoteca y aceptará en su lugar los beneficios del seguro, y a requerimiento
of this mortgage, and will accept the benefits of such insurance in lieu thereof, and upon the

del acreedor hipotecario endosará el pagaré al acreedor hipotecario en caso de
mortgagee's request will assign the note to the mortgagee should the mortgagor——

violación de cualquier convenio o estipulación aquí contenida o en el pagaré o en
violate any covenant or agreement contained herein, in the note, or any——————————

cualquier convenio suplementario por parte del deudor.——————————————————
supplementary agreement.———————————————————————————————————

(Seis) Entre otras cosas, es el propósito e intención de esta hipoteca, que en todo
(Six) It is the purpose and intent of this mortgage that, among other things,——————

tiempo cuando el pagaré esté en poder del acreedor hipotecario, o en el caso en
at all times when the note is held by the mortgagee, or in the event the——————————

que el acreedor hipotecario ceda esta hipoteca sin asegurar el pagaré, esta hipoteca
mortgagee should assign this mortgage without insurance of the note, this mortgage——

garantizará el pago del pagaré pero cuando el pagaré esté en poder de un presta-
shall secure payment of the note; but when the note is held by an insured——————

mista asegurado, esta hipoteca no garantizará el pago del pagaré o formará parte
lender, this mortgage shall not secure payment of the note or attach to——————————

de la deuda evidenciada por el mismo, pero en cuanto al pagaré y a dicha deuda,
the debt evidenced thereby, but as to the note and such debt——————————————

constituirá una hipoteca de indemnización para garantizar al acreedor hipotecario
shall constitute an indemnity mortgage to secure the mortgagee——————————————

contra cualquier pérdida bajo el endoso de seguro por causa de cualquier incum-
against loss under its insurance endorsement by reason of any default——————————

plimiento por parte del deudor hipotecario.——————————————————————————
by the mortgagor.—————————————————————————————————————————

QUINTO: Que en consideración al préstamo y (a) en todo tiempo que el pagaré
FIFTH: That, in consideration of said loan and (a) at all times when the note——————

sea conservado por el acreedor hipotecario, o en el caso de que el acreedor hipote-
is held by the mortgagee, or in the event the mortgagee——————————————————

cario ceda la presente hipoteca sin el seguro de pago del pagaré y en garantía del
should assign this mortgage without insurance of the payment of the note, in guarantee of the

importe del pagaré según se especifica en el subpárrafo (Uno) del Párrafo NOVE-
amount of the note as specified in subparagraph (one) of paragraph NINTH——————

NO con sus intereses al tipo estipulado y para asegurar el pronto pago de dicho
hereof, with interest at the rate stipulated, and to secure prompt payment of the——

pagaré, su renovación cualquier convenio contenido en el mismo, o extensión y
note and any renewals and extensions thereof and any agreements contained therein,——

(b) en todo tiempo que el pagaré sea poseído por el prestamista asegurado en garan-
(b) at all times when the note is held by an insured lender, in guarantee——————————

tía de las sumas especificadas en el subpárrafo (Dos) del párrafo NOVENO aquí
of the amounts specified in subparagraph 9Two of paragraph NINTH hereof——————

consignado para garantizar el cumplimiento del convenio del deudor hipotecario
for securing the performance of the mortgagor's agreement——————————————————

de indemnizar y conservar libre al acreedor hipotecario contra pérdidas bajo el en-
herein to indemnify and save harmless the mortgagee against loss under its——————

doso de seguro por razón de incumplimiento del deudor hipotecario y (c) en cual-
insurance endorsements by reason of any default by the mortgagor, and (c) in any——

quier caso y en todo tiempo en garantía de las sumas adicionales consignadas en el
event and at all times whatsoever, in guarantee of the additional amounts specified in——

-3-

subpárrafo (Tres) del párrafo NOVENO de este instrumento y para asegurar el
subparagraph (Three) of paragraph NINTH hereof, and to secure the————————

cumplimiento de todos y cada uno de los convenios y del deudor hipotecario aquí
performance of every covenant and agreement of the mortgagor——————————

contenidos o en cualquier otro convenio suplementario, el deudor hipotecario por
contained herein or in any supplementary agreement, the mortgagor——————

la presente constituye hipoteca voluntaria a favor del acreedor hipotecario sobre
hereby constitutes a voluntary mortgage in favor of the mortgagee on——————

los bienes descritos en el párrafo UNDECIMO más adelante, así como sobre los
the property described in paragraph ELEVENTH hereof, together with all rights,————

derechos, intereses servidumbres, derechos hereditarios, adhesiones pertenecientes
interests easements, hereditaments and appurtenances thereto belonging,——————

a los mismos, toda renta, créditos, beneficios de los mismos, y todo producto e
the rents, issues and profits thereof and revenues and——————————————

ingreso de los mismos, toda mejora o propiedad personal en el presente o que en
income therefrom, all improvements and personal property now or——————————

el futuro se adhiera o que sean razonablemente necesarias para el uso de los mismos,
later attached thereto or reasonably necessary to the use thereof,————————————

sobre las aguas, los derechos de agua o acciones en los mismos, pertenecientes a
all water, water rights and shares in the same pertaining to————————————————

las fincas o a todo pago que en cualquier tiempo se adeude al deudor hipotecario
the farms and all payments at any time owing to the mortgagor——————————————

por virtud de la venta, arrendamiento, transferencia, enajenación o expropiación
by virtue of any sale, lease, transfer, conveyance or total or——————————————

total o parcial de o por daños a cualquier parte de las mismas o a los intereses sobre
partial condemnation of or injury to any part thereof or interest——————————————

ellas, siendo entendido que este gravamen quedará en toda su fuerza y vigor hasta
therein, it being understood that this lien will continue in full force and effect until———

que las cantidades especificadas en el párrafo NOVENO con sus intereses antes y
all amounts as specified in paragraph NINTH hereof, with interest before and——————

después del vencimiento hasta que los mismos hayan sido pagados en su totalidad.
after maturity until paid, have been paid in full.——————————————————————

En caso de ejecución, los bienes responderán del pago del principal, los intereses
In case of foreclosure, the property will be answerable for the payment of the principal, interest

antes y después de vencimiento, hasta su total solvento, pérdida sufrida por el acree-
thereon before and after maturity until paid, losses sustained by the—————————

dor hipotecario como asegurador del pagaré, contribuciones, prima de seguro o cual-
mortgagee as insurer of the note, taxes, insurance premiums, and————————————

quier otro desembolso o adelanto por el acreedor hipotecario por cuenta del deudor
other disbursements and advances by the mortgagee for the mortgagor's account——————

hipotecario con sus intereses hasta que sean pagados al acreedor hipotecario, costas,
with interest until repaid to the mortgagee, costs, expenses and————————————

gastos y honorarios de abogado del acreedor hipotecario, toda extensión o reno-
attorney's fees of the mortgagee all extensions and renewals of any of—————————

vación de dichas obligaciones con intereses sobre todas y todo otro cargo o suma
said obligations, with interest on all and all other charges and additional——————

adicional especificada en el párrafo NOVENO de este documento.——————————
amounts as specified in paragraph NINTH hereof.————————————————————

SEXTO: El deudor hipotecario expresamente conviene lo siguiente:——————————
SIXTH: That the mortgagor specifically agrees as follows:————————————————

(Uno) Pagar al acreedor hipotecario prontamente a su vencimiento cualquier deuda
(One) To pay promptly when due any indebtedness——————————————————

- 4 -

Forma FmHA 1927-1(S) PR
(Rev. 6-93)

aquí garantizada e indemnizar y conservar libre de pérdida al acreedor hipotecario
to the mortgagee hereby secured and to indemnify and save harmless the mortgagee against any

bajo el seguro del pago del pagaré por incumplimiento del deudor hipotecario.
loss under its insurance of payment of the note by reason of any default by the mortgagor.————

En todo tiempo cuando el pagaré sea poseído por el prestamista asegurado, el
At all times when the note is held by an insured lender, the————

deudor hipotecario continuará haciendo los pagos contra dicho pagaré al acreedor
mortgagor shall continue to make payments on the note to the mortgagee,————

hipotecario como agente cobrador del tenedor del mismo.——————————
as collection agent for the holder.

(Dos) A pagar al acreedor hipotecario una cuota inicial por inspección y tasación
(Two) To pay to the Mortgagee any initial fees for inspection and appraisal

y cualquier cargo por delincuencia requerido en el presente o en el futuro por los
and any delinquency charges, now or hereafter required by————

reglamentos de la Administración de Hogares de Agricultores.——————————
regulations of the Farmer's Home Administration.

(Tres) En todo tiempo cuando el pagaré sea poseído por un prestamista asegu-
(Three) At all times when the note is held by an insured lender,————

rado, cualquier suma adeudada y no pagada bajo los términos del pagaré, menos
any amount due and unpaid under the terms of the note, less

la cantidad o carga anual, podrá ser pagada por el acreedor hipotecario al tenedor
the amount of the annual charge, may be paid by the mortgagee to the holder

del pagaré bajo los términos provistos en el pagaré y en el endoso de seguro referido
of the note to the extent provided in the insurance endorsement

en el párrafo CUARTO anterior por cuenta del deudor hipotecario.——————————
referred to in paragraph FOURTH hereof for the account of the mortgagor.

Cualquier suma vencida y no pagada bajo los términos del pagaré, sea éste poseído
Any amount due and unpaid under the terms of the note, whether it is held——

por el acreedor hipotecario o por el prestamista asegurado, podrá ser acreditada
by the mortgagee or by an insured lender, may be credited——

por el acreedor hipotecario al pagaré y en su consecuencia constituirá un adelanto
by the mortgagee on the note and thereupon shall constitute an advance——

por el acreedor hipotecario por cuenta del deudor hipotecario.——————————
by the mortgagee for the account of the mortgagor.

Cualquier adelanto por el acreedor hipotecario tal como se describe en este sub-
Any advance by the mortgagee as described in this——————————

párrafo devengará intereses a razón del    TRES PUNTO SETENTA Y CINCO——
subparagraph shall bear interest at the rate of

por ciento  ( 3.75 %)
per cent    (      %)

anual a partir de la fecha en que venció el pago hasta la fecha en que el deudor
per annum from the date on which the amount of the advance was due to the date of payment

hipotecario lo satisfaga.——————————————————————
to the mortgagee.

(Cuatro) Fuere o no el pagaré asegurado por el acreedor hipotecario, cualquier
(Four) Whether or not the note is insured by the mortgagee, any——————

o todo adelanto hecho por el acreedor hipotecario para prima de seguro, repa-
and all amount advanced by the mortgagee for property insurance premiums, repairs,——

raciones, gravámenes u otra reclamación en protección de los bienes hipoteca-
liens and other claims, for the protection of the mortgaged property,——————

dos o para contribuciones o impuestos u otro gasto similar por razón de haber
or for taxes or assessments or other similar charges by reason of the——





- 5 -

el deudor hipotecario dejado de pagar por los mismos, devengará intereses a razón
mortgagor's failure to pay the same, shall bear interest at the rate————————

del tipo estipulado en el subpárrafo anterior desde la fecha de dichos adelantos
stated in the next preceding subparagraph from the date of the advance————————

hasta que los mismos sean satisfechos por el deudor hipotecario.————————
until repaid to the mortgagee.————————

(Cinco) Todo adelanto hecho por el acreedor hipotecario descrito en esta hipo-
(Five) All advances made by mortgagee as described in this mortgage,————

teca con sus intereses vencerá inmediatamente y será pagadero por el deudor hipo-
with interest, shall be immediately due and payable by the mortgagor————

tecario al acreedor hipotecario sin necesidad de requerimiento alguno en el sitio
to mortgagee without demand at the————————

designado en el pagaré y será garantizado por la presente hipoteca. Ningún adelanto
place designated in the note and shall be guaranteed hereby. No such advance————

hecho por el acreedor hipotecario no relevará al deudor hipotecario de su obligación
by mortgagee shall relieve the mortgagor from breach of his covenant————————

del convenio de pagar. Dichos adelantos, con sus intereses, se reembolsarán de los
to pay. Such advances, with interest shall be repaid from the————————

primeros pagos recibidos del deudor hipotecario. Si no hubieren adelantos, todo
first available collections received from mortgagor. Otherwise, any payments————

pago verificado por el deudor hipotecario podrá ser aplicado al pagaré o a cualquier
payment made by mortgagor may be applied on the note or any————————

otra deuda del deudor hipotecario aquí garantizada en el orden que el acreedor
indebtedness to mortgagee secured hereby, in any order mortgagee————————

hipotecario determinare.————————
determines.————————

(Seis) Usar el importe del préstamo evidenciado por el pagaré únicamente para
(Six) To use the loan evidenced by the note solely————————

los propósitos autorizados por el acreedor hipotecario.————————
for purposes authorized by mortgagee.————————

(Siete) A pagar a su vencimiento las contribuciones, impuestos especiales, gravá-
(Seven) To pay when due all taxes, special assessments, liens————————

menes y cargas que graven los bienes o los derechos o intereses del deudor hipo-
and charges encumbering the property or the right or interest of mortgagee————————

tecario bajo los términos de esta hipoteca.————————
under the terms of this mortgage.————————

(Ocho) Obtener y mantener seguro contra incendio y otros riesgos según requie-
(Eight) To procure and maintain insurance against fire and other hazards as required————

ra el acreedor hipotecario sobre los edificios y las mejoras existentes en los bie-
by mortgagee on all existing buildings and improvements on the pro-

nes o cualquier otra mejora introducida en el futuro. El seguro contra fuego y
perty and on any buildings and improvements put there on in the future. The insurance against

otros riesgos serán en la forma y por las cantiades, términos y condiciones que
fire and other hazards will be in the form and amount and on terms and conditions————

aprobare el acreedor hipotecario.————————
approved by mortgagee.————————

(Nueve) Conservar los bienes en buenas condicionés y prontamente verificar las
(Nine) To keep the property in good condition and promptly make all-————————

reparaciones necesarias para la conservación de los bienes; no cometerá ni per-
necessary repairs for the conservation of the property; he will not commit nor————

mitirá que se cometa ningún deterioro de los bienes; ni removerá ni demolerá
permit to be committed any deterioration of the property; he will not remove nor demolish




- 6 -

Forma FmHA 1927-1(S) PR
(Rev. 6-93)

ningún edificio o mejora en los bienes, ni cortará ni removerá madera de la finca,
any building or improvement on the property; nor will he cut or remove wood from the farm

ni removerá ni permitirá que se renueva grava, arena, aceite, gas, carbón u otros
nor remove nor permit to be removed gravel, sand, oil, gas, coal, or other————————

minerales sin el consentimiento del acreedor hipotecario y prontamente llevará
minerals without the consent of mortgagee, and will promptly carry out——————————

a efecto las reparaciones en los bienes que el acreedor hipotecario requiera de tiempo
the repairs on the property that the mortgagee may request from time——————————

en tiempo. El deudor hipotecario cumplirá con aquellas prácticas de conservación
to time. Mortgagor shall comply with such farm conservation practices——————————

de suelo y los planes de la finca y del hogar que el acreedor hipotecario de tiempo en
and farm and home management plans as mortgagee from time to————————————

tiempo pueda prescribir.————————————————————————————————
time may prescribe.————

(Diez) Si esta hipoteca se otorga para un préstamo a dueño de finca según se iden-
(Ten) If this mortgage is given for a loan to a farm owner as identified——————————

tifica en los reglamentos de la Administración de Hogares de Agricultores, el deudor
in the regulations of the Farmers Home Administration, mortgagor——————————————

hipotecario personalmente operará los bienes por sí y por medio de su familia como
will personally operate the property with his own and his family labor as a farm and for no other

una finca y para ningún otro propósito y no arrendará la finca ni parte de ella a
purpose and will not lease the farm or any part of it——————————

menos que el acreedor hipotecario consienta por escrito en otro método de opera-
unless mortgagee agrees in writing to any other method of operation—————————————

ción o al arrendamiento.————————————————————————————————
or lease.————

(Once) Someterá en la forma y manera que el acreedor hipotecario requiera la
(Eleven) To submit in the form and manner mortgagee may require,——————————————

información de sus ingresos y gastos y cualquier otra información relacionada con
information as to his income and expenses and any other information in regard to the————

la operación de los bienes y cumplirá con todas las leyes, ordenanzas y reglamentos
operation of the property, and to comply with all laws, ordinances, and regulations————————

que afecten los bienes o su uso.———————————————————————————————
affecting the property or its use.————

(Doce) El acreedor hipotecario, sus agentes y abogados, tendrán en todo tiempo el
(Twelve) Mortgagee, its agents and attorneys, shall have the right at all reasonable times——————

derecho de inspeccionar y examinar los bienes con el fin de determinar si la garantía
to inspect and examine the property for the purpose of ascertaining whether or not——————

otorgada está siendo mermada o deteriorada y si dicho examen o inspección deter-
the security given is being lessened or impaired, and if such inspection or examination shall————

minare, a juicio del acreedor hipotecario, que la garantía otorgada está siendo mer-
disclose, in the judgment of mortgagee, that the security given is being lessened——————————

mada o deteriorada, tal condición se considerará como una violación por parte del
or impaired, such condition shall be deemed a breach by the——————————

deudor hipotecario de los convenios de esta hipoteca.——————————————————————
mortgagor of the covenants of this mortgage.————

(Trece) Si cualquier otra persona detentare con o impugnare el derecho de posesión
(Thirteen) If any other person interferes with or contests the right of possession——————————

del deudor hipotecario a los bienes, el deudor hipotecario inmediatamente notificará
of the mortgagor to the property, the mortgagor will immediately notify——————————

al acreedor hipotecario de dicha acción y el acreedor hipotecario, a su opción,
mortgagee of such action, and mortgagee at its option——————————





- 7 -

podrá instituir aquellos procedimientos que fueren necesarios en defensa de sus
may institute the necessary proceedings in defense of its

intereses y los gastos y desembolsos incurrido por el acreedor hipotecario en dichos
interest, and any costs or expenditures incurred by mortgagee by said

procedimientos, serán cargados a la deuda del deudor hipotecario y se considerarán
proceedings will be charged to the mortgage debt and considered

garantizados por esta hipoteca dentro del crédito adicional de la cláusula hipotecaria
by this mortgage within the additional credit of the mortgage clause————————————

para adelantos, gastos y otros pagos.————————————————
for advances, expenditures and other payments.————————————

(Catorce) Si el deudor hipotecario en cualquier tiempo mientras estuviere vigente
(Fourteen) If the mortgagor at any time while this mortgage remains in effect

esta hipoteca, abandonare los bienes o voluntariamente se los entregase al acree-
should abandon the property or voluntarily deliver it to mortgagee,————————

dor hipotecario, el acreedor hipotecario es por la presente autorizado y con pode-
mortgagee is hereby authorized and empowered————————————————

res para tomar posesión de los bienes, arrendarlos y administrar los bienes y cobrar
to take possession of the property, to rent and administer the same and collect————

sus rentas, beneficios e ingresos de los mismos y aplicarlos en primer término a los
the rents, benefits, and income from the same and apply them first to the————————

gastos de cobro y administración y en segundo término al pago de la deuda eviden-
costs of collection and administration and secondly to the payment of the debt evidenced————

ciada por el pagaré o cualquier otra deuda del deudor hipotecario y aquí garantizada,
by the note or any indebtedness to mortgagee hereby guaranteed.————————————

en el orden y manera que el acreedor hipotecario determinare.————————————
in what ever order and manner mortgagee may determine.————————————

(Quince) En cualquier tiempo que el acreedor hipotecario determinare que el deudor
(Fifteen) At any time that mortgagee determines that mortgagor————————————

hipotecario puede obtener un préstamo de una asociación de crédito para produc-
may be able to obtain a loan from a credit association for production————————————

ción, de un Banco Federal u otra fuente responsable, cooperativa o privada, a un
a Federal Bank or other responsible source, cooperative or private, at a————————

tipo de interés y términos razonables para préstamos por tiempo y propósitos
rate of interest and reasonable periods of time and purposes,————————————

similares, el deudor hipotecario, a requerimiento del acreedor hipotecario, solicitará
mortgagor, at mortgagee's request will apply for and accept————————————

y aceptará dicho préstamo en cantidad suficiente para pagar por las acciones nece-
said loan in sufficient amount to pay the note and any other indebtedness secured hereby and to

sarias en la agencia cooperativa en relación con dicho préstamo.————————————
purchase any necessary shares of stock in the cooperative agency in regard to said loan.————

(Dieciseis) El incumplimiento de cualesquiera de las obligaciones garantizadas
(Sixteen) Should default occur in the performance or discharge of any obligation secured————

por esta hipoteca, o si el deudor hipotecario o cualquier otra persona incluida como
by this mortgage, or should mortgagor, or any one of the persons herein called————

deudor hipotecario faltare en el pago de cualquier cantidad o violare o no cumpliere
mortgagor, default in the payment of any amounts or violate or fail to comply————

con cualquier cláusula, condición, estipulación o convenio o acuerdo aquí contenido
with any clause, condition, stipulation, covenant, or agreement contained herein,————

o en cualquier convenio suplementario, o falleciere o se declarare o fuere declarado
or in any supplementary agreement, or die or be declared an————————————

incompetente, en quiebra, insolvente o hiciere una cesión en beneficio de sus acree-
incompetent, a bankrupt, or an insolvent, or make an assignment for the benefit of————

- 8 -

Forma FmHA 1927-1(S) PR
(Rev. 6-93)

dores, o los bienes o parte de ellos o cualquier interés en los mismos fueren cedidos,
creditors, or should the property or any part thereof or interest therein be assigned,———————

vendidos, arrendados, transferidos o gravados voluntariamente o de otro modo,
sold, leased, transferred, conveyed, or encumbered, voluntarily or otherwise,——————————

sin el consentimiento por escrito del acreedor hipotecario, el acreedor hipotecario es
without the written consent of mortgage, mortgagee is——————————————————

irrevocablemente autorizado y con poderes, a su opción y sin notificación: (Uno) a
irrevocably authorized and empowered, at its option, and without notice: (One) to————

declarar toda deuda no pagada bajo los términos del pagaré o cualquier otra deuda
declare all amounts unpaid under the note, and any indebtedness————————————————

al acreedor hipotecario aquí garantizada, inmediatamente vencida y pagadera y
to the mortgagee secured hereby, immediately due and payable and————————————

proceder a su ejecución de acuerdo con la ley y los términos de la misma; (Dos)
to foreclose this mortgage in accordance with law and the provisions hereof; (Two)——————

incurrir y pagar los gastos razonables para la reparación o mantenimiento de los
to incur and pay reasonable expenses for the repair and maintenance of the——————

bienes y cualquier gasto u obligación que el deudor hipotecario no pagó según se
property and any expenses and obligations that mortgagor did not pay as ——————————

conviniere en esta hipoteca, incluyendo las contribuciones, impuestos, prima de
agreed in this mortgage, including taxes, assessments, insurance premium,————————

seguro y cualquier otro pago o gasto para la protección y conservación de los bienes
and any other expenses or costs for the protection and preservation of the property————

y de esta hipoteca o incumplimiento de cualquier precepto de esta hipoteca y (Tres)
and this mortgage, or for compliance with any of the provisions of this mortgage; and (Three)

de solicitar la protección de la ley.————————————————————————
request the protection of the law.————————————

(Diecisiete) El deudor hipotecario pagará o reembolsará al acreedor hipotecario
(Seventeen) Mortgagor will pay, or reimburse mortgagee———————————————

todos los gastos necesarios para el fiel cumplimiento de los convenios y acuerdos
for all necessary expenses for the fulfilment of the covenants and agreements————————

de esta hipoteca, los del pagaré y en cualquier otro convenio suplementario, in-
of this mortgage and of the note and of any supplementary agreement, including——————

cluyendo los gastos de mensura, evidencia de título, costas, inscripción y hono-
the costs of survey, evidence of title, court costs, recordation fee and————————

rarios de abogado.——————————————————————————
attorney's fees.————————

(Dieciocho) Sin afectar en forma alguna los derechos del acreedor a requerir y
(Eighteen) Without in any manner affecting the right of the mortgagee to require and——————

hacer cumplir en una fecha subsiguiente a los mismos los convenios, acuerdos u
enforce performance at a subsequent date of the same, similar or other covenant, agreement

obligaciones aquí contenidos o similares u otros convenios, y sin afectar la respon-
obligation herein set forth, and without affecting the liability————————————————

sabilidad de cualquier persona para el pago del pagaré o cualquier otra deuda aquí
of any person for payment of the note or any indebtedness ————————————————

garantizada y sin afectar el gravamen impuesto sobre los bienes o la prioridad del
secured hereby, and without affecting the lien created upon said property or the priority of

gravamen, el acreedor hipotecario es por la presente autorizado y con poder en
said lien, the mortgagee is hereby authorized and empowered at————————————

cualquier tiempo (Uno) renunciar el cumplimiento de cualquier convenio u obli-
any time (one) waive the performance of any covenant or obligation ——————————

gación aquí contenida o en el pagaré o en cualquier convenio suplementario (Dos)
contained herein or in the note or any supplementary agreement; (two)——————————

- 9 -





negociar con el deudor hipotecario o conceder al deudor hipotecario cualquier
deal in any way with mortgagor or grant to mortgagor any

indulgencia o tolerancia o extensión de tiempo para el pago del pagaré (con el
indulgence or forbearance or extension of the time for payment of the note (with the

consentimiento del tenedor de dicho pagaré cuando esté en manos de un presta-
consent of the holder of the note when it is held by

mista asegurado) o para el pago de cualquier deuda a favor del acreedor hipoteca-
an insured lender) or for payment of any indebtedness to mortgagee

rio, y aquí garantizada; o (Tres) otorgar y entregar cancelaciones parciales de cual-
hereby secured; or (three) execute and deliver partial releases of any

quier parte de los bienes de la hipoteca aquí constituída u otorgar diferimiento o
part of said property from the lien hereby created or grant deferment or

postergación de esta hipoteca a favor de cualquier otro gravámen constituído sobre
postponement of this mortgage to any other lien over

dichos bienes.
said property.

(Diecinueve) Todos los derechos, título e interés en y sobre la presente hipoteca,
(Nineteen) All right, title and interest in or to this mortgage,

incluyendo pero no limitando el poder de otorgar consentimientos, cancelaciones
including but not limited to the power to grant consents, partial releases,

parciales, subordinación, cancelación total, radica sola y exclusivamente en el
subordinations, and satisfaction, shall be vested solely and exclusively in

acreedor hipotecario y ningún prestamista asegurado tendrá derecho, título o in-
mortgagee, and no insured lender shall have any right, title or interest

terés alguno en o sobre el gravámen y los beneficios aquí contenidos.
in or to the lien or any benefits herein contained.

(Veinte) El incumplimiento de esta hipoteca constituirá incumplimiento de cuales-
(Twenty) Default hereunder shall constitute default under any

quiera otra hipoteca, préstamo refaccionario, o hipoteca de bienes muebles poseída
other real estate or crop or chattel mortgage held

o asegurada por el acreedor hipotecario y otorgada o asumida por el deudor hipo-
or insured by mortgagee and executed or assumed by mortgagor,

tecario; y el incumplimiento de cualesquiera de dichos instrumentos de garantía
and default under any such other security instrument shall

constituirá incumplimiento de esta hipoteca.
constitute default hereunder.

(Veintiuno) Todo aviso que haya de darse bajo los términos de esta hipoteca será
(Twenty-One) All notices to be given under this mortgage shall

remitido por correo certificado a menos que se disponga lo contrario por ley, y
be sent by certified mail unless otherwise required by law,

será dirigido hasta tanto otra dirección sea designada en un aviso dado al efecto,
and shall be addressed until some other address is designated in a notice so given,

en el caso del acreedor hipotecario a Administración de Hogares de Agricultores,
in the case of mortgagee to Farmers Home Administration,

Departamento de Agricultura de Estados Unidos, San Juan, Puerto Rico, y en el
United States Department of Agriculture, San Juan, Puerto Rico, and in the

caso del deudor hipotecario, a él a la dirección postal de su residencia según se
case of mortgagor to him at the post office address of his residence as stated

especifica más adelante.
hereinafter.

(Veintidos) El deudor hipotecario por la presente cede al acreedor hipotecario
(Twenty-Two) Mortgagor by these presents grants to mortgagee

- 10 -

Forma FmHA 1927-1(S) PR
(Rev. 6-93)

el importe de cualquier sentencia obtenido por expropiación forzosa para uso
the amount of any judgment obtained by reason of condemnation proceedings for public

público de los bienes o parte de ellos así como también el importe de la sentencia
use of the property or any part thereof as well as the amount of any judgment

por daños causados a los bienes. El acreedor hipotecario aplicará el importe así
for damages caused to the property. The mortgagee will apply the amount so

recibido al pago de los gastos en que incurriere en su cobro y el balance al pago del
received to the payment of costs incurred in its collection and the balance to the payment

pagaré y cualquier cantidad adeudada al acreedor hipotecario garantizada por esta
of the note and any indebtedness to the mortgagee secured by this

hipoteca, y si hubiere algún sobrante, se reembolsará al deudor hipotecario.
mortgage, and if any amount then remains, will pay such amount to mortgagor.

SEPTIMO: Para que sirva de tipo a la primera subasta que deberá celebrarse en caso
SEVENTH: That for that sale to be held in case

de ejecución de esta hipoteca, de conformidad con la ley hipotecaria, según enmen-
of foreclosure of this mortgage, in conformity with the mortgage law, as amended,

dada, el deudor hipotecario por la presente tasa los bienes hipotecados en la suma
mortgagor does hereby appraise the mortgaged property in the amount

de CIENTO CINCUENTA Y UN MIL CUATORCIENTOS OCHENTA
of DOLARES ($151,480.00); la finca "A" en la suma de
CIENTO CUARENTA Y UN MIL CUATROCIENTOS OCHENTA DOLA-
RES Y LA FINCA "B" EN DIEZ MIL DOLARES.

OCTAVO: El deudor hipotecario por la presente renuncia al trámite de requeri-
EIGHTH: Mortgagor hereby waives the requirement of law and agrees to be

miento y se considerará en mora sin necesidad de notificación alguna por parte
considered in default without the necessity of any notification of default or demand for pay-

del acreedor hipotecario. Esta hipoteca está sujeta a los reglamentos de la Ad-
ment on the part of mortgagee. This mortgage is subject to the rules and regulations of the

ministración de Hogares de Agricultores ahora en vigor y a futuros reglamentos,
Farmers Home Administration now in effect, and to its future regulations

no inconsistentes con los términos de esta hipoteca, así como también sujeta a
not inconsistent with the provisions of this mortgage, as well as to the

las leyes del Congreso de Estados Unidos de America que autorizan la asignación
laws of the Congress of the United States of America authorizing the making and

y aseguramiento del préstamo antes mencionado.
insuring of the loan herein, fore mentioned.

NOVENO: Las cantidades garantizadas por esta hipoteca son las siguientes:
NINTH: The amounts guaranteed by this mortgage are as follows:

Una. En todo tiempo cuando el pagaré relacionado en el párrafo TERCERO de
One. At all times when the note mentioned in paragraph THIRD of

esta hipoteca sea poseído por el acreedor hipotecario o en caso que el acreedor
this mortgage is held by mortgagee, or in the event mortgagee

hipotecario cediere esta hipoteca sin asegurar el pagaré CIENTO CINCUENTA Y
should assign this mortgage without insurance of the note,

UN MIL CUATROCIENTOS OCHENTA------DOLARES ($ 151,480.00
DOLLARS ($

el principal de dicho pagaré, con sus intereses según estipulados a razón del
the principal amount of said note, together with interest as stipulated therein at the rate of

TRES PUNTO SETENTA Y CINCO     por ciento ( 3.75----o/o) anual;
                                per cent ( 3.75----o/o) per annum;

- 11 -




Dos. En todo tiempo cuando el pagaré es poseído por un prestamista asegurado:
Two. At all times when said note is held by an insured lender:

(A) CIENTO CINCUENTA Y UN MIL CUATROCIENTOS OCHENTA----

----------------------------------DOLARES ($ 151,480.00)-
DOLLARS ($

para indemnizar al acreedor hipotecario por adelantos al prestamista asegurado
for indemnifying the mortgagee for advances to the insured lender--------------------

por motivo del incumplimiento del deudor hipotecario de pagar los plazos según
by reason of mortgagor's failure to pay the installments as--------------------

se especifica en el pagaré, con intereses según se especifica en el párrafo SEXTO,
specified in the note, with interest as stated in paragraph SIXTH,----------------

Tercero;------------------------------------------------
Three:------------------------------------------------

(B) DOSCIENTOS VEINTISIETE MIL DOSCIENTOS VEINTE------

----------------------------DOLARES ($ 227,220.00)
DOLLARS ($

para indemnizar al acreedor hipotecario además contra cualquier pérdida que pueda
for indemnifying the mortgagee further against any loss it might----------------

sufrir bajo su seguro de pago del pagaré.-----------------------
sustain under its insurance of payment of the note;----------------

Tres. En cualquier caso y en todo tiempo;--------------------
Three. In any event and at all times whatsoever:--------------

(A) SESENTA MIL QUINIENTOS NOVENTA Y DOS DOLARES------

($ 60,592.00----- ) para intereses después de mora:-----------------
($                ) for default interest--------------

(B) TREINTA MIL DOSCIENTOS NOVENTA Y SEIS DOLARES------

($30,296.00----- ) para contribuciones, seguro y otros adelantos para la con-
($               ) for taxes, insurance and other advances for the preservation------

servación y protección de esta hipoteca, con intereses al tipo estipulado en el párrafo
and protection of this mortgage, with interest at the rate stated in paragraph----------

SEXTO, Tercero;-----------------------------------------
SIXTH, Three;-----------------------------------------

(C) QUINCE MIL CIENTO CUARENTA Y OCHO DOLARES---------

($ 15,148.00----- ) para costas, gastos y honorarios de abogado en caso
($               ) for costs, expenses and attorney's fees in case----- -------

de ejecución;-----------------------------------------
of foreclosure:-----------------------------------------

(D) QUINCE MIL CIENTO CUARENTA Y OCHO DOLARES----------

($ 15,148.00----- ) para costas y gastos que incurriere el acreedor hipoteca-
($               ) for costs and expenditures incurred by the mortgagee in----------

rio en procedimientos para defender sus intereses contra cualquier persona que inter-
proceedings to defend its interests against any other person interfering with----

venga o impugne el derecho de posesión del deudor hipotecario a los bienes según
or contesting the right of possession of mortgagor to the property as--------------

se consigna en el párrafo SEXTO, Trece.---------------------
provided in paragraph (SIXTH, Thirteen.--------------------



Forma FmHA 1927-1(S) PR
(Rev. 6-93)





**DECIMO:** Que el (los) pagaré(s) a que se hace referencia en el párrafo TERCERO
TENTH: That the note(s) referred to in paragraph THIRD——————————

de esta hipoteca es (son) descrito(s) como sigue:——————————————
of this mortgage is(are) described as follows:——————————————

"Pagaré otorgado en el caso número SESENTA Y TRES GUION DIECINUEVE
"Promissory note executed in case number

GUION CINCO OCHENTA SETENTA Y SEIS TREINTA TREINTA Y——

SEIS (63-19-580763036)——————————— fechado el día ————————
dated the

veintiseis (26) de   julio————————— de mil novecientos————————
day of                                           nineteen hundred and

noventa y siete (1997)—— por la suma de CIENTO CINCUENTA Y UN
in the amount of

MIL CUATORCIENTOS OCHENTA—————————— dólares de principal más
of principal plus

intereses sobre el balance del principal adeudado a razón del ————————
interest over the unpaid balance at the rate of

TRES PUNTO SETENTA Y CINCO——— { 3.75—————) por ciento anual,
                                                                   ) percent per annum,

hasta tanto su principal sea totalmente satisfecho según los términos, plazos, condi-
until the principal is totally paid according to the terms, installments,

ciones y estipulaciones contenida en dicho pagaré y según acordados y convenidos
conditions and stipulation contained in the promissory note and as agreed

entre el Prestatario y el Gobierno; excepto el pago final del total de la deuda aquí
between the borrower and the Government, except that the final installment of the

representada, de no haber sido satisfecho con anterioridad, vencerá y será pagadero
entire debt herein evidenced, if not sooner paid, will be due

a los      VEINTE (20) años.——————————————————
and payable

años de la fecha de este pagaré.————————————————
years from the date of this promissory note.

Dicho pagaré ha sido otorgado como evidencia de un préstamo concedido por el
Said promissory note is given as evidence of a loan made by the

Gobierno al Prestatario de conformidad con la Ley del Congreso de los Estados
Government to the borrower pursuant to the law of the Congress of the United

Unidos de América denominada "Consolidated Farm and Rural Development Act
States of America known as "Consolidated Farm and Rural Development Act

1961" o de conformidad con el "Title V of the Housing Act of 1949", según
1961" or pursuant to "Title V of the Housing Act of 1949, as

han sido enmendadas y está sujeto a los présentes reglamentos de la Administración
amended, and is subject to the present regulations of the Farmers

de Hogares de Agricultores y a los futuros reglamentos no inconsistentes con dicha
Home Administration and to its future regulations not inconsistent with the

Ley. De cuya descripción, yo, el Notario Autorizante, DOY FE.————————
express provision thereof. Of which description I, the authorizing Notary, GIVE FAITH.——

**UNDECIMO:** Que la propiedad objeto de la presente escritura y sobre la que se
ELEVENTH: That the property object of this deed and over which

constituye Hipoteca Voluntaria, se describe como sigue:————————
voluntary mortgage is constituted, is described as follows:——————

- 13 -



A) RUSTICA:  Sita en el Barrio Calabazas de San Sebas----
tian, Puerto Rico, con una cabida de NOVENTA Y CUATRO---
PUNTO SEIS MIL QUINIENTOS OCHENTA CUERDAS (94.6580 cds.)
equivalentes a treinta y siete hectareas, veinte areas,--
cuarenta y tres centiareas y ochenta miliareas, en lin--
des al NORTE, con Jose Figueroa y Rio Culebrinas; al SUR
camino municipal, parcela segregada de Agustin Martir;al
ESTE, Rio Culebrinas, un caño y parcela segregada de----
Agustin Martir y al OESTE, con Maria Luisa Martir, Suce-
sion de Evangelista Ramos y Jose Figueroa.--------------
Contiene una casa de vivienda y otra dedicada a almacen.

--Inscrita al folio doscientos noventa y uno, del tomo--
doscientos sesenta y dos de San Sebastian, FINCA NUMERO-
SEIS MIL CUATROCIENTOS DOCE (6,412).-------------------
B) RUSTICA: Sita en el Barrio Calabazas de San Sebastian
Puerto Rico, con una cabida de QUINIENTOS SETENTA Y TRES
PUNTO CUARENTA Y UN METROS CUADRADOS, en lindes al NORTE
con remanente de la finca principal; al SUR, Carretera--
Cuatro Treinta y Cinco; al ESTE, Antonio Vargas y al----
OESTE, remanente de la finca principal.----------------
---Inscrita al folio doscientos treinta y nueve del tomo
ciento ochenta de San Sebastian, FINCA NUMERO SIETE MIL
CUATROCIENTOS SESENTA (7,460).-------------------------

**Adquirió el prestatario la descrita finca por**
Borrower acquired the described property by          compra a Isidoro Crespo
Ramos y esposa y la finca "A" y la "B" por compra a Juan
Guzman Rivera y esposa

**según consta de la Escritura Número**
pursuant to Deed Number          Doscientos Veinte (220) y-----
Doscientos Noventa y Seis (296), respectivamente-------
**de fecha**
dated          catorce de diciembre de mil novecientos ochenta y
tres y cuatro de diciembre de mil novecientos setenta,-
respectivamente.---------------------------------------

**otorgada en la ciudad de**
executed in the city of          San Sebastian, Puerto Rico-----------

**ante el Notario**
before Notary          Gerardo Perez Echevarria y Jose M. Cruz-----
Vargas, respectivamente--------------------------------
**Dicha propiedad se encuentra**
Said property is          afecta a varias hipotecas a favor----
todas de Estados Unidos de America.-------------------

**DUODECIMO:** Que comparecen en la presente escritura como Deudores Hipote-
**TWELFTH:** The parties appearing in the present deed as Mortgagors ----------

**carios**
are          DON JUAN EDWIN GUZMAN SOTO, conocido por JUAN----
GUZMAN SOTO, Seguro Social Numero: ████████ y DOÑA--
JULIA MIRTA ROMAN TORRES, Seguro Social Numero:------
████████, mayores de edad, casados entre si, propie-
tarios y vecinos de San Sebastian, Puerto Rico,--------

**cuya dirección postal es:**
whose postal address is:          HC 04 Buzon 14134, San Sebastian,----

Puerto Rico 00685-------------------------------------

**DECIMO TERCERO:** El importe del préstamo aquí consignado se usó ó será usado
**THIRTEENTH:** The proceeds of the loan herein guaranteed was used or will be used----------

14

Forma FmHA 1927-1(S) PR
(Rev. 6-93)



para fines agrícolas y la construcción y/o reparación y/o mejoras de las instalaciones
for agricultural purposes and the construction and/or repair or improvement of the physical----

físicas en la finca(s) descrita(s).--------------------------------------------------------
installations on the described farm(s).--------

DECIMO CUARTO: El prestatario ocupará personalmente y usará cualquier estruc-
FOURTEENTH: The borrower will personally occupy and use any structure-----------

tura que haya sido construída, mejorada o comprada con el importe del préstamo
constructed, improved or purchased with the proceeds of the loan----------------------

aquí garantizado y no arrendará o usará para otros fines dicha estructura a menos
herein guaranteed and shall not lease or use for other purposes said structure unless---------

que el Gobierno lo consienta por escrito. La violación de esta clausula como la
the Government so consents in writing. Violation of this clause as well as---------------

violación de cualquiera otro convenio o cláusula aquí contenida ocasionará el
violation of any other agreement or clause herein contained will cause--------------------

vencimiento de la obligación como si todo el término hubiese transcurrido y en
the debt to become due as if the whole term had elapsed and the----------------------

aptitud el Gobierno de declarar vencido o pagadero el préstamo y proceder a la
Government at its option may declare due and payable the loan and proceed to----------

ejecución de la hipoteca.--------------------------------------------------------------
the foreclosure of the mortgage.-----

DECIMO QUINTO: Esta hipoteca se extiende expresamente a toda construcción
FIFTEENTH: This mortgage expresly extends to all construction----------------------

o edificación existente en la(s) finca(s) antes descrita(s) y a toda mejora, construc-
or building existing on the farm(s) hereinbefore described and all improvement,--------

ción o edificación que se construya en dicha finca(s) durante la vigencia del prés-
construction or building constructed on said farm(s) while the-----------------------

tamo hipotecario constituido a favor del Gobierno, verificada por los actuales
mortgage loan constituted in favor of the Government is in effect, made by the present-

dueños deudores o por sus cesionarios o causahabientes.--------------------------------
owners or by their assignees or successors.-----

DECIMO SEXTO: El deudor hipotecario por la presente renuncia mancomunada
SIXTEENTH: The mortgagor by these presents hereby waives jointly and-------------



y solidariamente por sí y a nombre de sus herederos causahabientes, sucesores o
severally for himself and on behalf of his heirs, assignees, successors or--------------

representantes a favor del acreedor (ADministración de Hogares de Agricultores),
representatives, in favor of mortgagee (Farmers Home Administration)---------------

cualquier derecho de Hogar Seguro (Homestead) que en el present o en el futuro
any Homestead right (Homestead) that presently or in the future ------------------

pudiera tener en la propiedad descrita en el párrafo undécimo y en los edificios
he may have in the property described in paragraph eleventh and in the buildings-------

allí enclavados o que en el futuro fueran construídos; renuncia esta permitida
thereon or which in the future may be constructed; this waiver being permitted--------

a favor de la Administración de Hogares de Agricultores por la Ley Número trece
in favor of the Farmers Home Administration by Law Number Thirteen---------------

(13) del veintiocho (28) de mayo de mil novecientos sesenta y nueve (1969) (31
(13) of the twenty-eights of May, nineteen hundred sixty-nine (1969) (31-----------

L.P.R.A. 1851)--------------------------------------------------------------------
L.P.R.A. 1851).-----

DECIMO SEPTIMO: El acreedor y el deudor hipotecario convienen en que cual
SEVENTEENTH: Mortgagee and mortgagor agree that any-------------------------

quier estufa, horno, calentador comprado o financiado total o parcialmente con
stove, oven, water heater, purchased or financed completely or partially with---------

- 15 -

fondos del préstamo aquí garantizado, se considerará e interpretará como parte
funds of the loan herein guaranteed, will be considered and understood to form part ———

de la propiedad gravada por esta Hipoteca.——— ————————————————
of the property encumbered by this Mortgage.——- ————————————————

DECI:IO OCTAVO: El deudor hipotecario se compromete y se obliga a mudarse
EIGHTEENTH: The mortgagor agrees and obligates himself to move—- ———————

y a ocupar la propiedad objeto de esta escritura dentro de los próximos sesenta
and occupy the property object of this deed within the following sixty ———————

días a partir de la fecha de la inspección final; y en caso de circunstancias impre-
days from the date of final inspection, and in the event of unforeseen circumstances————

vistas fuera del control del deudor hipotecario que le impidiera mudarse, éste lo
beyond his control which would impede him to do so, he will——————————————

notificará por escrito al Supervisor Local.————————————— ——— ———————
notify it in writing to the County Supervisor.————————— ————————————

DECIMO NOVENO: Toda mejora, construcción o edificación que se construya
NINETEENTH: All improvement, construction or building constructed—————

en dicha finca durante la vigencia antes mencionada deberá ser construída previa-
on said farm(s) during the term hereinbefore referred to, must be made with the previous————

autorización por escrito del acreedor hipotecario conforme a los reglamentos pre-
consent in writing of mortgagee in accordance with present regulations———————

sentes y aquellos futuros que se promulgaren de acuerdo a las leyes federales y
or future ones that may be promulgated pursuant to the federal and————————

locales no inconsistentes o incompatibles con las leyes actuales que gobiernan
local laws not inconsistent or incompatible with the present laws which govern————————

estos tipos de préstamos.————————————————————————————
these types of loans.————————————————

VIGESIMO: Este instrumento garantiza asímismo el rescate o recuperación de
TWENTIETH: This instrument also secures the recapture of——————— ——— —————

cualquier crédito por intereses o subsidio que pueda otorgarse a los prestatarios
any interest credit or subsidy which may be granted to the borrower(s) by the———————

por el Gobierno de acuerdo con las disposiciones del Título Cuarentidos del Código
Government pursuant to Forty-Two————————————————————

de Estados Unidos Sección Mil Cuatrocientos Noventa - a (42 U.S.C. 1490a)————
U.S.C. Fourteen Ninety-a (42 U.S.C. 1490a)——————————————————



Forma FmHA 1927-1(S)
(Rev. 6-93)



—————————————ACEPTACION—————————————
ACCEPTANCE

El (los) comparecientes ACEPTAN esta escritura en la forma redactada una vez
The appearing party (parties) ACCEPT(S) this deed in the manner drawn once————————

yo, el Notario autorizante, le (les) hice las advertencias legales pertinentes.————
I, the authorizing Notary, have made to him (them) the pertinent legal warnings.—————

Así lo dicen y otorgan ante mí, el Notario autorizante, el (los) compareciente(s)
So they say and execute before me, the authorizing Notary, the appearing party (parties)—————

sin requerir la presencia de testigos después de renunciar su derecho a ello del que
without demanding the presence of witnesses after waiving his (their) right to do so of which

le(s)   advertí.————————————————————————————————
I advised him (them).———————————————————————————————

Después de ser leída esta escritura por el (los) compareciente(s), se ratifica(n)
After this deed was read by the appearing party(parties) he (they) ratify its——————

en su contenido, pone(n) sus iniciales en cada uno de los fólios de esta escritura
contents, place(s) his (their) initials on each of the folios of this deed——————————

incluyendo el último y la firma(n) todos ante mí, el Notario autorizante, que DOY
including the last one, and all sign before me, the authorizing Notary who GIVES—————

FE de todo el contenido de esta escritura.——————————————————
FAITH to everything contained in this deed.——————————————————

17

Inscrito al:
Tomo: 319 y 302 de San Sebastián
Folio: 145 y 141
Finca: #7460 y 6412
Inscripción: 14ta, 20ta
Cargas: Hipotecas a favor de Estados Unidos
de América por $ 13500.00, $137,247.00,
$15,000.00 las cuales han sido reamortizadas,
$75,000.00 e hipoteca que mediante este documento
se constituye. Servidumbre a favor A.E.E y AA.A.
Hipoteca favor de E.U.A por $30,000. fca. 6412. San
Sebastián a 29 de agosto de 1997.

Derechos exentos:



Registrador

ESTADO LIBRE ASOCIADO DE PUERTO RICO
COMMONWEALTH OF PUERTO RICO

DEPARTAMENTO DE SALUD
(DEPARTMENT OF HEALTH)
REGISTRO DEMOGRÁFICO
(DEMOGRAPHIC REGISTRY)
CERTIFICACIÓN DE DEFUNCIÓN
(CERTIFICATION OF DEATH)

NUMERO

A210606

NUMERO DE CERTIFICADO (CERTIFICATE NUMBER)
152-2000-00124-010437-201416

NOMBRE DEL FALLECIDO (DECEASED NAME)
JUAN GUZMAN SOTO

SEGURO SOCIAL (SOCIAL SECURITY)          SEXO (SEX)
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                              M

ESTADO CIVIL (MARITAL STATUS)            NOMBRE CONYUGE (SPOUSE'S NAME)
CASADO (MARRIED)                         JULIA M ROMAN

FECHA DEFUNCION (DEATH DATE)             FECHA REGISTRO (REGISTRATION DATE)
29 MAY 2000                              30 MAY 2000

LUGAR DEFUNCION (DEATH PLACE)
MAYAGUEZ, PUERTO RICO

FUE EMBALSAMADO? (/WAS EMBALMED?)
SI FUE EMBALSAMADO (EMBALMED)

FECHA NACIMIENTO (BIRTH DATE)            EDAD (AGE)
14 ABR 1943                              57 AÑOS

LUGAR NACIMIENTO (BIRTH PLACE)
SAN SEBASTIAN, PUERTO RICO

NOMBRE DEL PADRE (FATHER'S NAME)         NOMBRE DE LA MADRE (MOTHER'S NAME)
JUAN GUZMAN                              LEONIDES SOTO

FECHA EXPEDICION (DATE ISSUED)
05 JUN 2000

ESTE ES UN ABSTRACTO DEL CERTIFICADO DE        THIS IS AN ABSTRACT OF THE RECORD
DEFUNCION OFICIALMENTE INSCRITO EN EL          FILED IN THE DEMOGRAPHIC REGISTRY OF
REGISTRO DEMOGRAFICO DE PUERTO RICO BAJO       PUERTO RICO, ISSUED UNDER THE
LA AUTORIDAD CONFERIDA POR LA LEY 24 DEL       AUTHORITY OF LAW 24, APRIL 22, 1931
22 DE ABRIL DE 1931

SECRETARIO DE SALUD
(SECRETARY OF HEALTH)

DIRECTOR REGISTRO DEMOGRAFICO
(STATE REGISTRAR)

DEPARTAMENTO DE SALUD
SALUD
GOBIERNO DE PUERTO RICO



Dando Salud... a tu Vida.
ADVERTENCIA: Cualquier alteración o borradura cancela esta certificación.

WARNING: Any alteration or erasure voids this certification.

## UNITED STATES DEPARTMENT OF AGRICULTURE
### FARM SERVICE AGENCY

654 Muñoz Rivera Avenue
654 Plaza Suite #829
San Juan, PR 00918

Borrower:   Guzman Soto, Juan E.          Case No:   63-019-3036

### *CERTIFICATION OF INDEBTEDNESS*

I, Carlos J. Morales Lugo, of legal age, single, a resident of San Juan, Puerto Rico, in my official capacity as
Loan Resolution Task Force Contractor of the *Farm Service Agency*, United States Department of Agriculture (USDA), state that:

- The borrower's indebtedness is as shown in the following Statement of Account, according
  to information obtained from all available records at the USDA-Farm Service Agency:

*Statement of Account as of*        *January 17, 2020*

| Loan Number | 43-11 | |
|---|---|---|
| Original Note Amount | $ | 75,000.00 |
| Original Note Date | 9/27/1995 | |
| Date of Last Payment | 2/23/2000 | |
| Principal Balance | $ | 66,558.85 |
| Unpaid Interest | $ | 49,666.12 |
| Misc. Charges | $ | - |
| Total Balance | $ | 116,224.97 |
| Daily Interest Accrual | $ | 6.8382 |
| Amount Delinquent | $ | 116,224.97 |
| Years Delinquent | Fully matured | |

- The information in the above Statement of Account in affiant's opinion is a true and correct statement
  of the aforementioned account and to this date remains due and unpaid.

- The defendant is neither a minor, nor incompetent, nor in the military service of the
  United States of America.

- The above information is true and correct to the best of my knowledge and belief, and is made under
  penalty of perjury as allowed by 28 U.S.C. 1746.

Carlos J. Morales Lugo
LRTF Contractor
January 17, 2020

**UNITED STATES DEPARTMENT OF AGRICULTURE**
**FARM SERVICE AGENCY**

654 Muñoz Rivera Avenue
654 Plaza Suite #829
San Juan, PR 00918

Borrower:   Guzman Soto, Juan E.          Case No:   63-019-3036

### CERTIFICATION OF INDEBTEDNESS

I, Carlos J. Morales Lugo, of legal age, single, a resident of San Juan, Puerto Rico, in my official capacity as
Loan Resolution Task Force Contractor of the *Farm Service Agency*, United States Department of Agriculture (USDA), state that:

- The borrower's indebtedness is as shown in the following Statement of Account, according
  to information obtained from all available records at the USDA-Farm Service Agency:

                    **Statement of Account as of**          **January 17, 2020**

| Loan Number | 43-12 | |
|---|---|---|
| Original Note Amount | $ | 151,480.00 |
| Original Note Date | 7/26/1997 | |
| Date of Last Payment | 2/23/2000 | |
| Principal Balance | $ | 151,480.00 |
| Unpaid Interest | $ | 114,317.53 |
| Misc. Charges | $ | - |
| Total Balance | $ | 265,797.53 |
| Daily Interest Accrual | $ | 15.5630 |
| Amount Delinquent | $ | 265,797.53 |
| Years Delinquent | Fully matured | |

- The information in the above Statement of Account in affiant's opinion is a true and correct statement
  of the aforementioned account and to this date remains due and unpaid.

- The defendant is neither a minor, nor incompetent, nor in the military service of the
  United States of America.

- The above information is true and correct to the best of my knowledge and belief, and is made under
  penalty of perjury as allowed by 28 U.S.C. 1746.

Carlos J. Morales Lugo
LRTF Contractor
January 17, 2020

**UNITED STATES DEPARTMENT OF AGRICULTURE**
**FARM SERVICE AGENCY**
654 Muñoz Rivera Avenue
654 Plaza Suite #829
San Juan, PR 00918

Borrower:  Guzman Soto, Juan E.            Case No:   63-019-3036

### *CERTIFICATION OF INDEBTEDNESS*

I, Carlos J. Morales Lugo, of legal age, single, a resident of San Juan, Puerto Rico, in my official capacity as
Loan Resolution Task Force Contractor of the *Farm Service Agency*, United States Department of Agriculture (USDA), state that:

- The borrower's indebtedness is as shown in the following Statement of Account, according
  to information obtained from all available records at the USDA-Farm Service Agency:

*Statement of Account as of*      *January 17, 2020*

| Loan Number | 41-09 |
|---|---|
| Original Note Amount | $ 137,247.00 |
| Original Note Date | 12/14/1983 |
| Date of Last Payment | 09/24/2013 Offset |
| Principal Balance | $ 176,400.94 |
| Unpaid Interest | $ 243,095.10 |
| Misc. Charges | $ - |
| Total Balance | $ 419,496.04 |
| Daily Interest Accrual | $ 24.1645 |
| Amount Delinquent | $ 17,537.35 |
| Years Delinquent | 10 |

- The information in the above Statement of Account in affiant's opinion is a true and correct statement
  of the aforementioned account and to this date remains due and unpaid.

- The defendant is neither a minor, nor incompetent, nor in the military service of the
  United States of America.

- The above information is true and correct to the best of my knowledge and belief, and is made under
  penalty of perjury as allowed by 28 U.S.C. 1746.

Carlos J. Morales Lugo
LRTF Contractor
January 17, 2020

# UNITED STATES DISTRICT COURT

## DISTRICT OF PUERTO RICO

### CATEGORY SHEET

**You must accompany your complaint with this Category Sheet, and the Civil Cover Sheet (JS-44).**

Attorney Name (Last, First, MI):  | Fortuño, Juan Carlos

USDC-PR Bar Number:  | 211913

Email Address:  | jcfortuno@fortuno-law.com

1.  Title (caption) of the Case (provide only the names of the <u>first</u> party on <u>each</u> side):

   Plaintiff: | UNITED STATES OF AMERICA, acting through the USDA

   Defendant: | The Estate of JUAN EDWIN GUZMAN SOTO; ET ALS.

2.  Indicate the category to which this case belongs:

   ☒ Ordinary Civil Case
   ☐ Social Security
   ☐ Banking
   ☐ Injunction

3.  Indicate the title and number of related cases (if any).

   N/A

4.  Has a prior action between the same parties and based on the same claim ever been filed before this Court?

   ☐ Yes
   ☒ No

5.  Is this case required to be heard and determined by a district court of three judges pursuant to 28 U.S.C. § 2284?

   ☐ Yes
   ☒ No

6.  Does this case question the constitutionality of a state statute?  (See, Fed.R.Civ. P. 24)

   ☐ Yes
   ☒ No

Date Submitted:

rev. Dec. 2009

Print Form     Reset Form

JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
UNITED STATES OF AMERICA, acting through the USDA

## DEFENDANTS
The Estate of JUAN EDWIN GUZMAN SOTO; ET ALS.

(b) County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant    San Sebastián, PR
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
Fortuño & Fortuño Fas, CSP
Juan Carlos Fortuño Fas
PO Box 9300, San Juan, PR 00908  ;  (787)751-5290

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☒ 1   U.S. Government
         Plaintiff

☐ 3   Federal Question
         *(U.S. Government Not a Party)*

☐ 2   U.S. Government
         Defendant

☐ 4   Diversity
         *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                              *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | of Property 21 USC 881 | ☐ 423 Withdrawal | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | ☐ 690 Other | 28 USC 157 | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | Liability | | | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | **PERSONAL INJURY** | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| & Enforcement of Judgment | Slander | ☐ 365 Personal Injury - | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Product Liability | ☐ 830 Patent | ☐ 470 Racketeer Influenced and |
| ☐ 152 Recovery of Defaulted | Liability | ☐ 367 Health Care/ | ☐ 840 Trademark | Corrupt Organizations |
| Student Loans | ☐ 340 Marine | Pharmaceutical | | ☐ 480 Consumer Credit |
| (Excludes Veterans) | ☐ 345 Marine Product | Personal Injury | **LABOR** | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment | Liability | Product Liability | ☐ 710 Fair Labor Standards | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 368 Asbestos Personal | Act | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Injury Product | ☐ 720 Labor/Management | ☐ 890 Other Statutory Actions |
| ☐ 190 Other Contract | Product Liability | Liability | Relations | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | **PERSONAL PROPERTY** | ☐ 740 Railway Labor Act | ☐ 893 Environmental Matters |
| ☐ 196 Franchise | Injury | ☐ 370 Other Fraud | ☐ 751 Family and Medical | ☐ 895 Freedom of Information |
| | ☐ 362 Personal Injury - | ☐ 371 Truth in Lending | Leave Act | Act |
| | Medical Malpractice | ☐ 380 Other Personal | ☐ 790 Other Labor Litigation | ☐ 896 Arbitration |
| **REAL PROPERTY** | **CIVIL RIGHTS** | Property Damage | ☐ 791 Employee Retirement | ☐ 899 Administrative Procedure |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | ☐ 385 Property Damage | Income Security Act | Act/Review or Appeal of |
| ☒ 220 Foreclosure | ☐ 441 Voting | Product Liability | | Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | **PRISONER PETITIONS** | **FEDERAL TAX SUITS** | ☐ 950 Constitutionality of |
| ☐ 240 Torts to Land | ☐ 443 Housing/ | **Habeas Corpus:** | ☐ 870 Taxes (U.S. Plaintiff | State Statutes |
| ☐ 245 Tort Product Liability | Accommodations | ☐ 463 Alien Detainee | or Defendant) | |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 510 Motions to Vacate | ☐ 871 IRS—Third Party | |
| | Employment | Sentence | 26 USC 7609 | |
| | ☐ 446 Amer. w/Disabilities - | ☐ 530 General | | |
| | Other | ☐ 535 Death Penalty | **IMMIGRATION** | |
| | ☐ 448 Education | **Other:** | ☐ 462 Naturalization Application | |
| | | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration | |
| | | ☐ 550 Civil Rights | Actions | |
| | | ☐ 555 Prison Condition | | |
| | | ☐ 560 Civil Detainee - | | |
| | | Conditions of | | |
| | | Confinement | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original
        Proceeding

☐ 2 Removed from
        State Court

☐ 3 Remanded from
        Appellate Court

☐ 4 Reinstated or
        Reopened

☐ 5 Transferred from
        Another District
        *(specify)*

☐ 6 Multidistrict
        Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Consolidated Farm & Development Act, 7 USC 1921, et seq. and 28 USC 1345
Brief description of cause:
Foreclosure of Mortgage

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION
    UNDER RULE 23, F.R.Cv.P.

DEMAND $
782,333.45

CHECK YES only if demanded in complaint:
JURY DEMAND:    ☐ Yes  ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____    DOCKET NUMBER _____

DATE _____    SIGNATURE OF ATTORNEY OF RECORD    *juan Carlos Fortuño Fas*

**FOR OFFICE USE ONLY**

RECEIPT #    AMOUNT    APPLYING IFP    JUDGE    MAG. JUDGE

DPR MODIFIED AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Puerto Rico

| | |
|---|---|
| UNITED STATES OF AMERICA, acting through the United States Department of Agriculture | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) ) |
| | ) ) |
| The Estate of JUAN EDWIN GUZMAN SOTO; ET ALS. | ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.

Foreclosure of Mortgage

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

CARLOS JAVIER GUZMAN ROMAN

HC07, Box 14134, San Sebastián, PR 00685; Rd. 119, Km. 1.4, Farm 435, Calabaza-Culebrina Wd.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Juan C. Fortuño Fas

PO Box 9300 San Juan, PR 00908

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*FRANCES RIOS DE MORAN, ESQ.*
*CLERK OF COURT*

Date: _____                    _____
                                                                              *Signature of Clerk or Deputy Clerk*

DPR MODIFIED AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

_____

DPR MODIFIED AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

|  |  |
|---|---|
| UNITED STATES OF AMERICA, acting through the United States Department of Agriculture _____ *Plaintiff(s)* v. _____ The Estate of JUAN EDWIN GUZMAN SOTO; ET ALS. _____ *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. Foreclosure of Mortgage |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

EDWIN ALEXIS GUZMAN ROMAN

1598 Bismark Dr., Detona, FL 32725; Rd. 119, Km. 1.4, Farm 435, Calabaza-Culebrina Wd., San Se

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Juan C. Fortuño Fas

PO Box 9300 San Juan, PR 00908

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*FRANCES RIOS DE MORAN, ESQ.*
*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

DPR MODIFIED AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

_____

DPR MODIFIED AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Puerto Rico

|  |  |
|---|---|
| UNITED STATES OF AMERICA, acting through the United States Department of Agriculture | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) |
|  | ) Civil Action No. |
|  | ) |
|  | ) **Foreclosure of Mortgage** |
| The Estate of JUAN EDWIN GUZMAN SOTO; ET ALS. | ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

EMMANUEL GUZMAN ROMAN

Urb. Fair View 11 E-28, San Juan, PR 00926; Rd. 119, Km. 1.4, Farm 435, Calabaza-Culebrina Wd

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Juan C. Fortuño Fas

PO Box 9300 San Juan, PR 00908

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*FRANCES RIOS DE MORAN, ESQ.*
*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*

DPR MODIFIED AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

_____

DPR MODIFIED AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, acting through the United States Department of Agriculture | ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| | ) | Foreclosure of Mortgage |
| The Estate of JUAN EDWIN GUZMAN SOTO; ET ALS. | ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

OMAR GUZMAN ROMAN

Rd. 119, Km. 1.4Farm 435, Calabaza-Culebrina Wd., San S.;RR #1 Buzón 666 San Sebastián 00755

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Juan C. Fortuño Fas

PO Box 9300 San Juan, PR 00908

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*FRANCES RIOS DE MORAN, ESQ.*
*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

DPR MODIFIED AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

_____